**LOEB & LOEB LLP**
Schuyler G. Carroll
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email: scarroll@loeb.com
          dbesikof@loeb.com
          nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) Chapter 11 |
| | ) |
| | ) Case No. 19-76260 |
| | ) Case No. 19-76263 |
| In re: | ) Case No. 19-76267 |
| | ) Case No. 19-76268 |
| Absolut Facilities Management, LLC, *et al.* | ) Case No. 19-76269 |
| | ) Case No. 19-76270 |
| Debtors.[1] | ) Case No. 19-76271 |
| | ) Case No. 19-76272 |
| | ) |
| | ) (Jointly Administered) |

**SCHEDULE OF ASSETS AND LIABILITIES FOR**
**ABSOLUT CENTER FOR NURSING AND REHABILITATION AT**
**ALLEGANY, LLC (CASE NO. 19-76263)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 19-76260-ast |
|  | ) | Case No. 19-76263-ast |
| In re: | ) | Case No. 19-76267-ast |
|  | ) | Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al.* | ) | Case No. 19-76269-ast |
|  | ) | Case No. 19-76270-ast |
| Debtors.[1] | ) | Case No. 19-76271-ast |
|  | ) | Case No. 19-76272-ast |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |

### GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

Absolut Facilities Management, LLC and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example and without limitation, statements and representations concerning amounts owed to creditors and their addresses.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination,

recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On September 10, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 20, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 48].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of September 10, 2019.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on September 10, 2019, in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to, among other things, the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary, to the extent appropriate or to the extent additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition, whether claims are secured or unsecured or whether claims are entitled to priority or no priority.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made

reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or properly designated as a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, certain employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**.  Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) equity holders holding 1% or more of the equity interest of the Debtor entities; and (c) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intercompany and Other Transactions.**  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "***Intercompany Claims***"). Intercompany receivables reported on Schedule A/B 77 and Intercompany claims reported on Schedule E/F, part 2, are reported as of August 31, 2019. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in

fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements may not reflect all intercompany activity.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims, or contracts or leases, to file claim objections in respect of same, or to exercise their rights to setoff against or other rights with respect to such Claims.

12. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way

prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    **Undetermined Amounts.** The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19. **Resident Names and Addresses**. Resident and guardian names and addresses have been removed from the entries listed on the Schedules and Statements and have been replaced with reference to a unique resident number. Such redacted information is available upon entry of an order by the Bankruptcy Court authorizing the production of such redacted information.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B.** All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of September 10, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of September 10, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms; (II) Waiving Certain Deposit Guidelines; and (III) Granting Related Relief* [Docket No. 11] (the "**Cash Management Motion**").

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

> **Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

> **Schedule A/B 55**. The Debtors do not own any real property. The Debtors have also listed their real property leases in Schedule A/B 55, along with the Debtors leasehold improvements, if any.

> **Schedule A/B 63**. The Debtors maintain a resident database/list. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D,

real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract, including by filing a claim objection or adversary proceeding in respect of same.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 may also include potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference onto Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired, have been terminated or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**.  Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.   The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.   However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**.  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.   Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Absolut Center for Nursing and Rehabilitation at Allegany, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-76263</strong></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................   $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................   $      **2,538,672.72**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................   $      **2,538,672.72**

---

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      **5,298,124.56**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $      **274,260.87**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$      **284,307.15**

4.  **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b         $      **5,856,692.58**

**Fill in this information to identify the case:**

Debtor name    **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76263**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **CFG Depository Accounts** | **Gov't - Checking** | **1753** | **$0.00** |
| 3.2. | **CFG Depository Accounts** | **Non-Gov't - Checking** | **1761** | **$0.00** |
| 3.3. | **M&T Bank** | **Depository - Corporate Checking** | **5327** | **$0.00** |
| 3.4. | **Community Bank, N. A** | **Dep E-state - Business Savings** | **1634** | **$479.57** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$679.57**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Absolut Center for Nursing and Rehabilitation at Allegany, LLC** | Case number *(If known)* | **19-76263** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1.   **292 N Fifth Street, LLC - Security Deposit with Landlord**                          $38,129.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                         $38,129.00

   Add lines 7 through 8. Copy the total to line 81.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:        412,655.97      -      274,760.10      =....      $137,895.87
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                        $137,895.87

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Food** | 8/31/19 | $5,759.20 | Recent cost | $5,759.20 |

Debtor    **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**                    Case number *(If known)*  **19-76263**
          _____
          Name

23.    **Total of Part 5.**

       Add lines 19 through 22.  Copy the total to line 84.                                       | $5,759.20 |

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ☑ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☑ Yes. Book value      **Unknown**  Valuation method    **Book**    Current Value    **Unknown**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ☑ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See Schedule A/B: Part 7, Questions 39-45**<br>**Attachment** | $189,834.86 | Book | $189,834.86 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

       Add lines 39 through 42.  Copy the total to line 86.                                       | $189,834.86 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**                Case number *(If known)*  **19-76263**
_____    _____
Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  2008/Chevy/Uplander | $2,000.00 | Book | $2,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                    | $2,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **2178 N. Fifth Street, Allegany, New York** | Leasehold | Unknown | | Unknown |

56.    **Total of Part 9.**                                                                    | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No

Debtor    **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**                Case number *(If known)*  **19-76263**
_____
Name

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** **Patient List** | **Unknown** | **Book** | **Unknown** |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** **Goodwill** | **Unknown** | **Book** | **Unknown** |

66.    **Total of Part 10.**                                                                    **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |

| Debtor | **Absolut Center for Nursing and Rehabilitation at Allegany, LLC** | Case number *(If known)* **19-76263** |
|---|---|---|
| | Name | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Insurance ( 4 Resident Claims) Denials/Appeals**
**Private Pay (12 Resident Claims) Attorney**
**Referrals/Negotiations with Families/Collection Agency**        **$204,724.73**

| Nature of claim | See Attached Schedule A/B, Q74 |
|---|---|
| Amount requested | **$204,724.73** |

**292 N Fifth Street, LLC and its affiliates**        **Unknown**

| Nature of claim | Causes of action including breach of contract and tort claims |
|---|---|
| Amount requested | **$0.00** |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**NYS Dept of Health**        **$120.00**

| Nature of claim | Staff training expense reimbursement |
|---|---|
| Amount requested | **$120.00** |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Humboldt House Nursing and Rehab - Related Party Claim**        **$753.55**

**Absolut Facilities Mgt, LLC - Intercompany Claim**        **$1,958,775.94**

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        **$2,164,374.22**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**
          _____
          Name

Case number *(If known)*  **19-76263**
          _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $679.57 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $38,129.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $137,895.87 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $5,759.20 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $189,834.86 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $2,000.00 | |
| 88. **Real property.** Copy line 56, Part 9..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $2,164,374.22 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,538,672.72 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,538,672.72 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| (1) wound surf alt pres matt | $663.76 | Book | $663.76 |
| (12) Mattresses | $1,100.04 | Book | $1,100.04 |
| (15) Body/Leg Slings | $114.61 | Book | $114.61 |
| (2) 5LPM Oxygen Concentrators | $187.13 | Book | $187.13 |
| (2) Mattresses | $118.88 | Book | $118.88 |
| (2) mattresses | $198.61 | Book | $198.61 |
| (2) Rexx Elec Low beds w/HB,FB | $1,391.49 | Book | $1,391.49 |
| (2) Rexx Electric Beds | $1,312.20 | Book | $1,312.20 |
| (2) Tracer IV Wheelchairs | $0.00 | Book | $0.00 |
| (2) Wound Surf Alt Pres Matt | $1,313.92 | Book | $1,313.92 |
| (2)Deluxe 3 position recliners | $33.15 | Book | $33.15 |
| (2)Genius 2 Tympanic Ear Therm | $324.00 | Book | $324.00 |
| (2)Reliant Lifts/(1) Dgt Scale | $2,043.04 | Book | $2,043.04 |
| (2)Rexx Electric Beds w/HB &FB | $1,410.66 | Book | $1,410.66 |
| (3) 5LPM Concentrators | $280.69 | Book | $280.69 |
| (3) Acer C910 ChromebookS | $0.00 | Book | $0.00 |
| (3) Dlx 3-Position Recliners | $561.91 | Book | $561.91 |
| (4) ResponsLink Base/Pendnts | $74.52 | Book | $74.52 |
| (4)18" Chrome Sport Wheelchair | $0.00 | Book | $0.00 |
| (4)Cushioned Floor Pad w/alarm | $0.00 | Book | $0.00 |
| (5) Mattresses | $1,183.20 | Book | $1,183.20 |
| (6) Roho Cushions | $0.00 | Book | $0.00 |
| (7) Fallshield Floor Mats | $57.56 | Book | $57.56 |
| 1 Low Air Loss Mattresses | $0.00 | Book | $0.00 |
| 1 mattresses-RI | $0.00 | Book | $0.00 |
| 1/5-Repl Tayco Pump Motor | $1,269.57 | Book | $1,269.57 |
| 10Ltr Integra Concentrator | $0.00 | Book | $0.00 |
| 2 Concentrators | $0.00 | Book | $0.00 |
| 2 Rexx Elect Beds w/Hd &Ft Bds | $1,226.68 | Book | $1,226.68 |
| 2 Rexx Elect Beds w/Hd &Ft Bds | $1,236.03 | Book | $1,236.03 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC

Case No. 19-76263

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| 2 Rexx Elect Beds w/Hd &Ft Bds | $1,236.46 | Book | $1,236.46 |
| 2 Vibrance Dlx Vacuums | $0.00 | Book | $0.00 |
| 20.6 CF Kitchen Fridge | $287.28 | Book | $287.28 |
| 20.6cf Refrigerator | $40.45 | Book | $40.45 |
| 24" Landing Strip Floor Mat | $360.69 | Book | $360.69 |
| 3.3cf Top Load Washer | $154.70 | Book | $154.70 |
| 5hp Cast Iron Circulator Pump | $200.04 | Book | $200.04 |
| Abulatory O2 Sys/Hmdfr AdptKit | $1,823.56 | Book | $1,823.56 |
| ACER CHROMEBOOKS & SOFTWARE LICENSES | $199.37 | Book | $199.37 |
| Air Condition - Electrical | $14,816.33 | Book | $14,816.33 |
| Alternating Pressure Mattress | $652.19 | Book | $652.19 |
| Alternating Pressure Mattress | $775.08 | Book | $775.08 |
| Alternating Pressure Mattress | $791.14 | Book | $791.14 |
| Backflow Preventer | $5,703.75 | Book | $5,703.75 |
| Bed/Chair Alarms | $0.00 | Book | $0.00 |
| Bed/Chair Sensor Pads/Clips | $0.00 | Book | $0.00 |
| Bedreeom Station | $397.93 | Book | $397.93 |
| Bi-Fold Fallsheild floor mat | $365.34 | Book | $365.34 |
| Bi-Fold Fallsheild floor mat | $366.24 | Book | $366.24 |
| BOILER | $8,595.28 | Book | $8,595.28 |
| Boiler rm ext door | $1,625.96 | Book | $1,625.96 |
| Camera System/HDD/4pk cameras/100' cable | $376.27 | Book | $376.27 |
| Circulating Pump | $95.58 | Book | $95.58 |
| Concentrators | $0.00 | Book | $0.00 |
| Concentrators (2) | $623.20 | Book | $623.20 |
| Crash Rail Covers/End caps | $976.49 | Book | $976.49 |
| Cuber and Bins | $0.00 | Book | $0.00 |
| Dishmachine Motor | $0.00 | Book | $0.00 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC

Case No. 19-76263

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Disposer | $431.80 | Book | $431.80 |
| Distribution Cart | $286.28 | Book | $286.28 |
| DOOR LEVERS | $1,483.22 | Book | $1,483.22 |
| Dryer | $0.00 | Book | $0.00 |
| Ductal work | $685.85 | Book | $685.85 |
| Duty Station/Alarm | $527.56 | Book | $527.56 |
| Dyson vacuum | $0.00 | Book | $0.00 |
| Electric Bed & Lifts | $0.00 | Book | $0.00 |
| Electric Low Bed | $829.11 | Book | $829.11 |
| Electric Low Bed w/HB-FB | $837.41 | Book | $837.41 |
| Electric Low Bed w/HB-FB | $838.86 | Book | $838.86 |
| Electric Low Bed w/HB-FB | $933.66 | Book | $933.66 |
| Electric Low Bed w/HB-FB | $1,010.43 | Book | $1,010.43 |
| Electronic Push Button Safe | $362.35 | Book | $362.35 |
| Facility Sign | $0.00 | Book | $0.00 |
| Firewatch 411 Dialer | $0.00 | Book | $0.00 |
| Floor Burnisher | $0.00 | Book | $0.00 |
| Floor Mats | $52.60 | Book | $52.60 |
| Flooring | $7,637.13 | Book | $7,637.13 |
| Folding Platform WC Scales | $0.00 | Book | $0.00 |
| Full Body Slings | $0.00 | Book | $0.00 |
| Head & Foot Board-Rexx Bed | $101.25 | Book | $101.25 |
| Heat Pump | $782.66 | Book | $782.66 |
| Hi Powered Blender | $271.15 | Book | $271.15 |
| Hobart Disposal & Installation | $0.00 | Book | $0.00 |
| Hot Water Circulator | $0.00 | Book | $0.00 |
| HP Laserjet Printer | $0.00 | Book | $0.00 |
| HP ProBook/Web Camera/Lock | $0.00 | Book | $0.00 |
| HP Thin Client | $0.00 | Book | $0.00 |
| HP Thin Client | $0.00 | Book | $0.00 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC

Case No. 19-76263

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Ice Maker - RI | $2,581.10 | Book | $2,581.10 |
| Inst Fixtures &Nrs Stn Circuit | $301.94 | Book | $301.94 |
| Inst New Flashing @ Firewalls | $297.00 | Book | $297.00 |
| Inst PVC drain line/trap/vent | $367.50 | Book | $367.50 |
| Inst Rem Annunciator/Bat Chrg (Lawn Mower repair) | $1,767.39 | Book | $1,767.39 |
| Inst Reznor Make-Up Air Unit | $9,379.33 | Book | $9,379.33 |
| Instal New Pull Stations | $213.27 | Book | $213.27 |
| Install 2 HVAC Zone Valves | $272.91 | Book | $272.91 |
| Install 2 Ramps, Add Concrete | $0.00 | Book | $0.00 |
| Install 20-amp Circuit | $392.93 | Book | $392.93 |
| Install Boiler | $1,401.96 | Book | $1,401.96 |
| Install CableRun-Cat5e Cabling | $395.07 | Book | $395.07 |
| Install Circulating Pump | $0.00 | Book | $0.00 |
| Install Flag Pole | $341.55 | Book | $341.55 |
| Install HVAC Zone Valve | $176.86 | Book | $176.86 |
| Install New 81-gal Water Tank | $5,875.58 | Book | $5,875.58 |
| Install New Carpet/Covebase | $3,997.50 | Book | $3,997.50 |
| Install new Circuit-Dishwasher | $486.00 | Book | $486.00 |
| Install New Condensing Unit | $1,773.24 | Book | $1,773.24 |
| Install new condensing units | $6,889.05 | Book | $6,889.05 |
| Install New Control Board | $167.66 | Book | $167.66 |
| Install New Dryer | $343.71 | Book | $343.71 |
| Install outlets | $696.38 | Book | $696.38 |
| Install outlts in 2 rooms | $421.74 | Book | $421.74 |
| Install Steel Door | $960.91 | Book | $960.91 |
| Install Steel Door & Frame | $1,202.14 | Book | $1,202.14 |
| Install Underground Lines | $1,128.34 | Book | $1,128.34 |
| Install Zone Valves/Shut-offs | $106.20 | Book | $106.20 |
| INSULATE HEATING LINES | $0.00 | Book | $0.00 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Invacare Extra Wide Recliner | $0.00 | Book | $0.00 |
| Invacare Wheelchair | $623.59 | Book | $623.59 |
| IPad Air 2 w/Mgt Suite-Soc Wkr | $0.00 | Book | $0.00 |
| Kitchen Aide Mixer, utensils | $0.00 | Book | $0.00 |
| Kitchen Hood System Upgrade | $785.12 | Book | $785.12 |
| Label Printer/Heat Press | $661.57 | Book | $661.57 |
| Landing Strip Floor Mats | $50.78 | Book | $50.78 |
| Landing Strip Floor Mats | $64.17 | Book | $64.17 |
| Landing Strip Floor Mats | $84.27 | Book | $84.27 |
| Landing Strips | $0.00 | Book | $0.00 |
| LED Monitor-Inlighten | $68.10 | Book | $68.10 |
| Lift Actuator/Motor/Mast | $0.00 | Book | $0.00 |
| Low air mattress system | $0.00 | Book | $0.00 |
| Low Airloss mattress | $0.00 | Book | $0.00 |
| Low Airloss Mattress System | $0.00 | Book | $0.00 |
| Magnetic Door Holder-Kitchen | $60.76 | Book | $60.76 |
| Mattress | $713.01 | Book | $713.01 |
| Mattress | $764.15 | Book | $764.15 |
| Mattress | $882.62 | Book | $882.62 |
| Mattress, Long - 799 | $0.00 | Book | $0.00 |
| Matts | $495.78 | Book | $495.78 |
| Maxilift Actuator/Motor | $0.00 | Book | $0.00 |
| Meat Slicer | $0.00 | Book | $0.00 |
| Mini Condensate Pumps | $77.27 | Book | $77.27 |
| NCS Master Console/Pt Stations | $217.53 | Book | $217.53 |
| Negative Pressure Wound Vac | $1,471.20 | Book | $1,471.20 |
| New Floor Machine | $194.37 | Book | $194.37 |
| New Lockset on Basement Door | $373.32 | Book | $373.32 |
| New signs | $1,121.47 | Book | $1,121.47 |
| Nintendo Wii Game System | $0.00 | Book | $0.00 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC

Case No. 19-76263

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Nintendo Wii Game System | $0.00 | Book | $0.00 |
| NURSE CALL BELL SYSTEM | $0.00 | Book | $0.00 |
| O2 Cabinet | $231.02 | Book | $231.02 |
| Office ID signs w/Braille | $44.82 | Book | $44.82 |
| Oxygen Concenrator | $0.00 | Book | $0.00 |
| Oxygen Concentrator | $0.00 | Book | $0.00 |
| Oxygen Concentrator-10 liter | $679.17 | Book | $679.17 |
| PATCH, SEAL & STRIPE LOT | $0.00 | Book | $0.00 |
| Patio Awning | $943.49 | Book | $943.49 |
| PCC Software | $1,465.83 | Book | $1,465.83 |
| Pictures for Walls | $0.00 | Book | $0.00 |
| Plumbing Pipes | $0.00 | Book | $0.00 |
| Pocket Pagers (3) | $64.01 | Book | $64.01 |
| Power Mixing Valve | $301.64 | Book | $301.64 |
| Power Patient Lift | $0.00 | Book | $0.00 |
| Pressure Mattress | $424.30 | Book | $424.30 |
| Printer | $0.00 | Book | $0.00 |
| Pymnt 3/3 blacktop parking lot | $0.00 | Book | $0.00 |
| Reach In Freezer | $1,870.09 | Book | $1,870.09 |
| Recumbent Stepper | $2,506.68 | Book | $2,506.68 |
| Refrigerator | $28.51 | Book | $28.51 |
| Refrigerator Shelves | $0.00 | Book | $0.00 |
| Reliant Elec. Stand-Up Lift | $1,626.34 | Book | $1,626.34 |
| Reliant Power Stand-up Lift | $1,188.78 | Book | $1,188.78 |
| Repair & Seal Parking Lot | $0.00 | Book | $0.00 |
| Repl Boiler Gas Valve/Burner | $0.00 | Book | $0.00 |
| Replace Bad Compressor | $1,285.61 | Book | $1,285.61 |
| Replace Shower Tile, Floor | $1,491.75 | Book | $1,491.75 |
| Replace Sidewalk | $3,790.80 | Book | $3,790.80 |
| Replaced Motor on MAU | $843.34 | Book | $843.34 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Repoint & Caulk Exterior Mason | $0.00 | Book | $0.00 |
| Rexx Elec. Bed w/head & ft. bd | $1,412.77 | Book | $1,412.77 |
| Rexx Elec.Bed w/hd & ft bds | $731.42 | Book | $731.42 |
| Rexx Elec.Bed w/hd & ft bds | $835.25 | Book | $835.25 |
| Rexx Elec.Bed w/hd & ft bds | $1,419.52 | Book | $1,419.52 |
| Rexx Elec.Bed w/hd & ft boards | $1,419.52 | Book | $1,419.52 |
| Rexx Electric Bed | $1,406.02 | Book | $1,406.02 |
| Rexx Electric Bed w/Hd&Ft bds | $523.22 | Book | $523.22 |
| Rexx Electric Bed w/Hd&Ft bds | $523.74 | Book | $523.74 |
| Rexx Electric Low bed/HDFTBoar | $831.80 | Book | $831.80 |
| Riccar Vibrance Vacumm | $169.92 | Book | $169.92 |
| Rpl all 2nd flr Duct Board | $5,135.00 | Book | $5,135.00 |
| Rpl Generator Controller Light | $399.97 | Book | $399.97 |
| Rplcd-Dielectric Boilers | $986.29 | Book | $986.29 |
| Run New Outlet Circuit | $429.46 | Book | $429.46 |
| Sandblasted Signs | $0.00 | Book | $0.00 |
| Seamless Gutters & Downspouts | $642.60 | Book | $642.60 |
| Security Camera | $0.00 | Book | $0.00 |
| Security Camera/DVR/Monitor | $0.00 | Book | $0.00 |
| Sharp 42" LCD TV, Mount | $0.00 | Book | $0.00 |
| Shower Chair | $0.00 | Book | $0.00 |
| Single Bed Station/Transmitter | $338.92 | Book | $338.92 |
| SINK LEVERS & TRAPS | $329.33 | Book | $329.33 |
| Snow Blower | $453.59 | Book | $453.59 |
| Sprinkler System | $18,323.06 | Book | $18,323.06 |
| Standing Assist Slings | $111.46 | Book | $111.46 |
| Storeroom locksets | $59.36 | Book | $59.36 |
| Svc Call - Exhaust/Fire Damper | $644.50 | Book | $644.50 |
| Terminal/Monitor-Maint/Hskpg | $188.32 | Book | $188.32 |
| Thermometer Electric Genius | $0.00 | Book | $0.00 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equpment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Tile/Glue/Covebase | $0.00 | Book | $0.00 |
| Town Square Menu Display-Col | $0.00 | Book | $0.00 |
| Tracer SX5 Wheelchair | $0.00 | Book | $0.00 |
| TracerSX Reclining Wheelchairs | $0.00 | Book | $0.00 |
| Tractor | $2,153.58 | Book | $2,153.58 |
| Tractor and bagger | $879.65 | Book | $879.65 |
| Trapeze Bracket for Bed | $566.86 | Book | $566.86 |
| Tub Lift | $0.00 | Book | $0.00 |
| Unimac Washer | $2,138.38 | Book | $2,138.38 |
| Vinyl Chairs | $0.00 | Book | $0.00 |
| Water Meter | $1,097.68 | Book | $1,097.68 |
| Website design | $0.00 | Book | $0.00 |
| Wheelchair | $465.58 | Book | $465.58 |
| Wheelchair Platform Scale | $766.91 | Book | $766.91 |
| Wheelchair Scale | $781.13 | Book | $781.13 |
| Window A/C Unit | $70.64 | Book | $70.64 |
| Wyse V30, 17" LCD Monitor | $0.00 | Book | $0.00 |
| Xtra wide 3 pos recliner | $530.60 | Book | $530.60 |
| **Total:** | **$189,834.86** | | **$189,834.86** |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule A/B:  Part 11, Question 74 - Causes of action against third parties

| Patient Number | Nature of Claim | Amount requested | Current Value of Debtor's Interest |
|---|---|---|---|
| PATIENT 2730 | Insurance: Denial/Appeal, Nascentia | $2,187.48 | $2,187.48 |
| PATIENT 5192 | Insurance: Denial/Appeal, Fidelis | $3,740.68 | $3,740.68 |
| PATIENT 2769 | Insurance: Denial/Appeal, Nascentia | $869.00 | $869.00 |
| PATIENT 2826 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $1,023.00 | $1,023.00 |
| PATIENT 2834 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $4,330.75 | $4,330.75 |
| PATIENT 2837 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $52,434.00 | $52,434.00 |
| PATIENT 5212 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $35,914.91 | $35,914.91 |
| PATIENT 2851 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $320.00 | $320.00 |
| PATIENT 4934 | Insurance: Denial/Appeal, Humana | $5,021.56 | $5,021.56 |
| PATIENT 1195 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $23,192.37 | $23,192.37 |
| PATIENT 2862 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $3,732.80 | $3,732.80 |
| PATIENT 2971 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $14,471.94 | $14,471.94 |
| PATIENT 5707 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $15,900.00 | $15,900.00 |
| PATIENT 5708 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $30,751.51 | $30,751.51 |
| PATIENT 5709 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $5,924.50 | $5,924.50 |
| PATIENT 5710 | Self Pay, Attorney Referrals/Negotiations with Families/Collection Agency | $4,910.23 | $4,910.23 |
| | | **Total:** | **$204,724.73** |

**Fill in this information to identify the case:**

Debtor name  **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **19-76263**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1**   **See D: Part 1 Attachment** | Describe debtor's property that is subject to a lien | **$5,298,124.56** | **Unknown** |
| Creditor's Name | | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**3.**  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $5,298,124.56

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule D:  Part 1 - Creditors Who Have Claims Secured by Property

| Creditor Name and Mailing Address | Email | Last 4 Digits of Account Number | Insider or Related Party? | Codebtor | Date Debt was Incurred, Description of Debtor's Property Subject to the Lien and the Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| CAPITAL FINANCE LLC<br>ATTN: CHIP WOELPER<br>1422 CLARKVIEW ROAD<br>BALTIMORE MD 21209 | cwoelper@capfundinc.com | 0003 | | | Various, Line of Credit Accounts Receivable | X | X | | $4,951,478.58 | Unknown |
| CAPITAL FUNDING GROUP, INC. AND ITS SUCCESSORS AND ASSIGNS; SECRETARY OF HOUSING AND URBAN DEVELOPMENT<br>1422 CLARKVIEW ROAD<br>BALTIMORE MD 21209 | | | | | 5/28/2009 | X | X | X | Unknown | Unknown |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>NEW YORK DISTRICT OFFICE<br>33 WHITEHALL STREET<br>5TH FLOOR<br>NEW YORK NY 10004 | | | | | 10/19/2018 | X | X | X | Unknown | Unknown |
| MARQUETTE EQUIPMENT FINANCE, LLC<br>6975 UNION PARK CENTER, 2ND FLOOR<br>MIDVALE UT 84047 | | | | | 2/16/2016 | X | X | | Unknown | Unknown |
| REBECCA DANSER<br>C/O CAMPBELL & SHELTON LLP<br>ATTN: ERIC M. SHELTON<br>8274 NORTH MAIN STREET<br>EDEN NY 14057 | | | | | 6/12/2015 | X | X | X | Unknown | Unknown |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT<br>465 MAIN STREET<br>BUFFALO NY 14203-1780 | | | | | 5/28/2009 | X | X | | Unknown | Unknown |
| SPECIALTY RX<br>ATTN: SHIMON ROSENBERG<br>2 BERGEN TURNPIKE<br>RIDGEFIELD PARK NJ 07660 | srosenberg@srxltc.com | | | | Monthly | X | X | X | $173,322.99 | Unknown |
| SPECIALTY RX INC.<br>209 EAST 11TH STREET<br>ROSELLE NJ 07203 | | | | | 6/17/2019; All assets | X | X | X | Unknown | Unknown |
| TCF EQUIPMENT FINANCE, INC.<br>11100 WAYZATA BOULEVARD, SUITE 801<br>MINNETONKA MN 55305 | | | | | 2/10/2012 | X | X | | Unknown | Unknown |
| THE ARBA GROUP, INC.<br>ATTN: SCOTT KRIEGER<br>6304 WILSHIRE BLVD, SUITE 1800<br>LOS ANGELES CA 90052 | Scott@thearbagroup.com | | | | Monthly | X | X | X | $173,322.99 | Unknown |
| | | | | | | | | Total: | $5,298,124.56 | Unknown |

**Fill in this information to identify the case:**

Debtor name   **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **19-76263**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**See EF: Part 1 Attachment**<br><br>As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$274,260.87** | **$274,260.87** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**See EF: Part 2 Attachment** | **$284,307.15** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor  **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**

Name

Case number (if known)  **19-76263**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 274,260.87 |
| **5b. Total claims from Part 2** | 5b. + $ | 284,307.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 558,568.02 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| ACKLEY, VALERIE<br>1648 CHIPMONK RD<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,149.65 | $1,149.65 |
| ANDERSON, NIKITA<br>696 GLEASON HOLLOW ROAD<br>PORTVILLE NY 14770 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,602.05 | $1,602.05 |
| AUVIL, DANNY<br>1028 RIVER ST<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $573.26 | $573.26 |
| BARTH, ANGELA<br>8186 ROUTE 417<br>LITTLE GENESEE NY 14754 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $81.32 | $81.32 |
| BEATTY, CYNTHIA<br>3206 CRANBERRY RD<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $63.15 | $63.15 |
| BIALASZEWSKI, EMILY<br>3700 FORD MILES ROAD<br>CUBA NY 14727 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $857.32 | $857.32 |
| BUTLER, VIOLET<br>2319 FIVE MILE ROAD<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $5,580.92 | $5,580.92 |
| BUTTON, AMY<br>414 ALDER ST APT. 3<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $964.76 | $964.76 |
| CAGGIANO, RICHARD<br>36 ROUTE 446<br>CUBA NY 14727 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $980.70 | $980.70 |
| CHANDLER, LACEY<br>1607 PORTVILLE - OBI ROAD<br>PORTVILLE NY 14770 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $7.10 | $7.10 |
| CLAYSON, CARRIE<br>502 PROSPECT AVE<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,773.49 | $1,773.49 |
| COLLINS, JESSICA<br>212 EAST STATE STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $2,674.28 | $2,674.28 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| COMES, CHRISTINA<br>57 WEST MAIN STREET<br>CUBA NY 14727 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,656.95 | $1,656.95 |
| CORDOVA CHARRAGA, ALEJANDRO<br>5605 ROUTE 16<br>HINSDALE NY 14743 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $2,372.04 | $2,372.04 |
| DAY, JOSEPHINE<br>419 WEST WASHINGTON STREET<br>BRAFORD PA 16701 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1.76 | $1.76 |
| ELLIOTT, LORI<br>1450 INDIANA AVENUE<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $408.06 | $408.06 |
| ERWAY, WILLIAM<br>518 N. 8TH STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,634.17 | $1,634.17 |
| FED<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3500 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $2,411.38 | $2,411.38 |
| FED<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3500 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $2,483.02 | $2,483.02 |
| FED<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3500 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $2,775.66 | $2,775.66 |
| FED<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3500 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $2,643.27 | $2,643.27 |
| FED<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3500 | 8/30/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $2,674.89 | $2,674.89 |
| HALLOCK, TELICIA<br>1508 HAPPY HOLLOW ROAD<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $4,642.73 | $4,642.73 |
| HAMILTON, BILLIE<br>24 PINE STREET<br>PORTVILLE NY 14770 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $212.78 | $212.78 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| HAMILTON, DARLA<br>3974 RTE. 27<br>LOT 25<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,179.65 | $3,179.65 |
| HOGG, DANIELLE<br>324 1/2 NORTH 3RD STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $411.95 | $411.95 |
| HOSMER, JESSIANNE<br>9770 UNDERWOOD LANE<br>PORTVILLE NY 14770 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $707.95 | $707.95 |
| JASTRZAB, DIANE<br>3570 CHERRY VALLEY ROAD<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $7,487.56 | $7,487.56 |
| JOHNSON, DEMETRIA<br>9934 KELLER HILL RD<br>CUBA NY 14727 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $4.03 | $4.03 |
| KETTERING, JUDITH<br>3008 SMITH HOLLOW ROAD<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $382.57 | $382.57 |
| KRAMER, ALEXIS<br>1400 WINDFALL ROAD<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $878.58 | $878.58 |
| KRAMER, JESSICA<br>4188 FAY HOLLOW RD<br>HINSDALE NY 14743 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,774.13 | $3,774.13 |
| KUHANECK, JAIME<br>3008 SMITH HOLLOW ROAD<br>APT. 3<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $955.85 | $955.85 |
| LAROY, CRYSTAL<br>128 1/2 S. 8TH STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $983.70 | $983.70 |
| LOHMAN-HOMUTH, PHAEDRA<br>7027 MT MOROE<br>CUBA NY 14727 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3,253.58 | $3,253.58 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F:  Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| LUTE, ELIZABETH<br>2438 MAINE HILL RD<br>HINSDALE NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $5,874.90 | $5,874.90 |
| MAHLE, TAMMY<br>P.O. BOX 11<br>WELLSVILLE NY 14895 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $749.35 | $749.35 |
| MARRA, ALBERT<br>237 CAROLINE ST<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $4,454.99 | $4,454.99 |
| MASON, KELLY LYNN<br>1097 PROMISED LAND ROAD<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $100.95 | $100.95 |
| MAST, KEZIAH<br>10208 PIGEON VALLEY RD<br>CATTARAUGUS NY 14719 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $46.23 | $46.23 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $873.22 | $873.22 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $891.28 | $891.28 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $959.80 | $959.80 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $920.98 | $920.98 |
| MCR<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/30/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $931.52 | $931.52 |
| MINK, TONI<br>161 W MAIN STREET<br>APT. 2<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $871.25 | $871.25 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| MYE, JOHN<br>8551 STEWART RD.<br>FRIENDSHIP NY 14739 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $5,760.75 | $5,760.75 |
| MYE, JOHNNA<br>8551 STEWART RD<br>FRIENDSHIP NY 14739 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $4,156.98 | $4,156.98 |
| NEARY-STROMECKI, CASSIDY<br>1591 GREEN RD<br>FREEDOM NY 14065 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,644.63 | $1,644.63 |
| NEDELL, TRACY<br>233 ADAMS STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $4,466.41 | $4,466.41 |
| NOLDER, JILL<br>3446 CELESTE DRIVE<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $925.28 | $925.28 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 7/26/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,111.43 | $1,111.43 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,134.64 | $1,134.64 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,180.97 | $1,180.97 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,320.97 | $1,320.97 |
| NY STATE<br>NYS DEPARTMENT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | 3700 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $1,264.31 | $1,264.31 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| NYS MEDICAID HEALTH FACILITIES ASSESSMENT FUND MR. JEROME ALAMIO/OFFICE OF POOL ADMIN P.O. BOX 4757 SYRACUSE NY 13221-4757 | | Various Dates, Assessment Tax | 11 USC 507(a)(8) | | X | | | $135,591.17 | $135,591.17 |
| PAVONE, BENJAMIN 217 WHITE OAK DRIVE ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3.31 | $3.31 |
| PHILLIPS, NITIKA 1391 OLEAN PORTVILLE ROAD OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $19.82 | $19.82 |
| PLATT, CHELSEY 235 W RIVER ROAD PORTVILLE NY 14770 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,441.68 | $1,441.68 |
| PRZYBYLA, JOSEPH 3319 JOLLYTOWN RD. CUBA NY 14727 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $10,478.10 | $10,478.10 |
| SCHUMAN, KYLIE 104 WILLIAM STREET ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $106.57 | $106.57 |
| SIGLER, RENA 4130 5 MILE RD. ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $3.75 | $3.75 |
| SST INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3600 | 8/2/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $3,733.34 | $3,733.34 |
| SST INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3600 | 8/9/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $3,811.42 | $3,811.42 |
| SST INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3600 | 8/16/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $4,104.00 | $4,104.00 |
| SST INTERNAL REVENUE SERVICE OGDEN UT 84201-0039 | 3600 | 8/23/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $3,938.24 | $3,938.24 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 1 - Creditors With Priority Unsecured Claims

| Creditor Name and Mailing Address | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| SST<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 3600 | 8/30/2019 ,Taxes | 11 USC 507(a)(8) | | X | | | $3,982.76 | $3,982.76 |
| TERHUNE, BRANDY<br>115 THOMPSON AVENUE<br>LITTLE VALLEY NY 14755 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,335.19 | $1,335.19 |
| THOMAS, STOEFFAUNNIE<br>106 E. NORTH STREET<br>SMETHPORT PA 16749 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $1,330.76 | $1,330.76 |
| TIERSON, AMANDA<br>1868 BUFFALO STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $167.20 | $167.20 |
| TIERSON, KIMBERLY<br>134 S 12TH STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $919.97 | $919.97 |
| VANRENSSELAER, ELNORA<br>4115 S. 9 MILE ROAD<br>LOT 44<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $233.70 | $233.70 |
| VANRENSSELAER, JACOB<br>4115 S. 9 MILE RD<br>LOT 44<br>ALLEGANY NY 14706 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $608.76 | $608.76 |
| WHEELER, ANNA MARIE<br>1868 BUFFALO STREET<br>OLEAN NY 14760 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $291.69 | $291.69 |
| WILSON, WOODROW<br>33 AVENUE B<br>P.O. BOX 1054<br>BRADFORD PA 16701 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $48.75 | $48.75 |
| ZIMMERMAN, BRYAN<br>529 SOUTH AVENUE<br>BRADFORD PA 16701 | | Earned Employee Hours | 11 USC 507(a)(4) | | | | | $225.59 | $225.59 |
| | | | | | | | Total: | $274,260.87 | $274,260.87 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199 SEIU | Dues Department | | New York | NY | 10108 | | 9/12/2019 | X | | | | $1,669.93 |
| 1199 SEIU | Political Action Fund | | New York | NY | 10108 | | 9/12/2019 | X | | | | $56.74 |
| 1199 SEIU | Regional Pension Plan | | Buffalo | NY | 14214 | | 8/9/2019 | X | | | | $688.34 |
| 1199 SEIU | Regional Pension Plan | | Buffalo | NY | 14214 | | 9/19/2019 | X | | | | $836.00 |
| 1199 SEIU Greater NY Education Fund | 330 West 42nd St., 28th Floor | | New York | NY | 10036 | | 8/2/2019 | X | | | | $362.76 |
| 1199 SEIU Greater NY Education Fund | 330 West 42nd St., 28th Floor | | New York | NY | 10036 | | 9/12/2019 | X | | | | $434.82 |
| A Place For Mom | P.O. Box 674164 | | Detroit | MI | 48267-4164 | | 7/31/2017 | X | | | | $1,000.00 |
| A Place For Mom | P.O. Box 674164 | | Detroit | MI | 48267-4164 | | 10/31/2017 | X | | | | $667.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 7/31/2018 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 8/27/2018 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 9/30/2018 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 10/30/2018 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 11/30/2018 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 12/31/2018 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 1/31/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 2/28/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 3/31/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 4/29/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 5/30/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 6/23/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 7/9/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 8/20/2019 | X | | | | $200.00 |
| Advo Waste Medical Services, LLC | P.O. Box 356 | | Lakewood | NJ | 08701 | | 9/24/2019 | X | | | | $200.00 |
| Airgas USA, LLC | P.O. Box 734445 | | Chicago | IL | 60673 | | 3/31/2019 | X | | | | -$438.27 |
| Airgas USA, LLC | P.O. Box 734445 | | Chicago | IL | 60673 | | 5/29/2019 | X | | | | $51.03 |
| Airgas USA, LLC | P.O. Box 734445 | | Chicago | IL | 60673 | | 5/31/2019 | X | | | | $54.16 |
| Airgas USA, LLC | P.O. Box 734445 | | Chicago | IL | 60673 | | 6/30/2019 | X | | | | $54.16 |
| Airgas USA, LLC | P.O. Box 734445 | | Chicago | IL | 60673 | | 7/26/2019 | X | | | | $51.03 |
| Airgas USA, LLC | P.O. Box 734445 | | Chicago | IL | 60673 | | 7/31/2019 | X | | | | $54.16 |
| Airgas USA, LLC | P.O. Box 734445 | | Chicago | IL | 60673 | | 8/31/2019 | X | | | | $54.16 |
| All State Fire & Security | 400 Mineral Springs Rd. | | Buffalo | NY | 14224-1016 | | 7/12/2019 | X | | | | $238.44 |
| All State Fire & Security | 400 Mineral Springs Rd. | | Buffalo | NY | 14224-1016 | | 8/9/2019 | X | | | | $262.50 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 8/29/2018 | X | | | | $495.72 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 8/31/2018 | X | | | | $457.84 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 9/4/2018 | X | | | | $113.03 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 9/26/2018 | X | | | | $1,289.20 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 10/10/2018 | X | | | | $39.38 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 10/26/2018 | X | | | | $320.23 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 11/28/2018 | X | | | | $940.49 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 12/6/2018 | X | | | | $28.31 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 1/7/2019 | X | | | | $83.56 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 1/9/2019 | X | | | | $247.32 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 2/4/2019 | X | | | | $229.38 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 3/6/2019 | X | | | | $229.38 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 3/7/2019 | X | | | | $357.91 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 3/11/2019 | X | | | | $941.47 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 3/29/2019 | X | | | | $517.32 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 4/2/2019 | X | | | | $244.62 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 4/30/2019 | X | | | | $213.49 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 5/9/2019 | X | | | | $259.88 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 6/3/2019 | X | | | | $143.37 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 6/5/2019 | X | | | | $196.20 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 6/6/2019 | X | | | | $75.46 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 7/2/2019 | X | | | | $731.00 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 7/25/2019 | X | | | | $183.59 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 7/29/2019 | X | | | | $456.73 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 8/13/2019 | X | | | | $449.01 |
| Allstate Medical | 34 35th St. Bldg. #6 | | Brooklyn | NY | 11232 | | 10/2/2019 | X | | | | $34.00 |
| American Express | 200 Vesey Street | | New York | NY | 10281 | | Various Dates | X | | | | $58,926.38 |
| Amtrust North America, Inc. | P.O. Box 94557 | | Cleveland | OH | 44101-4557 | | 6/30/2019 | X | | | | $2,478.98 |
| Billit AIT, LLC | 300 GLEED AVE. | | EAST AURORA | NY | 14052 | | 7/31/2019 | X | | | | $77.30 |
| Billit AIT, LLC | 300 GLEED AVE. | | EAST AURORA | NY | 14052 | | 8/31/2019 | X | | | | $64.00 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bimbo Foods, Inc. | P.O. Box 827810 | | Philadelphia | PA | 19182-7810 | | 6/30/2019 | X | | | | $219.71 |
| Bimbo Foods, Inc. | P.O. Box 827810 | | Philadelphia | PA | 19182-7810 | | 7/31/2019 | X | | | | $204.65 |
| Bimbo Foods, Inc. | P.O. Box 827810 | | Philadelphia | PA | 19182-7810 | | 8/31/2019 | X | | | | $272.33 |
| Brigiotta's Produce & Garden Center | 410-414 Fairmont Ave | | Jamestown | NY | 14701 | | 9/10/2019 | X | | | | $143.63 |
| Buffalo Hotel Supply Co., Inc. | P.O. Box 646 | | Amherst | NY | 14226-0646 | | 5/31/2018 | X | | | | $207.31 |
| Buffalo Hotel Supply Co., Inc. | P.O. Box 646 | | Amherst | NY | 14226-0646 | | 6/29/2018 | X | | | | $274.59 |
| Casella Waste Services, Inc. | P.O. Box 1372 | | Williston | VT | 05495-1372 | | 7/1/2019 | X | | | | $626.66 |
| Casella Waste Services, Inc. | P.O. Box 1372 | | Williston | VT | 05495-1372 | | 8/1/2019 | X | | | | $634.90 |
| Casella Waste Services, Inc. | P.O. Box 1372 | | Williston | VT | 05495-1372 | | 9/1/2019 | X | | | | $647.87 |
| Cattaraugus County Sheriff | 301 Court Street | | Little Valley | NY | 14755 | | 10/5/2019 | X | | | | $43.87 |
| Chudy Paper Company Inc. | 2615 Walden Ave. | | Cheektowaga | NY | 14225 | | 7/2/2019 | X | | | | $600.86 |
| Chudy Paper Company Inc. | 2615 Walden Ave. | | Cheektowaga | NY | 14225 | | 8/6/2019 | X | | | | $482.06 |
| Chudy Paper Company Inc. | 2615 Walden Ave. | | Cheektowaga | NY | 14225 | | 8/19/2019 | X | | | | $31.13 |
| Chudy Paper Company Inc. | 2615 Walden Ave. | | Cheektowaga | NY | 14225 | | 9/10/2019 | X | | | | $439.76 |
| Culligan Stewart Water | Conditioning, Inc. | | Bradford | PA | 16701 | | 7/25/2019 | X | | | | $86.72 |
| Culligan Stewart Water | Conditioning, Inc. | | Bradford | PA | 16701 | | 8/26/2019 | X | | | | $40.82 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 8/1/2018 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 9/1/2018 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 10/1/2018 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 11/1/2018 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 12/1/2018 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 1/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 2/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 3/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 4/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 5/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 6/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 7/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 8/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 9/1/2019 | X | | | | $300.00 |
| Dentserv Dental Service PC | 15 Canal Road | | Pelham Manor | NY | 10803 | | 10/1/2019 | X | | | | $300.00 |
| Dobmeier Janitor Supply, Inc.* | 354 Englewood Ave. | | Buffalo | NY | 14223-2806 | | 11/3/2017 | X | | | | $285.98 |
| Dobmeier Janitor Supply, Inc.* | 354 Englewood Ave. | | Buffalo | NY | 14223-2806 | | 1/10/2018 | X | | | | $225.56 |
| Dobmeier Janitor Supply, Inc.* | 354 Englewood Ave. | | Buffalo | NY | 14223-2806 | | 2/19/2018 | X | | | | $241.70 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 7/31/2018 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 8/31/2018 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 9/30/2018 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 10/31/2018 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 11/30/2018 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 12/31/2018 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 1/31/2019 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 2/28/2019 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 3/31/2019 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 4/30/2019 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 5/31/2019 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 6/30/2019 | X | | | | $150.00 |
| DR Innovations, LLC | 10 Marietta Drive | | Pomona | NY | 10970 | | 7/31/2019 | X | | | | $150.00 |
| Eaton Office Supply Co., Inc. | 180 John Glenn Dr. | | Amherst | NY | 14228 | | 9/9/2019 | X | | | | $226.78 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 10/3/2018 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 11/3/2018 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 12/3/2018 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 1/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 2/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 3/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 4/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 5/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 6/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 7/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 8/3/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 9/12/2019 | X | | | | $189.00 |
| Ellicottville Kitchen Equipment | P.O. Box 1549 | | Ellicottville | NY | 14731 | | 10/3/2019 | X | | | | $189.00 |
| Emerald Resources, Inc. | 320 Gateway Park Resources | | N. Syracuse | NY | 13212 | | 6/17/2019 | X | | | | $469.26 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Formal Maintenance Services, Inc | P.O. Box 423 | | Lancaster | NY | 14086 | | 8/26/2019 | X | | | | $459.00 |
| Global Health Products, Inc. | 1099 Jay Street, Ste 100E | | Rochester | NY | 14611-1155 | | 8/6/2019 | X | | | | $261.56 |
| Global Health Products, Inc. | 1099 Jay Street, Ste 100E | | Rochester | NY | 14611-1155 | | 9/6/2019 | X | | | | $261.56 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/6/2017 | X | | | | $761.25 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/13/2017 | X | | | | $866.25 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/20/2017 | X | | | | $210.00 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/27/2017 | X | | | | $262.50 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/3/2017 | X | | | | $516.08 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/10/2017 | X | | | | $315.00 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/17/2017 | X | | | | $774.38 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/24/2017 | X | | | | $820.32 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 12/1/2017 | X | | | | $759.15 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 12/15/2017 | X | | | | $315.00 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 12/22/2017 | X | | | | $328.13 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 12/29/2017 | X | | | | $1,076.25 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 1/5/2018 | X | | | | $761.25 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 1/12/2018 | X | | | | $367.50 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 1/19/2018 | X | | | | $909.83 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 1/26/2018 | X | | | | $249.38 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 2/2/2018 | X | | | | $341.25 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 2/9/2018 | X | | | | $367.50 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 2/16/2018 | X | | | | $420.00 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 3/2/2018 | X | | | | $971.25 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 3/9/2018 | X | | | | $262.50 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 3/16/2018 | X | | | | $813.75 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 3/23/2018 | X | | | | $511.88 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 3/30/2018 | X | | | | $1,942.50 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 4/6/2018 | X | | | | $393.75 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 4/13/2018 | X | | | | $1,968.75 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 4/20/2018 | X | | | | $1,720.43 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 4/27/2018 | X | | | | $1,788.16 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 5/4/2018 | X | | | | $1,988.19 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 5/11/2018 | X | | | | $1,654.82 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 5/18/2018 | X | | | | $1,714.13 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 5/25/2018 | X | | | | $2,063.79 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 6/1/2018 | X | | | | $1,867.96 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 6/8/2018 | X | | | | $2,003.94 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 6/15/2018 | X | | | | $1,878.46 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 6/22/2018 | X | | | | $1,835.95 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 6/29/2018 | X | | | | $2,012.87 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 7/6/2018 | X | | | | $2,003.93 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 7/13/2018 | X | | | | $2,060.63 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 7/20/2018 | X | | | | $1,588.13 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 7/27/2018 | X | | | | $870.46 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 8/3/2018 | X | | | | $2,051.72 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 8/10/2018 | X | | | | $1,937.25 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 8/17/2018 | X | | | | $2,167.74 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 8/24/2018 | X | | | | $2,051.71 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 8/31/2018 | X | | | | $2,094.76 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 9/7/2018 | X | | | | $2,116.55 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 9/14/2018 | X | | | | $2,153.56 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 9/21/2018 | X | | | | $2,186.64 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 9/28/2018 | X | | | | $1,766.64 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/5/2018 | X | | | | $1,965.08 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/12/2018 | X | | | | $1,940.94 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/19/2018 | X | | | | $1,921.50 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 10/26/2018 | X | | | | $1,894.20 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/2/2018 | X | | | | $1,972.96 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/9/2018 | X | | | | $1,971.38 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/16/2018 | X | | | | $1,986.61 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/23/2018 | X | | | | $2,040.69 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 11/30/2018 | X | | | | $2,245.70 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 12/7/2018 | X | | | | $1,966.13 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 12/14/2018 | X | | | | $1,972.95 |
| Grandison Management Inc. | 1413 38th St. | | Brooklyn | NY | 11218 | | 12/21/2018 | X | | | | $1,758.75 |
| Great Lakes Medical Imaging | P.O. Box 8000 Dept. 658 | | Buffalo | NY | 14267 | | 5/6/2019 | X | | | | $248.99 |
| Harbor Linen | P.O. Box 3510 | | Cherry Hill | NJ | 08034 | | 5/29/2019 | X | | | | $342.61 |
| Harbor Linen | P.O. Box 3510 | | Cherry Hill | NJ | 08034 | | 7/5/2019 | X | | | | $518.55 |
| Harbor Linen | P.O. Box 3510 | | Cherry Hill | NJ | 08034 | | 8/7/2019 | X | | | | $404.95 |
| Harbor Linen | P.O. Box 3510 | | Cherry Hill | NJ | 08034 | | 9/12/2019 | X | | | | $126.90 |
| Harbor Linen | P.O. Box 3510 | | Cherry Hill | NJ | 08034 | | 9/17/2019 | X | | | | $466.44 |
| Harter, Secrest & Emery LLP | 1600 Bausch & Lomb Place | | Rochester | NY | 14604-2711 | | 1/16/2018 | X | | | | $750.00 |
| Harter, Secrest & Emery LLP | 1600 Bausch & Lomb Place | | Rochester | NY | 14604-2711 | | 7/25/2018 | X | | | | $5,000.00 |
| Harter, Secrest & Emery LLP | 1600 Bausch & Lomb Place | | Rochester | NY | 14604-2711 | | 4/22/2019 | X | | | | $2,500.00 |
| Hartford Steam Boiler | 21045 Network Place | | Chicago | IL | 60673 | | 9/12/2018 | X | | | | $105.00 |
| Hartford Steam Boiler | 21045 Network Place | | Chicago | IL | 60673 | | 2/27/2019 | X | | | | $105.00 |
| HD Supply Facilities Maintenance, LTD | P.O. Box 509058 | | San Diego | CA | 92150-9058 | | 8/30/2019 | X | | | | $158.97 |
| HD Supply Facilities Maintenance, LTD | P.O. Box 509058 | | San Diego | CA | 92150-9058 | | 9/4/2019 | X | | | | $331.07 |
| HD Supply Facilities Maintenance, LTD | P.O. Box 509058 | | San Diego | CA | 92150-9058 | | 9/11/2019 | X | | | | $369.06 |
| HD Supply Facilities Maintenance, LTD | P.O. Box 509058 | | San Diego | CA | 92150-9058 | | 9/12/2019 | X | | | | $174.83 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 1/3/2018 | X | | | | $450.00 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 1/15/2018 | X | | | | $450.00 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 2/20/2018 | X | | | | $450.00 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 3/20/2018 | X | | | | $450.00 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 4/20/2018 | X | | | | $450.00 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 5/21/2018 | X | | | | $450.00 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 6/14/2018 | X | | | | $450.00 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 7/27/2018 | X | | | | $112.50 |
| Health System Physician, PC | Attn: William Bizzaro | | Olean | NY | 14760 | | 10/23/2018 | X | | | | $112.50 |
| Instantwhip | P.O. Box 645592 | | Cincinnati | OH | 45264-5592 | | 7/31/2019 | X | | | | $707.66 |
| Instantwhip | P.O. Box 645592 | | Cincinnati | OH | 45264-5592 | | 8/31/2019 | X | | | | $574.23 |
| Integra Scripts LLC | 160 Airport Road | | Lakewood | NJ | 08701 | | 6/1/2019 | X | | | | $311.15 |
| Integra Scripts LLC | 160 Airport Road | | Lakewood | NJ | 08701 | | 7/1/2019 | X | | | | $311.15 |
| Interstate Gourmet Coffee Roasters, Inc* | 43 Norfolk Ave. | | South Easton | MA | 02375 | | 6/30/2019 | X | | | | $59.21 |
| Interstate Gourmet Coffee Roasters, Inc* | 43 Norfolk Ave. | | South Easton | MA | 02375 | | 7/31/2019 | X | | | | $185.29 |
| Interstate Gourmet Coffee Roasters, Inc* | 43 Norfolk Ave. | | South Easton | MA | 02375 | | 8/31/2019 | X | | | | $185.29 |
| Interstate Gourmet Coffee Roasters, Inc. | 43 Norfolk Ave. | | South Easton | MA | 02375 | | 10/3/2019 | X | | | | $59.21 |
| Irish Welding & Carbonic Corp | P.O. Box 409 | | Buffalo | NY | 14212-0409 | | 9/30/2019 | X | | | | $170.29 |
| Jamma Consulting Inc. | 190 Vail Ave. | | Staten Island | NY | 10309 | | 11/30/2016 | X | | | | $2,563.16 |
| Jasper's Auto Sales & Service LLC | 9401 North Branch Rd | | Cuba | NY | 14727 | | 8/26/2019 | X | | | | $303.38 |
| Mantis Medical Equip. Service, LLC | P.O. Box 159 | | Clarendon | NY | 14429 | | 7/29/2019 | X | | | | $1,243.03 |
| Martin F. Scheinman, Esq. | 322 Main Street | | Port Washington | NY | 11050 | | 12/1/2018 | X | | | | $2,875.00 |
| Medline Industries, Inc. | P.O. Box 382075 | | Pittsburgh | PA | 15251-8075 | | 8/20/2019 | X | | | | $399.00 |
| Michael J. Merletti DPM | 282 Ransom Rd. | | Grand Island | NY | 14072 | | 4/9/2018 | X | | | | $48.08 |
| Michael J. Merletti DPM | 282 Ransom Rd. | | Grand Island | NY | 14072 | | 8/22/2018 | X | | | | $119.65 |
| National Grid | P.O. Box 11742 | | Newark | NJ | 07101-4742 | | 8/24/2019 | X | | | | $1,693.49 |
| National Grid | P.O. Box 11742 | | Newark | NJ | 07101-4742 | | 9/4/2019 | X | | | | $35.29 |
| NYS Child Support Processing Center | P.O. Box 15363 | | Albany | NY | 12112-5363 | | 10/5/2019 | X | | | | $200.04 |
| NYSEG | P.O. Box 847812 | | Boston | MA | 02284-7812 | | 9/3/2019 | X | | | | $557.26 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 11/22/2017 | X | | | | $2,366.48 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 12/28/2017 | X | | | | $1,275.23 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 12/31/2017 | X | | | | $918.67 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 1/31/2018 | X | | | | $876.41 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 3/19/2018 | X | | | | $805.46 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 4/30/2018 | X | | | | $1,635.92 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 5/23/2018 | X | | | | $462.71 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 6/20/2018 | X | | | | $566.44 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 8/2/2018 | X | | | | $681.96 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 8/8/2018 | X | | | | $441.57 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 9/28/2018 | X | | | | $619.81 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 11/16/2018 | X | | | | $964.26 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 12/28/2018 | X | | | | $690.10 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 1/21/2019 | X | | | | $586.19 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 2/28/2019 | X | | | | $649.85 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 3/31/2019 | X | | | | $806.38 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 6/13/2019 | X | | | | $1,238.93 |
| Olean General Hospital | 515 Main Street | | Olean | NY | 14760 | | 9/20/2019 | X | | | | $1,606.43 |
| Olean Medical Group | 535 Main St. | | Olean | NY | 14760 | | 12/14/2015 | X | | | | $286.39 |
| Olean Medical Group | 535 Main St. | | Olean | NY | 14760 | | 4/2/2018 | X | | | | $19.93 |
| Olean Medical Group | 535 Main St. | | Olean | NY | 14760 | | 4/30/2018 | X | | | | $328.95 |
| Olean Medical Group | 535 Main St. | | Olean | NY | 14760 | | 10/1/2018 | X | | | | $1,885.00 |
| Olean Medical Group | 535 Main St. | | Olean | NY | 14760 | | 10/15/2018 | X | | | | $556.69 |
| PATIENT 24 | Brown Chiari LLP (Brian Hogan) | 2470 Walden Ave. | Buffalo | NY | 14225 | | | X | X | X | | Unknown |
| PointClickCare Technologies, Inc. | P.O. Box 674802 | | Detroit | MI | 48267-4802 | | 4/1/2019 | X | | | | $711.21 |
| PointClickCare Technologies, Inc. | P.O. Box 674802 | | Detroit | MI | 48267-4802 | | 10/1/2019 | X | | | | $686.51 |
| Povinelli Cutlery Inc. | 3810 Union Rd. | | Cheektowaga | NY | 14225 | | 3/26/2019 | X | | | | $15.68 |
| Povinelli Cutlery Inc. | 3810 Union Rd. | | Cheektowaga | NY | 14225 | | 4/23/2019 | X | | | | $15.68 |
| Povinelli Cutlery Inc. | 3810 Union Rd. | | Cheektowaga | NY | 14225 | | 5/21/2019 | X | | | | $15.68 |
| Povinelli Cutlery Inc. | 3810 Union Rd. | | Cheektowaga | NY | 14225 | | 6/18/2019 | X | | | | $15.68 |
| Povinelli Cutlery Inc. | 3810 Union Rd. | | Cheektowaga | NY | 14225 | | 7/16/2019 | X | | | | $15.68 |
| Povinelli Cutlery Inc. | 3810 Union Rd. | | Cheektowaga | NY | 14225 | | 8/13/2019 | X | | | | $15.68 |
| Povinelli Cutlery Inc. | 3810 Union Rd. | | Cheektowaga | NY | 14225 | | 9/10/2019 | X | | | | $16.76 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 2/10/2017 | X | | | | $850.73 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 4/7/2017 | X | | | | $718.92 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 5/5/2017 | X | | | | $240.21 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 6/13/2017 | X | | | | $395.49 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 7/6/2017 | X | | | | $1,573.29 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 8/7/2017 | X | | | | $16.45 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 8/31/2017 | X | | | | $1,022.79 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 10/17/2017 | X | | | | $722.32 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 11/8/2017 | X | | | | $286.29 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 12/6/2017 | X | | | | $1,313.41 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 12/31/2017 | X | | | | $1,155.62 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 2/10/2018 | X | | | | $1,398.78 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 3/12/2018 | X | | | | $454.53 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 4/20/2018 | X | | | | $1,146.70 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 5/18/2018 | X | | | | $1,213.38 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 6/14/2018 | X | | | | $915.40 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 7/12/2018 | X | | | | $745.03 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 8/8/2018 | X | | | | $768.06 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 9/12/2018 | X | | | | $484.93 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 10/11/2018 | X | | | | $206.50 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 11/7/2018 | X | | | | $779.22 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 12/6/2018 | X | | | | $1,269.19 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 1/7/2019 | X | | | | $915.88 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 2/11/2019 | X | | | | $463.24 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 3/12/2019 | X | | | | $485.16 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 4/8/2019 | X | | | | $2,322.44 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 5/8/2019 | X | | | | $2,674.58 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 6/7/2019 | X | | | | $2,931.79 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 7/8/2019 | X | | | | $1,383.77 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 8/9/2019 | X | | | | $1,347.29 |
| Preventive Diagnostics, Inc. | 12 Spencer Street | | Brooklyn | NY | 11205 | | 9/13/2019 | X | | | | $1,373.92 |
| Preventive HealthCare | 311 Breckenridge St. | | Buffalo | NY | 14213 | | 9/3/2019 | X | | | | $400.00 |
| Purchase Power | P.O. Box 371874 | | Pittsburgh | PA | 15250-7874 | | 9/15/2019 | X | | | | $208.99 |
| Pure Water Technology of WNY Inc. | 316 Seneca St. | | Buffalo | NY | 14204 | | 3/10/2019 | X | | | | $129.60 |
| Pure Water Technology of WNY Inc. | 316 Seneca St. | | Buffalo | NY | 14204 | | 6/10/2019 | X | | | | $129.60 |
| Pure Water Technology of WNY Inc. | 316 Seneca St. | | Buffalo | NY | 14204 | | 9/10/2019 | X | | | | $129.60 |
| Pure Water Technology of WNY Inc. | 316 Seneca St. | | Buffalo | NY | 14204 | | 9/11/2019 | X | | | | $129.60 |
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 3/1/2019 | X | | | | $59.00 |
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 4/1/2019 | X | | | | $59.00 |
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 5/1/2019 | X | | | | $59.00 |
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 6/1/2019 | X | | | | $59.00 |
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 7/1/2019 | X | | | | $59.00 |
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 8/1/2019 | X | | | | $59.00 |
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 9/1/2019 | X | | | | $19.67 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reqger, LLC | 321 Route 59 #356 | | Tallman | NY | 10982 | | 10/1/2019 | X | | | | $59.00 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 5/31/2012 | X | | | | $7.91 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 6/30/2012 | X | | | | -$38.90 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 7/31/2012 | X | | | | $4.09 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 8/31/2012 | X | | | | $6.33 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 9/30/2012 | X | | | | $9.30 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 10/31/2012 | X | | | | $4.09 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 11/30/2012 | X | | | | -$57.83 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 12/31/2012 | X | | | | $4.30 |
| Royal Care Pharmacy Services | Omnicare | | Chicago | IL | 60680 | | 2/28/2013 | X | | | | $8.60 |
| Sherwin Williams | 11 Delaware Park Ctr. | | Olean | NY | 14760 | | 7/29/2019 | X | | | | $586.52 |
| Sherwin Williams | 11 Delaware Park Ctr. | | Olean | NY | 14760 | | 9/13/2019 | X | | | | $1,274.15 |
| Southern Tier Prof. Pest Control, Inc. | P.O. Box 231 | | Randolph | NY | 14772 | | 6/18/2019 | X | | | | $81.00 |
| Southern Tier Prof. Pest Control, Inc. | P.O. Box 231 | | Randolph | NY | 14772 | | 8/21/2019 | X | | | | $81.00 |
| Southern Tier Prof. Pest Control, Inc. | P.O. Box 231 | | Randolph | NY | 14772 | | 8/28/2019 | X | | | | $81.00 |
| Southern Tier Prof. Pest Control, Inc. | P.O. Box 231 | | Randolph | NY | 14772 | | 9/26/2019 | X | | | | $243.00 |
| Spectrum | P.O. Box 70872 | | Charlotte | NC | 28272 | | 8/30/2019 | X | | | | $190.56 |
| Sysco Frozen Foods | 24500 Northwest Fwy. | | Cypress | TX | 77429 | | 5/22/2019 | X | | | | $117.21 |
| Sysco Frozen Foods | 24500 Northwest Fwy. | | Cypress | TX | 77429 | | 9/18/2019 | X | | | | $1,973.72 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 7/31/2019 | X | | | | $1,733.09 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 8/2/2019 | X | | | | -$132.63 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 8/7/2019 | X | | | | $1,560.05 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 8/14/2019 | X | | | | $1,647.85 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 8/15/2019 | X | | | | $25.46 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 8/21/2019 | X | | | | $1,206.82 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 8/28/2019 | X | | | | $1,507.27 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 9/4/2019 | X | | | | $1,452.38 |
| Sysco Frozen Foods | 800 Allen Street | | Jamestown | NY | 14702-0160 | | 9/6/2019 | X | | | | $30.91 |
| Thomson Reuters-West | Payment Center | | Carol Stream | IL | 60197-6292 | | 4/4/2018 | X | | | | $192.93 |
| Thomson Reuters-West | Payment Center | | Carol Stream | IL | 60197-6292 | | 4/4/2019 | X | | | | $198.99 |
| Time Warner | P.O. Box 223085 | | Pittsburgh | PA | 15251-2085 | | 8/1/2019 | X | | | | $671.98 |
| Time Warner | P.O. Box 223085 | | Pittsburgh | PA | 15251-2085 | | 9/1/2019 | X | | | | $223.99 |
| Todays Options | P.O. Box 31372 | | Tampa | FL | 33631 | | 5/21/2019 | X | | | | $2,205.00 |
| Tops Markets | 6592 Paysphere Circle | | Chicago | IL | 60674 | | 8/31/2019 | X | | | | $242.64 |
| Town of Allegany Utility Building | 52 W Main St | | Allegany | NY | 14706 | | 9/25/2019 | X | | | | $1,121.76 |
| TwinMed LLC | P.O. Box 847340 | | Los Angeles | CA | 90084 | | 9/9/2019 | X | | | | $81.47 |
| TwinMed LLC | P.O. Box 847340 | | Los Angeles | CA | 90084 | | 9/10/2019 | X | | | | $108.65 |
| TwinMed LLC | P.O. Box 847340 | | Los Angeles | CA | 90084 | | 9/18/2019 | X | | | | $243.20 |
| TwinMed LLC | P.O. Box 847340 | | Los Angeles | CA | 90084 | | 9/30/2019 | X | | | | $64.32 |
| U.S. Department Of Education | P.O. Box 790356 | | St. Louis | MO | 63179-0356 | | 10/5/2019 | X | | | | $49.76 |
| Verizon | P.O. Box 15124 | | Albany | NY | 12212-5124 | | 8/31/2019 | X | | | | $35.80 |
| | | | | | | | | | | | Total: | $284,307.15 |

**Fill in this information to identify the case:**

Debtor name        **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76263**

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule G:  Executory Contracts and Unexpired Leases

| Counterparty Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease |
|---|---|---|---|---|---|---|---|---|---|
| 2178 N FIFTH STREET LLC | ATTN: GENERAL COUNSEL | 6380 WILSHIRE BOULEVARD | SUITE 800 | LOS ANGELES | CA | 90048 | | REGULATORY AGREEMENT - MULTIFAMILY HOUSING PROJECTS | 5/21/09 |
| 2178 N FIFTH STREET LLC | C/O THE ARBA GROUP, INC. | ATTN: IRA SMEDRA | 6380 WILSHIRE BOULEVARD, SUITE 800 | LOS ANGELES | CA | 90048 | | LEASE: BUILDING AND LAND | 6/7/07 |
| ALL STATE FIRE EQUIPMENT OF WNY LLC | ATTN: GENERAL COUNSEL | 400 MINERAL SPRINGS ROAD | | WEST SENECA | NY | 14224 | | SETTLEMENT AGREEMENT | 3/13/2019 |
| AMERICAN HEALTH TECH INC | ATTN: GENERAL COUNSEL | 805 SOUTH WHEATLEY STREET | SUITE 600 | RIDGELAND | MS | 39157 | | SERVICE CONTRACT | 6/1/07 |
| AMERICAN PROGRESSIVE LIFE AND HEALTH INSURANCE COMPANY OF NEW YORK | ATTN: GENERAL COUNSEL | 44 SOUTH BROADWAY | SUITE 1200 | WHITE PLAINS | NY | 10601 | | SERVICE CONTRACT | Not dated |
| BEILS INFORMATION TECHNOLOGY SYSTEMS CORPORATION | ATTN: GENERAL COUNSEL | 1201 INDIAN CHURCH ROAD | | BUFFALO | NY | 14224-1383 | | SERVICE CONTRACT | 4/28/19 |
| BILLIT ACCOUNTING & INFORMATION TECHNOLOGY LLC | ATTN: GENERAL COUNSEL | 300 GLEED AVENUE | | EAST AURORA | NY | 14052 | | SERVICE CONTRACT | 6/1/07 |
| BILLIT ACCOUNTING & INFORMATION TECHNOLOGY LLC | ATTN: GENERAL COUNSEL | 300 GLEED AVENUE | | EAST AURORA | NY | 14052 | | LICENSING AGREEMENT | 6/23/07 |
| BLUECROSS BLUESHIELD OF WESTERN NEW YORK | ATTN: VICE PRESIDENT, NETWORK SERVICES | 257 WEST GENESEE STREET | | BUFFALO | NY | 14202-2657 | | SERVICE CONTRACT | 1/1/12 |
| DENTSERV DENTAL SERVICES, P.C. | ATTN: GENERAL COUNSEL | 15 CANAL ROAD | | PELHAM MANOR | NY | 11803 | | SERVICE CONTRACT | 1/1/2018 |
| DEPARTMENT OF VETERANS AFFAIRS | SAMUEL S. STRATTON VA MEDICAL CENTER | ATTN: GENERAL COUNSEL | 20 MADISON AVENUE EXTENSION | ALBANY | NY | 12203 | | SERVICE CONTRACT | 8/28/18 |
| EXCELLUS HEALTH PLAN INC D/B/A UNIVERA HEALTHCARE | ATTN: GENERAL COUNSEL | 205 PARK CLUB LANE | | BUFFALO | NY | 14221 | | SERVICE CONTRACT | 10/1/19 |
| HEALTH SYSTEM SERVICES, LTD | ATTN: ROBERT A. MINICUCCI, SR., PRESIDENT | 6867 WILLIAMS ROAD | | NIAGARA FALLS | NY | 14304 | | SERVICE CONTRACT | 4/4/16 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| ICIRCLE SERVICES OF THE FINGER LAKES INC | ATTN: GENERAL COUNSEL | 860 HARD ROAD | | WEBSTER | NY | 14680 | | SERVICE CONTRACT | 6/1/17 |
| INDEPENDENT HEALTH ASSOCIATION INC | ATTN: GENERAL COUNSEL | PO BOX 9066 | | BUFFALO | NY | 14231 | | SERVICE CONTRACT | 6/1/19 |
| INDEPENDENT HEALTH BENEFITS CORPORATION | ATTN: GENERAL COUNSEL | 511 FARBER LAKES DRIVE | | BUFFALO | NY | 14221 | | SERVICE CONTRACT | 6/1/19 |
| INDEPENDENT HEALTH BENEFITS CORPORATION | ATTN: GENERAL COUNSEL | 511 FARBER LAKES DRIVE | | BUFFALO | NY | 14221 | | SERVICE CONTRACT | 6/1/19 |
| INTEGRA SCRIPTS LLC | ATTN: GENERAL COUNSEL | 160 AIRPORT ROAD | | LAKEWOOD | NJ | 08701 | | SOFTWARE LICENSING AGREEMENT | 8/7/2017 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | Not dated |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| NEW YORK STATE CATHOLIC HEALTH PLAN INC D/B/A FIDELIS CARE NEW YORK | ATTN: GENERAL COUNSEL | 95-25 QUEENS BOULEVARD | | REGO PARK | NY | 11374 | | SERVICE CONTRACT | 5/15/17 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/1/16 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/11/16 |
| OPTIMA HEALTHCARE SOLUTIONS LLC | ATTN: STEPHAN C. MACKIE | 4229 SOUTHWEST HIGH MEADOWS AVENUE | | PALM CITY | FL | 34990 | | LICENSING AGREEMENT | 2/13/16 |
| OXFORD HEALTH PLANS (NY) INC | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | SERVICE CONTRACT | Not dated |
| PATIENT 2751 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 9/19/2017 |
| PATIENT 2777 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 12/26/2018 |
| PATIENT 2784 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 8/5/2019 |
| PATIENT 2800 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 8/8/2019 |
| PATIENT 2861 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 9/4/2019 |
| PATIENT 2869 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 6/25/2019 |
| PATIENT 2883 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 6/14/2019 |
| PATIENT 5175 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 4/7/2016 |
| PATIENT 5176 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 9/11/2019 |
| PATIENT 5177 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 5/31/2018 |
| PATIENT 5178 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 2/7/2017 |
| PATIENT 5179 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 8/29/2018 |
| PATIENT 5180 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 9/23/2016 |
| PATIENT 5181 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 11/1/2015 |
| PATIENT 5182 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 4/27/2018 |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule G:  Executory Contracts and Unexpired Leases

| Counterparty Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease |
|---|---|---|---|---|---|---|---|---|---|
| PATIENT 5183 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 5/31/2019 |
| PATIENT 5184 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 8/27/2018 |
| PATIENT 5185 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 9/20/2018 |
| PATIENT 5186 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 6/5/2018 |
| PATIENT 5187 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 2/7/2011 |
| PATIENT 5188 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 6/12/2019 |
| PATIENT 5189 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 10/27/2018 |
| PATIENT 5190 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 10/4/2019 |
| PATIENT 5191 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 9/13/2011 |
| PATIENT 5192 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 8/31/2019 |
| PATIENT 5193 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 10/2/2019 |
| PATIENT 5194 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 1/31/2012 |
| PATIENT 5195 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 12/3/2018 |
| PATIENT 5196 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 10/4/2019 |
| PATIENT 5197 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 12/17/2011 |
| PATIENT 5198 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 5/19/2016 |
| PATIENT 5199 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 9/1/2017 |
| PATIENT 5200 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 8/19/2019 |
| PATIENT 5201 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 2/10/2017 |
| PATIENT 5202 | ADDRESS ON FILE | | | | | | | ADMISSION AGREEMENT | 8/30/2016 |
| PGBA LLC | ATTN: TRICARE PROVIDER DATA MANAGEMENT | PO BOX 870156 | | SURFSIDE BEACH | SC | 29587-9756 | | SERVICE CONTRACT | Not dated |
| PREVENTIVE DIAGNOSTICS INC | ATTN: GENERAL COUNSEL | 544 PARK AVENUE | | BROOKLYN | NY | 11205 | | SERVICE CONTRACT | 7/25/12 |
| THE PARK ASSOCIATES INC | ATTN: GENERAL COUNSEL | 1181 QUAKER ROAD | | EAST AURORA | NY | 14052 | | LICENSING AGREEMENT | 6/23/07 |
| TIME WARNER CABLE ENTERPRISES LLC | ATTN: GENERAL COUNSEL | 2620 WEST HENRIETTA ROAD | | ROCHESTER | NY | 14623 | | SERVICE AND MARKETING AGREEMENT FOR 2178 N 5TH STREET | 7/29/16 |
| TIME WARNER CABLE ENTERPRISES LLC | ATTN: GENERAL COUNSEL | 2620 WEST HENRIETTA ROAD | | ROCHESTER | NY | 14623 | | EASEMENT AND MEMORANDUM OF AGREEMENT FOR 2178 N 5TH STREET | 7/29/16 |
| TOTAL SENIOR CARE INC | ATTN: GENERAL COUNSEL | 519 NORTH MAIN STREET | | OLEAN | NY | 14760-2618 | | SERVICE CONTRACT | 7/22/11 |
| UNITEDHEALTHCARE | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | INSURANCE CONTRACTS | Not dated |
| UNITEDHEALTHCARE | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | INSURANCE CONTRACTS | Not dated |
| UNITEDHEALTHCARE | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | INSURANCE CONTRACTS | Not dated |
| UNITEDHEALTHCARE | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | INSURANCE CONTRACTS | Not dated |
| UNITEDHEALTHCARE | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | INSURANCE CONTRACTS | Not dated |
| UNITEDHEALTHCARE INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | SERVICE CONTRACT | Not dated |
| UNITEDHEALTHCARE OF NEW YORK INC | ATTN: GENERAL COUNSEL | 300 MERIDIAN CENTER BOULEVARD | SUITE 320 | ROCHESTER | NY | 14618 | | SERVICE CONTRACT | Not dated |
| UNIVERA COMMUNITY HEALTH INC | ATTN: GENERAL COUNSEL | 205 PARK CLUB LANE | | BUFFALO | NY | 14221-5239 | | SERVICE CONTRACT | 4/13/15 |
| UNIVERA HEALTHCARE | ATTN: GENERAL COUNSEL | 205 PARK CLUB LANE | | BUFFALO | NY | 14221-4578 | | SERVICE CONTRACT | 7/18/11 |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | ATTN: GENERAL COUNSEL | 465 MAIN STREET | LAFAYETTE COURT, 22ND FLOOR | BUFFALO | NY | 14203-1780 | | REGULATORY AGREEMENT - MULTIFAMILY HOUSING PROJECTS | 5/21/09 |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | ATTN: GENERAL COUNSEL | 465 MAIN STREET | LAFAYETTE COURT, 22ND FLOOR | BUFFALO | NY | 14203-1780 | | LEASE: BUILDING AND LAND | 5/21/09 |
| VNA HOMECARE OPTIONS LLC | ATTN: GENERAL COUNSEL | 1050 WEST GENESEE STREET | | SYRACUSE | NY | 13204 | | SERVICE CONTRACT | 6/1/18 |
| VNS CHOICE | ATTN: GENERAL COUNSEL | 107 E 70TH STREET | | NEW YORK | NY | 10021 | | SERVICE CONTRACT | Not dated |
| WELLCARE OF NEW YORK INC | ATTN: EXECUTIVE DIRECTOR - NETWORK | ONE NEW YORK PLAZA | 15TH FLOOR | NEW YORK | NY | 10004 | | SERVICE CONTRACT | Not dated |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 7/29/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 11/12/15 |
| WESCOM SOLUTIONS INC | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 12/30/15 |
| WESCOM SOLUTIONS INC D/B/A POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC D/B/A POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 9/13/15 |
| WESCOM SOLUTIONS INC. DBA AS POINTCLICKCARE | ATTN: GENERAL COUNSEL | 6975 CREDITVIEW ROAD | UNIT 4 | MISSISSAUGA | ON | L5N 8E9 | CANADA | SERVICE CONTRACT | 1/28/15 |
| ZOLL SERVICES LLC | ATTN: GENERAL COUNSEL | 121 GAMMA DRIVE | | PITTSBURGH | PA | 15238-2919 | | SERVICE CONTRACT | 5/23/18 |

Fill in this information to identify the case:

Debtor name        **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76263**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **See Schedule H Attachment** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

In re Absolut Center for Nursing and Rehabilitation at Allegany, LLC
Case No. 19-76263
Schedule H: CoDebtors

| Name of Codebtor | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Name of Creditor | Applicable Schedules (D, E/F, G) |
|---|---|---|---|---|---|---|---|---|---|---|
| Absolut at Orchard Brooke, LLC | 2 Bergen Turnpike | | | | Ridgefield Park | NJ | 07660 | | Specialty RX | D |
| Absolut at Orchard Brooke, LLC | 6300 Wilshire Blvd | Suite 1800 | | | Los Angeles | CA | 90048 | | The ARBA Group, Inc. | D |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC | 2 Bergen Turnpike | | | | Ridgefield Park | NJ | 07660 | | Specialty RX | D |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC | 6300 Wilshire Blvd | Suite 1800 | | | Los Angeles | CA | 90048 | | The ARBA Group, Inc. | D |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC | 2 Bergen Turnpike | | | | Ridgefield Park | NJ | 07660 | | Specialty RX | D |
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC | 6300 Wilshire Blvd | Suite 1800 | | | Los Angeles | CA | 90048 | | The ARBA Group, Inc. | D |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC | 2 Bergen Turnpike | | | | Ridgefield Park | NJ | 07660 | | Specialty RX | D |
| Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC | 6300 Wilshire Blvd | Suite 1800 | | | Los Angeles | CA | 90048 | | The ARBA Group, Inc. | D |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC | Chip Woelper | 1422 Clarkview Road | | | Baltimore | MD | 21209-0000 | | Capital Finance LLC Claim - Acct 0003 | D |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC | 2 Bergen Turnpike | | | | Ridgefield Park | NJ | 07660 | | Specialty RX | D |
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC | 6300 Wilshire Blvd | Suite 1800 | | | Los Angeles | CA | 90048 | | The ARBA Group, Inc. | D |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC | 2 Bergen Turnpike | | | | Ridgefield Park | NJ | 07660 | | Specialty RX | D |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC | 6300 Wilshire Blvd | Suite 1800 | | | Los Angeles | CA | 90048 | | The ARBA Group, Inc. | D |

**Fill in this information to identify the case:**

Debtor name    **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **19-76263**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2019**      X */s/ Michael Wyse*
                                          Signature of individual signing on behalf of debtor

                                          **Michael Wyse**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor