# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re  Absolut Facilities Management, LLC, *et al.*

Case No.  19-76260 (AST)  (Jointly Administered)

Federal Tax I.D. # 20-8471412

Debtor

## INITIAL MONTHLY OPERATING REPORT

**File report and attachments with Court and submit copy to the United States Trustee within 10 days after order for relief**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor-in-Possession". Examples of acceptable evidence of debtor-in-possession bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) | X | |
| Certificates of Insurance: | X | |
|    Workers Compensation | X | |
|    Property | X | |
|    General Liability | X | |
|    Vehicle | X | |
|    Other: | | |
| Evidence of Debtor in Possession Bank Accounts | X | |
|    Tax Escrow Account | | |
|    General Operating Account | | |
|    Other: | | |
|    Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

10/21/2019
Date

Mike Wyse
Printed Name of Authorized Individual

CRO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(10/00)

United States Trustee
Initial Reporting Requirements Documents

**Attachment B - Insurance Expiration Statement**

| Coverage/Property Description | Insurance Type & Property Insured | Agent/Contact | Expiration | Paid Through | Policy Limits |
|---|---|---|---|---|---|
| Property | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Michael Schwimmer<br>Grandview Brokerage, Inc.<br>1815 65th St, Brooklyn NY 11204<br>t 718.333.1155 x 5001 | 8.9.20 | 8.9.20 | 1,000,000 |
| General Liability / Professional | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Michael Schwimmer<br>Grandview Brokerage, Inc.<br>1815 65th St, Brooklyn NY 11204<br>t 718.333.1155 x 5001 | 9.8.20 | 9.8.20 | 1,000,000/3,000,000 |
| Workers Comp | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Michael Schwimmer<br>Grandview Brokerage, Inc.<br>1815 65th St, Brooklyn NY 11204<br>t 718.333.1155 x 5001 | 5.1.20 | 5.1.20 | 1,000,000 |
| NYS Disability | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Michael Schwimmer<br>Grandview Brokerage, Inc.<br>1815 65th St, Brooklyn NY 11204<br>t 718.333.1155 x 5001 | 12.31.20 | 12.31.20 | |
| Crime | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Hayli Dunn<br>**TIS Insurance Services, Inc.**<br>1900 N. Winston Road, Suite 100<br>Knoxville, TN 37919 | 3.15.20 | 3.15.20 | 500,000 |
| Surety Bond | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Hayli Dunn<br>**TIS Insurance Services, Inc.**<br>1900 N. Winston Road, Suite 100<br>Knoxville, TN 37919 | 2.1.20 | 2.1.20 | 25,000<br>140,000<br>30,000<br>45,000<br>100,000<br>30,000<br>30,000 |
| Auto - transport<br>Auto - cars | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Michael Schwimmer<br>Grandview Brokerage, Inc.<br>1815 65th St, Brooklyn NY 11204<br>t 718.333.1155 x 5001 | 3.1.20<br>8.9.20 | 3.1.20<br>8.9.20 | 1,000,000<br>1,000,000 |
| EPLI | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Michael Schwimmer<br>Grandview Brokerage, Inc.<br>1815 65th St, Brooklyn NY 11204<br>t 718.333.1155 x 5001 | 8.24.20 | 8.24.20 | 1,000,000 |
| Umbrella | Allegany<br>Aurora Park<br>Gasport<br>Orchard Brooke<br>Orchard Park<br>Three Rivers<br>Westfield | Michael Schwimmer<br>Grandview Brokerage, Inc.<br>1815 65th St, Brooklyn NY 11204<br>t 718.333.1155 x 5001 | 9.8.20 | 9.8.20 | 5,000,000/5,000,000 |

I declare under penalty of perjury that the information provided above and on any attachments hereto is true and correct to the best of my knowledge and belief.

9/23/19

Date:

Signature

Philip Hoffman
Interim CFO

Printed name & title

**Mattucci, Lisa**

| | |
|---|---|
| **From:** | Mattucci, Lisa |
| **Sent:** | Friday, September 20, 2019 6:29 AM |
| **To:** | Isaac Kleinman (lkleinman@gvwins.com); Grandview Brokerage (rockoven@gvwins.com) |
| **Cc:** | Michael Schwimmer (michael@gvwins.com); Sherman, Israel; Hoffman, Phil |
| **Subject:** | Absolut Insurance |

**Importance:**       High

Hi all,

We are required to add to each insurance policy: "United States Trustee" as an additional notified party – not to list as additional loss payee.

I unfortunately need this today please.

Property, GL PL, EPLI, WC, DBL, Auto.

Thank you,
Lisa

NROCKOVE

# ACORD®  EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 6/11/2019 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): **(718) 333-1155** | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| **Grandview Brokerage Corp**<br>**1815-65th Street**<br>**Brooklyn, NY 11204**<br><br>Contact name: | | Great American Insurance Comp | |
| FAX (A/C, No): | E-MAIL ADDRESS: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| CODE: | SUB CODE: | POLICY TYPE | |
| AGENCY CUSTOMER ID #: **ABSOFAC-01** | | **Property** | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**<br>**Absolut at Allegany**<br>**2178 North Fifth Street**<br>**Allegany, NY 14706** | | **MAC457352310** |

| EFFECTIVE DATE | EXPIRATION DATE | |
|---|---|---|
| **6/7/2019** | **8/9/2020** | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |

| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: |
|---|---|

## PROPERTY INFORMATION   (ACORD 101 may be attached if more space is required)   ☒ BUILDING  OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION
**2178 NORTH FIFTH STREET, Allegany, NY 14706, Absolut Center at Allegany**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION   PERILS INSURED   ☐ BASIC   ☐ BROAD   ☒ SPECIAL

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: | $ 104,189,254 | | | DED: **5,000** | | |
|---|---|---|---|---|---|---|

| | YES | NO | N/A | | | |
|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME   ☐ RENTAL VALUE | X | | | If YES, LIMIT: | 15,863,032 | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | | 4,245,434 |
| TERRORISM COVERAGE | | | X | Attach Disclosure Notice / DEC | | |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | | X | | | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT: | DED: | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | | |
| REPLACEMENT COST | X | | | | | |
| AGREED VALUE | X | | | | | |
| COINSURANCE | | | X | If YES,          % | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: | 4,075,099 | DED: 5,000 |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: | 4,075,099 | DED: 5,000 |
|      - Demolition Costs | X | | | If YES, LIMIT: | 1,000,000 | DED: 5,000 |
|      - Incr. Cost of Construction | X | | | If YES, LIMIT: | 1,000,000 | DED: 5,000 |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: | 1,000,000 | DED: 25,000 |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: | 1,000,000 | DED: 25,000 |
| WIND / HAIL INCL  ☒ YES  ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | | DED: |
| NAMED STORM INCL  ☒ YES  ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | | DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | | |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| ☐ CONTRACT OF SALE  ☐ MORTGAGEE | ☐ LENDER'S LOSS PAYABLE | ☐ LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|

| NAME AND ADDRESS | |
|---|---|
| **Absolut Center for Nursing and Rehabilitation at Allegany, LLC**<br>**2178 North Fifth Street**<br>**Allegany, NY 14706** | AUTHORIZED REPRESENTATIVE<br><br>*Michael Schwenue* |

ACORD 28 (2016/03)

© 2003-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

NROCKOVE

*ACORD*

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY)
6/11/2019

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): **(718) 333-1155** | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| **Grandview Brokerage Corp**<br>**1815-65th Street**<br>**Brooklyn, NY 11204**<br><br>Contact name: | | **Great American Insurance Comp** | |

| FAX (A/C, No): | E-MAIL ADDRESS: | | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|---|
| CODE: | SUB CODE: | POLICY TYPE | |
| AGENCY CUSTOMER ID #: **ABSOFAC-01** | | **Property** | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| **Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC**<br>**Absolut at Aurora Park**<br>**292 Main Street**<br>**East Aurora, NY 14052** | | | **MAC457352310** |

| | EFFECTIVE DATE | EXPIRATION DATE | |
|---|---|---|---|
| | **6/7/2019** | **8/9/2020** | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | | |

**PROPERTY INFORMATION**  (ACORD 101 may be attached if more space is required)   ☒ **BUILDING**  OR  ☒ **BUSINESS PERSONAL PROPERTY**

LOCATION / DESCRIPTION
**292 MAIN STREET, East Aurora, NY 14052, Absolut Center at Aurora Park**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**    PERILS INSURED   ☐ BASIC   ☐ BROAD   ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ **104,189,254**            DED: **5,000**

| | YES | NO | N/A | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME  ☐ RENTAL VALUE | X | | | If YES, LIMIT: | **15,863,032** | | Actual Loss Sustained; # of months: | |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | | | **44,157,206** | |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | | | | |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | | | | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | | X | | | | | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT: | | | DED: | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | | | | |
| REPLACEMENT COST | | X | | | | | | |
| AGREED VALUE | X | | | | | | | |
| COINSURANCE | X | | | If YES, | % | | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: | **43,124,775** | | DED: | **5,000** |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | If YES, LIMIT: | **43,124,775** | | DED: | **5,000** |
|    - Demolition Costs | X | | | If YES, LIMIT: | **1,000,000** | | DED: | **5,000** |
|    - Incr. Cost of Construction | X | | | If YES, LIMIT: | **1,000,000** | | DED: | **5,000** |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: | **1,000,000** | | DED: | **25,000** |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: | | | DED: | |
| WIND / HAIL INCL  ☒ YES  ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | | | DED: | |
| NAMED STORM INCL  ☒ YES  ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | | | DED: | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| ☐ CONTRACT OF SALE  ☐ MORTGAGEE | ☐ LENDER'S LOSS PAYABLE | ☐ LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| NAME AND ADDRESS | | | |
| **Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC**<br>**292 Main Street**<br>**East Aurora, NY 14052** | | | AUTHORIZED REPRESENTATIVE<br>*Michael Schuman* |

ACORD 28 (2016/03)

© 2003-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

NROCKOVE

*ACORD*

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 6/11/2019 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): (718) 333-1155 | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| Grandview Brokerage Corp 1815-65th Street Brooklyn, NY 11204  Contact name: | | Great American Insurance Comp | |
| FAX (A/C, No): | E-MAIL ADDRESS: | | |
| CODE: | SUB CODE: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| AGENCY CUSTOMER ID #: ABSOFAC-01 | | POLICY TYPE Property | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER MAC457352310 |
|---|---|---|---|
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC Absolut at Gasport 4540 Lincoln Drive Gasport, NY 14067 | EFFECTIVE DATE 6/7/2019 | EXPIRATION DATE 8/9/2020 | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | | |

**PROPERTY INFORMATION**   (ACORD 101 may be attached if more space is required)   ☒ BUILDING  OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION
4540 LINCOLN DRIVE, Gasport, NY 14067, Absolut Center at Gasport

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**   PERILS INSURED   | BASIC   | BROAD   |X| SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE:  $ **104,189,254**                          DED: **5,000**

| | YES | NO | N/A | | | | |
|---|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME  ☐ RENTAL VALUE | X | | | IF YES, LIMIT: | 15,863,032 | Actual Loss Sustained; # of months: | |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | | | 6,281,371 |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | | | |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | | | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | | X | | | | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT: | | DED: | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | | | |
| REPLACEMENT COST | X | | | | | | |
| AGREED VALUE | X | | | | | | |
| COINSURANCE | | X | | If YES,        % | | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: | 5,943,561 | DED: | 5,000 |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: | 5,943,561 | DED: | 5,000 |
|    - Demolition Costs | X | | | If YES, LIMIT: | 1,000,000 | DED: | 5,000 |
|    - Incr. Cost of Construction | X | | | If YES, LIMIT: | 1,000,000 | DED: | 5,000 |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: | 1,000,000 | DED: | 25,000 |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: | 1,000,000 | DED: | 25,000 |
| WIND / HAIL INCL  ☒ YES ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | | DED: | |
| NAMED STORM INCL  ☒ YES ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | | DED: | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| ☐ CONTRACT OF SALE ☐ MORTGAGEE | ☐ LENDER'S LOSS PAYABLE | ☐ LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| NAME AND ADDRESS  Absolut Center for Nursing and Rehabilitation at Gasport, LLC Absolut at Gasport; 4540 Lincoln Drive Gasport, NY 14067 | | | AUTHORIZED REPRESENTATIVE  _Michael Schumar_ |

ACORD 28 (2016/03)

© 2003-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

NROCKOVE

**ACORD**

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 6/11/2019 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): **(718) 333-1155** | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| **Grandview Brokerage Corp**<br>**1815-65th Street**<br>**Brooklyn, NY 11204**<br><br>**Contact name:** | | **Great American Insurance Comp** | |

| FAX (A/C, No): | E-MAIL ADDRESS: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|

| CODE: | | SUB CODE: | POLICY TYPE |
|---|---|---|---|
| AGENCY CUSTOMER ID #: **ABSOFAC-01** | | | **Property** |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | |
|---|---|---|---|
| **Absolut Center for Nursing and Rehabilitaion at Orchard Park LLC**<br>**Absolut at Orchard Brooke, LLC;**<br>**6060 Armor Road**<br>**Orchard Park, NY 14127** | | | POLICY NUMBER **MAC457352310** |

| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|
| **6/7/2019** | **8/9/2020** | ☐ |

| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: |
|---|---|

**PROPERTY INFORMATION**   (ACORD 101 may be attached if more space is required)   ☒ **BUILDING  OR ☒ BUSINESS PERSONAL PROPERTY**

LOCATION / DESCRIPTION
**6060 ARMOR ROAD, Orchard Park, NY 14127, Absolut Center at Orchard Park**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**    PERILS INSURED    ☐ BASIC    ☐ BROAD    ☒ SPECIAL

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ **104,189,254** | | | | | DED: **5,000** | | |
|---|---|---|---|---|---|---|---|

| | YES | NO | N/A | | | | |
|---|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME  ☐ RENTAL VALUE | X | | | If YES, LIMIT: **15,863,032** | Actual Loss Sustained; # of months: | | |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | | | **28,585,318** |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | | | |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | | | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | | X | | | | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT: | | DED: | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | | | |
| REPLACEMENT COST | X | | | | | | |
| AGREED VALUE | X | | | | | | |
| COINSURANCE | | X | | If YES,          % | | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: **20,430,904** | DED: | **5,000** | |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: **20,430,904** | DED: | **5,000** | |
|    - Demolition Costs | X | | | If YES, LIMIT: **1,000,000** | DED: | **5,000** | |
|    - Incr. Cost of Construction | X | | | If YES, LIMIT: **1,000,000** | DED: | **5,000** | |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: **1,000,000** | DED: | **25,000** | |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: **1,000,000** | DED: | **25,000** | |
| WIND / HAIL INCL   ☒ YES   ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | DED: | | |
| NAMED STORM INCL   ☒ YES   ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT: | DED: | | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| ☐ CONTRACT OF SALE   ☐ LENDER'S LOSS PAYABLE   ☐ LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|
| ☐ MORTGAGEE | |
| NAME AND ADDRESS | |
| **Absolut Center for Nursing and Rehabilitaion at Orchard Park LLC**<br>**Absolut at Orchard Brooke, LLC**<br>**6060 Armor Road**<br>**Orchard Park, NY 14127** | AUTHORIZED REPRESENTATIVE<br>*Michael Schummel* |

ACORD 28 (2016/03)

© 2003-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

NROCKOVE

**ACORD®**  **EVIDENCE OF COMMERCIAL PROPERTY INSURANCE**  | DATE (MM/DD/YYYY)
6/11/2019 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): **(718) 333-1155** | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| **Grandview Brokerage Corp**
**1815-65th Street**
**Brooklyn, NY 11204**

Contact name: | | **Great American Insurance Comp** | |
| FAX (A/C, No): | E-MAIL ADDRESS: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| CODE: | SUB CODE: | POLICY TYPE | |
| AGENCY CUSTOMER ID #: **ABSOFAC-01** | | **Property** | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| **Absolut Center for Nursing and Rehabilitation at Three Rivers LLC**
**101 Creekside Drive**
**Painted Post, NY 14870** | | **MAC457352310** |
| | EFFECTIVE DATE **6/7/2019** | EXPIRATION DATE **8/9/2020** | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | |

**PROPERTY INFORMATION**   (ACORD 101 may be attached if more space is required)   ☒ **BUILDING** OR ☒ **BUSINESS PERSONAL PROPERTY**

LOCATION / DESCRIPTION
**101 CREEKSIDE DRIVE, Painted Post, NY 14870, Absolut Center at Three Rivers**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**    PERILS INSURED    ☐ BASIC    ☐ BROAD    ☒ SPECIAL

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ **104,189,254** | | | | DED: **5,000** | |
|---|---|---|---|---|---|
| | YES | NO | N/A | | |
| ☒ BUSINESS INCOME    ☐ RENTAL VALUE | X | | | IF YES, LIMIT: **15,863,032** | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | **15,721,812** |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | | X | | |
| LIMITED FUNGUS COVERAGE | | | X | IF YES, LIMIT: | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | X | | | | |
| COINSURANCE | | X | | IF YES,        % | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | IF YES, LIMIT: | DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | IF YES, LIMIT: **15,283,817** | DED: **5,000** |
| - Demolition Costs | X | | | IF YES, LIMIT: **1,000,000** | DED: **5,000** |
| - Incr. Cost of Construction | X | | | IF YES, LIMIT: **1,000,000** | DED: **5,000** |
| EARTH MOVEMENT (If Applicable) | X | | | IF YES, LIMIT: **1,000,000** | DED: **25,000** |
| FLOOD (If Applicable) | X | | | IF YES, LIMIT: **1,000,000** | DED: **25,000** |
| WIND / HAIL INCL    ☒ YES    ☐ NO  Subject to Different Provisions: | | | | IF YES, LIMIT: | DED: |
| NAMED STORM INCL    ☒ YES    ☐ NO  Subject to Different Provisions: | | | | IF YES, LIMIT: | DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| ☐ CONTRACT OF SALE    ☐ LENDER'S LOSS PAYABLE    ☐ LOSS PAYEE
☐ MORTGAGEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|
| NAME AND ADDRESS

**Absolut Center for Nursing and Rehabilitation at Three Rivers LLC**
**101 Creekside Drive**
**Painted Post, NY 14870** | |
| | AUTHORIZED REPRESENTATIVE

*Michael Schumnel* |

ACORD 28 (2016/03)

© 2003-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

NROCKOVE

**ACORD**

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
| --- |
| 6/11/2019 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): **(718) 333-1155** | COMPANY NAME AND ADDRESS | NAIC NO: |
| --- | --- | --- | --- |
| Grandview Brokerage Corp 1815-65th Street Brooklyn, NY 11204  Contact name: | | Great American Insurance Comp | |
| FAX (A/C, No): | E-MAIL ADDRESS: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| CODE: | SUB CODE: | POLICY TYPE | |
| AGENCY CUSTOMER ID #: **ABSOFAC-01** | | **Property** | |
| NAMED INSURED AND ADDRESS | | LOAN NUMBER | POLICY NUMBER |
| Absolut Center for Nursing And Rehabilitation At Westfield, LLC 26 Cass Street Westfield, NY 14787 | | | MAC457352310 |
| | | EFFECTIVE DATE **6/7/2019** | EXPIRATION DATE **8/9/2020** | CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | | THIS REPLACES PRIOR EVIDENCE DATED: | |

**PROPERTY INFORMATION** (ACORD 101 may be attached if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION
26 CASS STREET, Westfield, NY 14787, Absolut Center at Westfield

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**  PERILS INSURED ☐ BASIC ☐ BROAD ☒ SPECIAL

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: | $ 104,189,254 | | | DED: 5,000 | |
| --- | --- | --- | --- | --- | --- |
| | YES | NO | N/A | | |
| ☒ BUSINESS INCOME  ☐ RENTAL VALUE | X | | | IF YES, LIMIT: 1,916,165 | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | 8,769,243 |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | | X | | |
| LIMITED FUNGUS COVERAGE | | | X | IF YES, LIMIT: | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | X | | | | |
| COINSURANCE | | X | | IF YES,           % | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | IF YES, LIMIT: 100,000,000 | DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | IF YES, LIMIT: 8,331,098 | DED: 5,000 |
| - Demolition Costs | X | | | IF YES, LIMIT: 1,000,000 | DED: 5,000 |
| - Incr. Cost of Construction | X | | | IF YES, LIMIT: 1,000,000 | DED: 5,000 |
| EARTH MOVEMENT (If Applicable) | X | | | IF YES, LIMIT: 1,000,000 | DED: 25,000 |
| FLOOD (If Applicable) | X | | | IF YES, LIMIT: 1,000,000 | DED: 25,000 |
| WIND / HAIL INCL ☒ YES ☐ NO Subject to Different Provisions: | | | | IF YES, LIMIT: | DED: |
| NAMED STORM INCL ☒ YES ☐ NO Subject to Different Provisions: | | | | IF YES, LIMIT: | DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| ☐ CONTRACT OF SALE  ☐ LENDER'S LOSS PAYABLE  ☐ LOSS PAYEE ☐ MORTGAGEE | LENDER SERVICING AGENT NAME AND ADDRESS |
| --- | --- |
| NAME AND ADDRESS  Absolut Center for Nursing And Rehabilitation At Westfield, LLC 26 Cass Street Westfield, NY 14787 | |
| | AUTHORIZED REPRESENTATIVE  *Michael Schwone* |

ACORD 28 (2016/03)

© 2003-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

 **ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01      NROCKOVE

DATE (MM/DD/YYYY)
9/12/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:   If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | CONTACT<br>NAME: | | |
|---|---|---|---|
| | PHONE<br>(A/C, No, Ext): **(718) 333-1155** | | FAX<br>(A/C, No): |
| | E-MAIL<br>ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : **Lloyds Of London** | | |
| INSURED<br><br>Absolut Facilities Management<br>300 Gleed Avenue<br>East Aurora, NY 14052-2983 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER:      REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | TBD | 9/8/2019 | 9/8/2020 | EACH OCCURRENCE | $ 1,000,000 |
| |   X CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | X Retro Date 6/7/07 | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ Included |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 3,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ Included |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Prof. Liability | | | TBD | 9/8/2019 | 9/8/2020 | Limit | 1,000,000 |
| A | Retro Date 6/7/07 | | | TBD | 9/8/2019 | 9/8/2020 | Aggregate | 3,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Coverage is subject to court approval of continuous insurance payments as per payment schedule, including the down payment and installments.

Facilities Included:
Absolut Center for Nursing And Rehabilitation At Westfield, LLC
26 Cass Street
Westfield, NY 14787

SEE ATTACHED ACORD 101

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| <br>Absolut Facilities Management<br>300 Gleed Avenue<br>East Aurora, NY 14052<br> | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael Schwartz* |

ACORD 25 (2016/03)      © 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD



# ADDITIONAL REMARKS SCHEDULE

Page  1  of  1

| AGENCY | NAMED INSURED |
|---|---|
| **Grandview Brokerage Corp** | Absolut Facilities Management<br>300 Gleed Avenue<br>East Aurora, NY 14052-2983 |

POLICY NUMBER
**SEE PAGE 1**

| CARRIER | NAIC CODE | |
|---|---|---|
| **SEE PAGE 1** | **SEE P 1** | EFFECTIVE DATE: **SEE PAGE 1** |

ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 25   FORM TITLE: Certificate of Liability Insurance

**Description of Operations/Locations/Vehicles:**
**Absolut Center for Nursing and Rehabilitation at Three Rivers LLC**
**101 Creekside Drive**
**Painted Post, NY 14870**

**Absolut Center for Nursing and Rehabilitaion at Orchard Park LLC**
**Absolut at Orchard Brooke, LLC**
**6060 Armor Road**
**Orchard Park, NY 14127**

**Absolut Center for Nursing and Rehabilitation at Gasport, LLC**
**4540 Lincoln Road**
**Gasport, NY 14067**

**Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC**
**292 Main Street**
**East Aurora, NY 14052**

**Absolut Center for Nursing and Rehabilitation at Allegany, LLC**
**2178 North Fifth Street**
**Allegany, NY 14706**

WESTFIELD TO BE ADDED

ACORD 101 (2008/01)                                    © 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01                PGLICKSMAN

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): (917) 534-6087 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : American Guarantee and Liability Insurance Company | | 26247 |
| INSURED | INSURER B : | | |
| Absolut Facilities Management, LLC<br>300 Gleed Ave<br>East Aurora, NY 14052-2983 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

COVERAGES                CERTIFICATE NUMBER:                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | WC011627602 | 5/1/2019 | 5/1/2020 | ☐ PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Facilities Management, LLC<br>300 Gleed Ave<br>East Aurora, NY 14052 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br><br>*Michael Schwamel* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01

PGLICKSMAN

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): (917) 534-6087 |
| 1815-65th Street | E-MAIL ADDRESS: | | |
| Brooklyn, NY 11204 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : American Guarantee and Liability Insurance Company | | 26247 |
| INSURED | INSURER B : | | |
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC | INSURER C : | | |
| 2178 N Fifth St | INSURER D : | | |
| Allegany, NY 14706 | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES                CERTIFICATE NUMBER:                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY  ☐ PRO-JECT  ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | N/A | WC011627602 | 5/1/2019 | 5/1/2020 | ☐ PER STATUTE  ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC 2178 N Fifth St Allegany, NY 14706 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Michael Schwmmel* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01

PGLICKSMAN

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp 1815-65th Street Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): (917) 534-6087 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : American Guarantee and Liability Insurance Company | | 26247 |
| INSURED Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC 292 Main St East Aurora, NY 14052 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                              REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY  ☐ PRO-JECT  ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N | N/A | | WC011627602 | 5/1/2019 | 5/1/2020 | ☐ PER STATUTE  ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC 292 Main St East Aurora, NY 14052 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE  *Michael Schwanee* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD**

ABSOFAC-01                    **PGLICKSMAN**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | | |
|---|---|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | | PHONE (A/C, No, Ext): **(718) 333-1155** | | FAX (A/C, No): **(917) 534-6087** |
| | | E-MAIL ADDRESS: | | |
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | | INSURER A : American Guarantee and Liability Insurance Company | | 26247 |
| INSURED | | INSURER B : | | |
| Absolut Center for Nursing And Rehabilitation at Gasport, LLC<br>4540 Lincoln Dr<br>Gasport, NY 14067 | | INSURER C : | | |
| | | INSURER D : | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES            CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | WC011627602 | 5/1/2019 | 5/1/2020 | ☒ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT $ | 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE $ | 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT $ | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

## CERTIFICATE HOLDER                    CANCELLATION

| | |
|---|---|
| Absolut Center for Nursing And Rehabilitation at Gasport, LLC<br>4540 Lincoln Dr<br>Gasport, NY 14067 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael Schwarzel* |

ACORD 25 (2016/03)                    © 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD



ABSOFAC-01    PGLICKSMAN

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Grandview Brokerage Corp 1815-65th Street Brooklyn, NY 11204 | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): (917) 534-6087 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : American Guarantee and Liability Insurance Company | | 26247 |
| INSURED Absolut at Orchard Brooke, LLC 6060 Armor Duells Rd Orchard Park, NY 14127 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | WC011627602 | 5/1/2019 | 5/1/2020 | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT $ | 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE $ | 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT $ | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut at Orchard Brooke, LLC 6060 Armor Duells Rd Orchard Park, NY 14127 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Michael Schummel* |

ACORD 25 (2016/03)          © 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

ABSOFAC-01                    **PGLICKSMAN**

# ACORD®  CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | FAX (A/C, No): (917) 534-6087 |
| | E-MAIL ADDRESS: | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A: American Guarantee and Liability Insurance Company | 26247 |
| INSURED | INSURER B: | |
| Absolut Center For Nursing and Rehabilitation at Orchard Park, LLC<br>6060 Armor Rd<br>Orchard Park, NY 14127 | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | WC011627602 | 5/1/2019 | 5/1/2020 | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

## CERTIFICATE HOLDER                    CANCELLATION

| | |
|---|---|
| Absolut Center For Nursing and Rehabilitation at Orchard Park, LLC<br>6060 Armor Rd<br>Orchard Park, NY 14127 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael Schwartz* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01      **PGLICKSMAN**

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | PHONE (A/C, No, Ext): **(718) 333-1155** | FAX (A/C, No): **(917) 534-6087** |
| | E-MAIL ADDRESS: | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br>Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC<br>101 Creekside Dr<br>Painted Post, NY 14870 | INSURER A : American Guarantee and Liability Insurance Company | 26247 |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ Y/N (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | WC011627602 | 5/1/2019 | 5/1/2020 | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC<br>101 Creekside Dr<br>Painted Post, NY 14870 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael Schummel* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01                    **PGLICKSMAN**

DATE (MM/DD/YYYY)
5/3/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): (917) 534-6087 |
| 1815-65th Street | E-MAIL ADDRESS: | | |
| Brooklyn, NY 11204 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : American Guarantee and Liability Insurance Company | | 26247 |
| INSURED | INSURER B : | | |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC | INSURER C : | | |
| 26 Cass St | INSURER D : | | |
| Westfield, NY 14787 | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**          **CERTIFICATE NUMBER:**                    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | WC011627602 | 5/1/2019 | 5/1/2020 | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) N/A | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC 26 Cass St Westfield, NY 14787 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Michael Schwarcz* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# STATE OF NEW YORK WORKERS' COMPENSATION BOARD
DISABILITY AND PAID FAMILY LEAVE BENEFITS LAW
## CERTIFICATE/CANCELLATION OF INSURANCE
Filed on behalf of Employer in compliance with Article 9 of the Workers' Compensation Law



DB-820-829 09-17

☑ **Initial**    ☐ **Cancellation**    ☐ **Reinstatement**    ☐ **Supersedes**    **Transaction Effective Date:** 10/1/2016

## A. INSURER

| 1. INSURER NAME   Wesco Insurance Company | 2. INSURER CODE | 3. INSURER PHONE # |
|---|---|---|
| 800 Plaza Two, 8th Floor, Jersey City, NJ 07311-1104 | B904698 | (800) 535-2711 |
| 4. CONTACT NAME   Lydia De La Rosa-Pena | 5. TITLE   Associate VP | 6. DATE   6/13/2019 |

## B. CURRENT EMPLOYER INFORMATION

| 7. WCB EMPLOYER NUMBER | 8. NYS UIER NUMBER | 9. EMPLOYER FEIN   208467875 |
|---|---|---|

| 10. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA)   Absolut Center For Nursing and Rehabilitation at Allegany LLC | 13. LEGAL STATUS (SEE BACK OF FORM)   10 - LLC |
|---|---|
| 11. EMPLOYER STREET ADDRESS   2178 N. Fifth Street | 14. NUMBER (#) OF EMPLOYEES   49 |
| 12. EMPLOYER CITY, STATE and ZIP CODE   Allegany          NY       14706 | 15. EMPLOYER PHONE # |

## C. POLICY  * If policyholder is an Association, Union or Trustee for which Form DB-820.3 is filed, do not complete item 18.

| 16. POLICY NUMBER   WDL10269714-013 | 17. POLICY EFFECTIVE DATE   10/1/2016 | 18. POLICY FORM NUMBER *   AH990118NY |
|---|---|---|
| 19. WCB PLAN NUMBER (Only for Association, Union or Trustee with Form DB-801 on file.) | | 20. PREMIUM AMOUNT   $1811.17 |

## D. REASONS FOR CANCELLATION

☐ Non-Payment of Premium          ☐ Other: _____

☐ Not Subject/No Eligible Employees    Date: _____

☐ Out of Business                 Date: _____     **DATE CANCELLATION OR**

☐ Seasonal                       Date: _____     **TERMINATION SENT TO EMPLOYER:** _____

## E. Complete if SUPERSEDES box is checked at top of form    F. POLICYHOLDER if different from Employer

| 21. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) | 27. POLICYHOLDER NAME |
|---|---|
| 22. EMPLOYER'S STREET ADDRESS | 28. POLICYHOLDER ADDRESS |
| 23. CITY, STATE and ZIP CODE | 29. CITY, STATE and ZIP CODE |
| 24. EMPLOYER FEIN  |  25. POLICY EFFECTIVE DATE | 30. POLICYHOLDER FEIN |
| 26. POLICY NUMBER | |

## G. 1. The policy covers Employer's employees as follows:

a. The policy provides coverage for:

  ☑ Both disability and paid family leave benefits

  ☐ Disability benefits only

  ☐ Paid family leave benefits only

b. The policy covers the following class or classes of employees:

  ☑ All employees

  ☐ Only the class or classes of employees listed here:

  _____

**2. The employee contributions required and benefits insured are:**

  ☑ The same in all respects as under Section 204 and not in excess of those authorized under Section 209.

  ☐ As described in attached supplement, Form DB-820.1

  ☐ As described in Employer's Application for Acceptance of a Plan, Form DB-800, filed with and accepted by the Chair.

  ☐ As described in Certificate of Insurance, Form DB-820.3, filed on behalf of the Association, Union or Trustees (policyholders) on
    or amended Form DB-820.3 filed thereafter.

To be filed by Insurance Carrier on behalf of Employer to provide, through insurance, exactly statutory benefits, (Section 204),
OR benefits under a plan accepted by the Chair.

**DB 820/829 (9-17)**

## LEGAL STATUS - INSURED LEGAL STATUS

| | | | |
|---|---|---|---|
| 1 | INDIVIDUAL | 10 | LIMITED LIABILITY COMPANY (LLC) |
| 2 | PARTNERSHIP | 11 | TRUST OR ESTATE |
| 3 | CORPORATION | 12 | EXECUTOR OR TRUSTEE |
| 4 | ASSOCIATION, LABOR UNION, RELIGIOUS ORGANIZATION | | |
| 5 | LIMITED PARTNER | 13 | LIMITED LIABILITY PARTNERSHIP (LLP) |
| 6 | JOINT VENTURE | 99 | OTHER |

## STATE OF NEW YORK WORKERS' COMPENSATION BOARD
### DISABILITY AND PAID FAMILY LEAVE BENEFITS LAW
## CERTIFICATE/CANCELLATION OF INSURANCE
Filed on behalf of Employer in compliance with Article 9 of the Workers' Compensation Law


DB-820-829 09-17

☑ **Initial**   ☐ **Cancellation**   ☐ **Reinstatement**   ☐ **Supersedes**   **Transaction Effective Date:** 10/1/2016

### A. INSURER

| 1. INSURER NAME   Wesco Insurance Company | 2. INSURER CODE | 3. INSURER PHONE # |
|---|---|---|
| 800 Plaza Two, 8th Floor, Jersey City, NJ 07311-1104 | B904698 | (800) 535-2711 |

| 4. CONTACT NAME | 5. TITLE | 6. DATE |
|---|---|---|
| Lydia De La Rosa-Pena | Associate VP | 6/13/2019 |

### B. CURRENT EMPLOYER INFORMATION

| 7. WCB EMPLOYER NUMBER | 8. NYS UIER NUMBER | 9. EMPLOYER FEIN |
|---|---|---|
| | | 208468266 |

| 10. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) | 13. LEGAL STATUS (SEE BACK OF FORM) |
|---|---|
| Absolut Center for Nursing & Rehabilitation at Aurora Park LLC | 10 - LLC |

| 11. EMPLOYER STREET ADDRESS | 14. NUMBER (#) OF EMPLOYEES |
|---|---|
| 292 Main St | 48 |

| 12. EMPLOYER CITY, STATE and ZIP CODE | 15. EMPLOYER PHONE # |
|---|---|
| East Aurora                    NY        14052 | |

### C. POLICY * If policyholder is an Association, Union or Trustee for which Form DB-820.3 is filed, do not complete item 18.

| 16. POLICY NUMBER | 17. POLICY EFFECTIVE DATE | 18. POLICY FORM NUMBER * |
|---|---|---|
| WDL10269714-015 | 10/1/2016 | AH990118NY |

| 19. WCB PLAN NUMBER (Only for Association, Union or Trustee with Form DB-801 on file.) | 20. PREMIUM AMOUNT |
|---|---|
| | $1891.60 |

### D. REASONS FOR CANCELLATION

☐ Non-Payment of Premium          ☐ Other: _____

☐ Not Subject/No Eligible Employees   Date: _____

☐ Out of Business          Date: _____   **DATE CANCELLATION OR**

☐ Seasonal          Date: _____   **TERMINATION SENT TO EMPLOYER:** _____

### E. Complete if SUPERSEDES box is checked at top of form

| 21. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) |
|---|
| |

### F. POLICYHOLDER if different from Employer

| 27. POLICYHOLDER NAME |
|---|
| |

| 22. EMPLOYER'S STREET ADDRESS | 28. POLICYHOLDER ADDRESS |
|---|---|
| | |

| 23. CITY, STATE and ZIP CODE | 29. CITY, STATE and ZIP CODE |
|---|---|
| | |

| 24. EMPLOYER FEIN | 25. POLICY EFFECTIVE DATE | 30. POLICYHOLDER FEIN |
|---|---|---|
| | | |

| 26. POLICY NUMBER |
|---|
| |

### G. 1. The policy covers Employer's employees as follows:

a. The policy provides coverage for:

☑ Both disability and paid family leave benefits

☐ Disability benefits only

☐ Paid family leave benefits only

b. The policy covers the following class or classes of employees:

☑ All employees

☐ Only the class or classes of employees listed here:

_____

_____

**2. The employee contributions required and benefits insured are:**

☑ The same in all respects as under Section 204 and not in excess of those authorized under Section 209.

☐ As described in attached supplement, Form DB-820.1

☐ As described in Employer's Application for Acceptance of a Plan, Form DB-800, filed with and accepted by the Chair.

☐ As described in Certificate of Insurance, Form DB-820.3, filed on behalf of the Association, Union or Trustees (policyholders) on or amended Form DB-820.3 filed thereafter.

To be filed by Insurance Carrier on behalf of Employer to provide, through insurance, exactly statutory benefits, (Section 204),
OR benefits under a plan accepted by the Chair.

**DB 820/829 (9-17)**

## LEGAL STATUS - INSURED LEGAL STATUS

| | | | | |
|---|---|---|---|---|
| 1 | INDIVIDUAL | | 10 | LIMITED LIABILITY COMPANY (LLC) |
| 2 | PARTNERSHIP | | 11 | TRUST OR ESTATE |
| 3 | CORPORATION | | 12 | EXECUTOR OR TRUSTEE |
| 4 | ASSOCIATION, LABOR UNION, RELIGIOUS ORGANIZATION | | | |
| 5 | LIMITED PARTNER | | 13 | LIMITED LIABILITY PARTNERSHIP (LLP) |
| 6 | JOINT VENTURE | | 99 | OTHER |

# STATE OF NEW YORK WORKERS' COMPENSATION BOARD
## DISABILITY AND PAID FAMILY LEAVE BENEFITS LAW
## CERTIFICATE/CANCELLATION OF INSURANCE
### Filed on behalf of Employer in compliance with Article 9 of the Workers' Compensation Law

 DB-820-829 09-17

☑ **Initial**    ☐ **Cancellation**    ☐ **Reinstatement**    ☐ **Supersedes**    **Transaction Effective Date:** 10/1/2016

## A.  INSURER

| 1. INSURER NAME    Wesco Insurance Company | 2. INSURER CODE | 3. INSURER PHONE # |
|---|---|---|
| 800 Plaza Two, 8th Floor, Jersey City, NJ 07311-1104 | B904698 | (800) 535-2711 |

| 4. CONTACT NAME | 5. TITLE | 6. DATE |
|---|---|---|
| Lydia De La Rosa-Pena | Associate VP | 6/13/2019 |

## B.  CURRENT EMPLOYER INFORMATION

| 7. WCB EMPLOYER NUMBER | 8. NYS UIER NUMBER | 9. EMPLOYER FEIN |
|---|---|---|
| | | 208468080 |

| 10. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) | 13. LEGAL STATUS (SEE BACK OF FORM) |
|---|---|
| Absolut Center For Nursing and Rehabilitation at Gasport LLC | 10 - LLC |

| 11. EMPLOYER STREET ADDRESS | 14. NUMBER (#) OF EMPLOYEES |
|---|---|
| 4540 Lincoln Drive | 90 |

| 12. EMPLOYER CITY, STATE and ZIP CODE | 15. EMPLOYER PHONE # |
|---|---|
| Gasport                     NY        14067 | |

## C.  POLICY  * If policyholder is an Association, Union or Trustee for which Form DB-820.3 is filed, do not complete item 18.

| 16. POLICY NUMBER | 17. POLICY EFFECTIVE DATE | 18. POLICY FORM NUMBER * |
|---|---|---|
| WDL10269714-002 | 10/1/2016 | AH990118NY |

| 19. WCB PLAN NUMBER (Only for Association, Union or Trustee with Form DB-801 on file.) | 20. PREMIUM AMOUNT |
|---|---|
| | $3383.43 |

## D.  REASONS FOR CANCELLATION

☐ Non-Payment of Premium        ☐ Other: _____
☐ Not Subject/No Eligible Employees    Date: _____
☐ Out of Business        Date: _____    **DATE CANCELLATION OR**
☐ Seasonal        Date: _____    **TERMINATION SENT TO EMPLOYER:** _____

## E.  Complete if SUPERSEDES box is checked at top of form

| 21. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) |
|---|
| |

| 22. EMPLOYER'S STREET ADDRESS |
|---|
| |

| 23. CITY, STATE and ZIP CODE |
|---|
| |

| 24. EMPLOYER FEIN | 25. POLICY EFFECTIVE DATE |
|---|---|
| | |

| 26. POLICY NUMBER |
|---|
| |

## F.  POLICYHOLDER if different from Employer

| 27. POLICYHOLDER NAME |
|---|
| |

| 28. POLICYHOLDER ADDRESS |
|---|
| |

| 29. CITY, STATE and ZIP CODE |
|---|
| |

| 30. POLICYHOLDER FEIN |
|---|
| |

## G.  1. The policy covers Employer's employees as follows:

a. The policy provides coverage for:

☑ Both disability and paid family leave benefits
☐ Disability benefits only
☐ Paid family leave benefits only

b. The policy covers the following class or classes of employees:

☑ All employees
☐ Only the class or classes of employees listed here:

**2. The employee contributions required and benefits insured are:**

☑ The same in all respects as under Section 204 and not in excess of those authorized under Section 209.
☐ As described in attached supplement, Form DB-820.1
☐ As described in Employer's Application for Acceptance of a Plan, Form DB-800, filed with and accepted by the Chair.
☐ As described in Certificate of Insurance, Form DB-820.3, filed on behalf of the Association, Union or Trustees (policyholders) on
   or amended Form DB-820.3 filed thereafter.

To be filed by Insurance Carrier on behalf of Employer to provide, through insurance, exactly statutory benefits, (Section 204),
OR benefits under a plan accepted by the Chair.

**DB 820/829 (9-17)**

## LEGAL STATUS - INSURED LEGAL STATUS

| | | | | |
|---|---|---|---|---|
| 1 | INDIVIDUAL | | 10 | LIMITED LIABILITY COMPANY (LLC) |
| 2 | PARTNERSHIP | | 11 | TRUST OR ESTATE |
| 3 | CORPORATION | | 12 | EXECUTOR OR TRUSTEE |
| 4 | ASSOCIATION, LABOR UNION, RELIGIOUS ORGANIZATION | | | |
| 5 | LIMITED PARTNER | | 13 | LIMITED LIABILITY PARTNERSHIP (LLP) |
| 6 | JOINT VENTURE | | 99 | OTHER |

# STATE OF NEW YORK WORKERS' COMPENSATION BOARD
## DISABILITY AND PAID FAMILY LEAVE BENEFITS LAW
## CERTIFICATE/CANCELLATION OF INSURANCE
Filed on behalf of Employer in compliance with Article 9 of the Workers' Compensation Law


DB-820-829 09-17

☑ **Initial**   ☐ **Cancellation**   ☐ **Reinstatement**   ☐ **Supersedes**   **Transaction Effective Date:** 10/1/2016

## A. INSURER

| 1. INSURER NAME    Wesco Insurance Company | 2. INSURER CODE | 3. INSURER PHONE # |
|---|---|---|
| 800 Plaza Two, 8th Floor, Jersey City, NJ 07311-1104 | B904698 | (800) 535-2711 |

| 4. CONTACT NAME | 5. TITLE | 6. DATE |
|---|---|---|
| Lydia De La Rosa-Pena | Associate VP | 6/13/2019 |

## B. CURRENT EMPLOYER INFORMATION

| 7. WCB EMPLOYER NUMBER | 8. NYS UIER NUMBER | 9. EMPLOYER FEIN |
|---|---|---|
| | | 208471641 |

| 10. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) | 13. LEGAL STATUS (SEE BACK OF FORM) |
|---|---|
| Absolut at Orchard Brooke LLC | 10 - LLC |

| 11. EMPLOYER STREET ADDRESS | 14. NUMBER (#) OF EMPLOYEES |
|---|---|
| 6060 Armor Road | 18 |

| 12. EMPLOYER CITY, STATE and ZIP CODE | 15. EMPLOYER PHONE # |
|---|---|
| Orchard Park                    NY        14127 | |

## C. POLICY   * If policyholder is an Association, Union or Trustee for which Form DB-820.3 is filed, do not complete item 18.

| 16. POLICY NUMBER | 17. POLICY EFFECTIVE DATE | 18. POLICY FORM NUMBER * |
|---|---|---|
| WDL10269714-003 | 10/1/2016 | AH990118NY |

| 19. WCB PLAN NUMBER (Only for Association, Union or Trustee with Form DB-801 on file.) | 20. PREMIUM AMOUNT |
|---|---|
| | $678.35 |

## D. REASONS FOR CANCELLATION

☐ Non-Payment of Premium     ☐ Other: _____
☐ Not Subject/No Eligible Employees   Date: _____
☐ Out of Business     Date: _____     **DATE CANCELLATION OR**
☐ Seasonal     Date: _____     **TERMINATION SENT TO EMPLOYER:** _____

## E. Complete if SUPERSEDES box is checked at top of form

| 21. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) | |
|---|---|
| 22. EMPLOYER'S STREET ADDRESS | |
| 23. CITY, STATE and ZIP CODE | |
| 24. EMPLOYER FEIN | 25. POLICY EFFECTIVE DATE |
| 26. POLICY NUMBER | |

## F. POLICYHOLDER if different from Employer

| 27. POLICYHOLDER NAME |
|---|
| 28. POLICYHOLDER ADDRESS |
| 29. CITY, STATE and ZIP CODE |
| 30. POLICYHOLDER FEIN |

## G. 1. The policy covers Employer's employees as follows:

a. The policy provides coverage for:
☑ Both disability and paid family leave benefits
☐ Disability benefits only
☐ Paid family leave benefits only

b. The policy covers the following class or classes of employees:
☑ All employees
☐ Only the class or classes of employees listed here:
_____
_____

2. **The employee contributions required and benefits insured are:**
☑ The same in all respects as under Section 204 and not in excess of those authorized under Section 209.
☐ As described in attached supplement, Form DB-820.1
☐ As described in Employer's Application for Acceptance of a Plan, Form DB-800, filed with and accepted by the Chair.
☐ As described in Certificate of Insurance, Form DB-820.3, filed on behalf of the Association, Union or Trustees (policyholders) on or amended Form DB-820.3 filed thereafter.

To be filed by Insurance Carrier on behalf of Employer to provide, through insurance, exactly statutory benefits, (Section 204),
OR benefits under a plan accepted by the Chair.

**DB 820/829 (9-17)**

## LEGAL STATUS - INSURED LEGAL STATUS

| | | | | |
|---|---|---|---|---|
| 1 | INDIVIDUAL | | 10 | LIMITED LIABILITY COMPANY (LLC) |
| 2 | PARTNERSHIP | | 11 | TRUST OR ESTATE |
| 3 | CORPORATION | | 12 | EXECUTOR OR TRUSTEE |
| 4 | ASSOCIATION, LABOR UNION, RELIGIOUS ORGANIZATION | | | |
| 5 | LIMITED PARTNER | | 13 | LIMITED LIABILITY PARTNERSHIP (LLP) |
| 6 | JOINT VENTURE | | 99 | OTHER |

## STATE OF NEW YORK WORKERS' COMPENSATION BOARD
### DISABILITY AND PAID FAMILY LEAVE BENEFITS LAW
## CERTIFICATE/CANCELLATION OF INSURANCE
Filed on behalf of Employer in compliance with Article 9 of the Workers' Compensation Law

 DB-820-829 09-17

☑ **Initial**  ☐ **Cancellation**  ☐ **Reinstatement**  ☐ **Supersedes**     **Transaction Effective Date:** 10/1/2016

### A. INSURER

| 1. INSURER NAME  Wesco Insurance Company | 2. INSURER CODE | 3. INSURER PHONE # |
|---|---|---|
| 800 Plaza Two, 8th Floor, Jersey City, NJ 07311-1104 | B904698 | (800) 535-2711 |

| 4. CONTACT NAME  Lydia De La Rosa-Pena | 5. TITLE  Associate VP | 6. DATE  6/13/2019 |
|---|---|---|

### B. CURRENT EMPLOYER INFORMATION

| 7. WCB EMPLOYER NUMBER | 8. NYS UIER NUMBER | 9. EMPLOYER FEIN  208468300 |
|---|---|---|

| 10. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA)  Absolut Center For Nursing and Rehabilitation at Orchard Park LLC | 13. LEGAL STATUS (SEE BACK OF FORM)  10 - LLC |
|---|---|

| 11. EMPLOYER STREET ADDRESS  6060 Armor Road | 14. NUMBER (#) OF EMPLOYEES  221 |
|---|---|

| 12. EMPLOYER CITY, STATE and ZIP CODE  Orchard Park          NY      14127 | 15. EMPLOYER PHONE # |
|---|---|

### C. POLICY  * If policyholder is an Association, Union or Trustee for which Form DB-820.3 is filed, do not complete item 18.

| 16. POLICY NUMBER  WDL10269714-007 | 17. POLICY EFFECTIVE DATE  10/1/2016 | 18. POLICY FORM NUMBER *  AH990118NY |
|---|---|---|

| 19. WCB PLAN NUMBER (Only for Association, Union or Trustee with Form DB-801 on file.) | 20. PREMIUM AMOUNT  $8215.59 |
|---|---|

### D. REASONS FOR CANCELLATION

☐ Non-Payment of Premium      ☐ Other: _____

☐ Not Subject/No Eligible Employees    Date: _____

☐ Out of Business      Date: _____    **DATE CANCELLATION OR**

☐ Seasonal      Date: _____    **TERMINATION SENT TO EMPLOYER:** _____

### E. Complete if SUPERSEDES box is checked at top of form.    F. POLICYHOLDER if different from Employer

| 21. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) | 27. POLICYHOLDER NAME |
|---|---|

| 22. EMPLOYER'S STREET ADDRESS | 28. POLICYHOLDER ADDRESS |
|---|---|

| 23. CITY, STATE and ZIP CODE | 29. CITY, STATE and ZIP CODE |
|---|---|

| 24. EMPLOYER FEIN | 25. POLICY EFFECTIVE DATE  10/1/2016 | 30. POLICYHOLDER FEIN |
|---|---|---|

| 26. POLICY NUMBER | |
|---|---|

### G. 1. The policy covers Employer's employees as follows:

a. The policy provides coverage for:

☑ Both disability and paid family leave benefits

☐ Disability benefits only

☐ Paid family leave benefits only

b. The policy covers the following class or classes of employees:

☑ All employees

☐ Only the class or classes of employees listed here:
_____
_____

**2. The employee contributions required and benefits insured are:**

☑ The same in all respects as under Section 204 and not in excess of those authorized under Section 209.

☐ As described in attached supplement, Form DB-820.1

☐ As described in Employer's Application for Acceptance of a Plan, Form DB-800, filed with and accepted by the Chair.

☐ As described in Certificate of Insurance, Form DB-820.3, filed on behalf of the Association, Union or Trustees (policyholders) on or amended Form DB-820.3 filed thereafter.

To be filed by Insurance Carrier on behalf of Employer to provide, through insurance, exactly statutory benefits, (Section 204),
OR benefits under a plan accepted by the Chair.

**DB 820/829 (9-17)**

## LEGAL STATUS - INSURED LEGAL STATUS

| | |
|---|---|
| 1 INDIVIDUAL | 10 LIMITED LIABILITY COMPANY (LLC) |
| 2 PARTNERSHIP | 11 TRUST OR ESTATE |
| 3 CORPORATION | 12 EXECUTOR OR TRUSTEE |
| 4 ASSOCIATION, LABOR UNION, RELIGIOUS ORGANIZATION | |
| 5 LIMITED PARTNER | 13 LIMITED LIABILITY PARTNERSHIP (LLP) |
| 6 JOINT VENTURE | 99 OTHER |

# STATE OF NEW YORK WORKERS' COMPENSATION BOARD
## DISABILITY AND PAID FAMILY LEAVE BENEFITS LAW
## CERTIFICATE/CANCELLATION OF INSURANCE
Filed on behalf of Employer in compliance with Article 9 of the Workers' Compensation Law



DB-820-829 09-17

☑ Initial    ☐ Cancellation    ☐ Reinstatement    ☐ Supersedes    **Transaction Effective Date:** 10/1/2016

## A. INSURER

| 1. INSURER NAME    Wesco Insurance Company | 2. INSURER CODE | 3. INSURER PHONE # |
|---|---|---|
| 600 Plaza Two, 8th Floor, Jersey City, NJ 07311-1104 | B904698 | (800) 535-2711 |

| 4. CONTACT NAME | 5. TITLE | 6. DATE |
|---|---|---|
| Lydia De La Rosa-Pena | Associate VP | 6/13/2019 |

## B. CURRENT EMPLOYER INFORMATION

| 7. WCB EMPLOYER NUMBER | 8. NYS UIER NUMBER | 9. EMPLOYER FEIN |
|---|---|---|
| | | 208468133 |

| 10. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) | 13. LEGAL STATUS (SEE BACK OF FORM) |
|---|---|
| Absolut Center For Nursing and Rehabilitation at Three Rivers LLC | 10 - LLC |

| 11. EMPLOYER STREET ADDRESS | 14. NUMBER (#) OF EMPLOYEES |
|---|---|
| 101 Creekside Drive | 120 |

| 12. EMPLOYER CITY, STATE and ZIP CODE | 15. EMPLOYER PHONE # |
|---|---|
| Painted Post            NY     14870 | |

## C. POLICY   * If policyholder is an Association, Union or Trustee for which Form DB-820.3 is filed, do not complete item 18.

| 16. POLICY NUMBER | 17. POLICY EFFECTIVE DATE | 18. POLICY FORM NUMBER * |
|---|---|---|
| WDL10269714-008 | 10/1/2016 | AH990118NY |

| 19. WCB PLAN NUMBER (Only for Association, Union or Trustee with Form DB-801 on file.) | 20. PREMIUM AMOUNT |
|---|---|
| | $4555.69 |

## D. REASONS FOR CANCELLATION

☐ Non-Payment of Premium        ☐ Other:
☐ Not Subject/No Eligible Employees    Date: _____
☐ Out of Business        Date: _____    **DATE CANCELLATION OR**
☐ Seasonal        Date: _____    **TERMINATION SENT TO EMPLOYER:** _____

## E. Complete if SUPERSEDES box is checked at top of form

| 21. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA) |
|---|
| |

| 22. EMPLOYER'S STREET ADDRESS |
|---|
| |

| 23. CITY, STATE and ZIP CODE |
|---|
| |

| 24. EMPLOYER FEIN | 25. POLICY EFFECTIVE DATE |
|---|---|
| | |

| 26. POLICY NUMBER |
|---|
| |

## F. POLICYHOLDER if different from Employer

| 27. POLICYHOLDER NAME |
|---|
| |

| 28. POLICYHOLDER ADDRESS |
|---|
| |

| 29. CITY, STATE and ZIP CODE |
|---|
| |

| 30. POLICYHOLDER FEIN |
|---|
| |

## G. 1. The policy covers Employer's employees as follows

a. The policy provides coverage for:
☑ Both disability and paid family leave benefits
☐ Disability benefits only
☐ Paid family leave benefits only

b. The policy covers the following class or classes of employees:
☑ All employees
☐ Only the class or classes of employees listed here:

_____
_____

2. The employee contributions required and benefits insured are:
☑ The same in all respects as under Section 204 and not in excess of those authorized under Section 209.
☐ As described in attached supplement, Form DB-820.1
☐ As described in Employer's Application for Acceptance of a Plan, Form DB-800, filed with and accepted by the Chair.
☐ As described in Certificate of Insurance, Form DB-820.3, filed on behalf of the Association, Union or Trustees (policyholders) on
    or amended Form DB-820.3 filed thereafter.

To be filed by Insurance Carrier on behalf of Employer to provide, through insurance, exactly statutory benefits, (Section 204),
OR benefits under a plan accepted by the Chair.

DB 820/829 (9-17)

## LEGAL STATUS - INSURED LEGAL STATUS

| | | | |
|---|---|---|---|
| 1 | INDIVIDUAL | 10 | LIMITED LIABILITY COMPANY (LLC) |
| 2 | PARTNERSHIP | 11 | TRUST OR ESTATE |
| 3 | CORPORATION | 12 | EXECUTOR OR TRUSTEE |
| 4 | ASSOCIATION, LABOR UNION, RELIGIOUS ORGANIZATION | | |
| 5 | LIMITED PARTNER | 13 | LIMITED LIABILITY PARTNERSHIP (LLP) |
| 6 | JOINT VENTURE | 99 | OTHER |

# STATE OF NEW YORK WORKERS' COMPENSATION BOARD
## DISABILITY AND PAID FAMILY LEAVE BENEFITS LAW
## CERTIFICATE/CANCELLATION OF INSURANCE
Filed on behalf of Employer in compliance with Article 9 of the Workers' Compensation Law


DB-820-829 09-17

☑ **Initial**   ☐ **Cancellation**   ☐ **Reinstatement**   ☐ **Supersedes**    **Transaction Effective Date:** 10/1/2016

### A. INSURER

| | | |
|---|---|---|
| **1. INSURER NAME** Wesco Insurance Company<br>800 Plaza Two, 8th Floor, Jersey City, NJ 07311-1104 | **2. INSURER CODE** B904698 | **3. INSURER PHONE #** (800) 535-2711 |
| **4. CONTACT NAME** Lydia De La Rosa-Pena | **5. TITLE** Associate VP | **6. DATE** 6/13/2019 |

### B. CURRENT EMPLOYER INFORMATION

| **7. WCB EMPLOYER NUMBER** | **8. NYS UIER NUMBER** | **9. EMPLOYER FEIN** 208467924 |
|---|---|---|

| **10. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA)** Absolut Center for Nursing and Rehabilitation at Westfield LLC | **13. LEGAL STATUS (SEE BACK OF FORM)** 10 - LLC |
|---|---|
| **11. EMPLOYER STREET ADDRESS** 26 Cass Street | **14. NUMBER (#) OF EMPLOYEES** 140 |
| **12. EMPLOYER CITY, STATE and ZIP CODE** Westfield          NY      14787 | **15. EMPLOYER PHONE #** |

### C. POLICY  * If policyholder is an Association, Union or Trustee for which Form DB-820.3 is filed, do not complete item 18.

| **16. POLICY NUMBER** WDL10269714-009 | **17. POLICY EFFECTIVE DATE** 10/1/2016 | **18. POLICY FORM NUMBER *** AH990118NY |
|---|---|---|
| **19. WCB PLAN NUMBER (Only for Association, Union or Trustee with Form DB-801 on file.)** | | **20. PREMIUM AMOUNT** $4833.02 |

### D. REASONS FOR CANCELLATION

☐ Non-Payment of Premium          ☐ Other: _____
☐ Not Subject/No Eligible Employees   Date: _____
☐ Out of Business                 Date: _____    DATE CANCELLATION OR
☐ Seasonal                        Date: _____    TERMINATION SENT TO EMPLOYER: _____

### E. Complete if SUPERSEDES box is checked at top of form

| **21. EMPLOYER'S LEGAL NAME, INCLUDING (DBA/AKA/TA)** | |
|---|---|
| **22. EMPLOYER'S STREET ADDRESS** | |
| **23. CITY, STATE and ZIP CODE** | |
| **24. EMPLOYER FEIN** | **25. POLICY EFFECTIVE DATE** |
| **26. POLICY NUMBER** | |

### F. POLICYHOLDER if different from Employer

| **27. POLICYHOLDER NAME** |
|---|
| **28. POLICYHOLDER ADDRESS** |
| **29. CITY, STATE and ZIP CODE** |
| **30. POLICYHOLDER FEIN** |

### G. 1. The policy covers Employer's employees as follows:

a. The policy provides coverage for:
☑ Both disability and paid family leave benefits
☐ Disability benefits only
☐ Paid family leave benefits only

b. The policy covers the following class or classes of employees:
☑ All employees
☐ Only the class or classes of employees listed here:
_____

**2. The employee contributions required and benefits insured are:**
☑ The same in all respects as under Section 204 and not in excess of those authorized under Section 209.
☐ As described in attached supplement, Form DB-820.1
☐ As described in Employer's Application for Acceptance of a Plan, Form DB-800, filed with and accepted by the Chair.
☐ As described in Certificate of Insurance, Form DB-820.3, filed on behalf of the Association, Union or Trustees (policyholders) on or amended Form DB-820.3 filed thereafter.

To be filed by Insurance Carrier on behalf of Employer to provide, through insurance, exactly statutory benefits, (Section 204),
OR benefits under a plan accepted by the Chair.

**DB 820/829 (9-17)**

## LEGAL STATUS - INSURED LEGAL STATUS

| | | | |
|---|---|---|---|
| 1 | INDIVIDUAL | 10 | LIMITED LIABILITY COMPANY (LLC) |
| 2 | PARTNERSHIP | 11 | TRUST OR ESTATE |
| 3 | CORPORATION | 12 | EXECUTOR OR TRUSTEE |
| 4 | ASSOCIATION, LABOR UNION, RELIGIOUS ORGANIZATION | | |
| 5 | LIMITED PARTNER | 13 | LIMITED LIABILITY PARTNERSHIP (LLP) |
| 6 | JOINT VENTURE | 99 | OTHER |

WESCO INSURANCE COMPANY

Absolut Facilities Management LLC

### STATE OF NEW YORK
### WORKERS' COMPENSATION BOARD
# NOTICE OF COMPLIANCE
New York State Disability Benefits

## Disability Benefits For Employees

1.  If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2.  To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3.  Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
    You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
    **IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

    -   If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
    -   If you have been unemployed more than four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4.  You are entitled to be treated by any physician, chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5.  If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6.  If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7.  You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8.  Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

---

WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711

---

Policy #: WDL10269714-001          Effective From: 10/1/2016          To: 12/31/2020

☑ Statutory          ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

---

**NYS Workers' Compensation Board**
Customer Service: (877) 632-4996
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
Employers must post DB-120 so that all classes of their employees know who will pay their benefits.

WESCO INSURANCE COMPANY

Absolut Center For Nursing and Rehabilitation at Allegany LLC

**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**
# NOTICE OF COMPLIANCE
New York State Disability Benefits

---

### Disability Benefits For Employees

1. If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2. To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3. Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
   You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
   **IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

   - If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
   - If you have been unemployed more than four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4. You are entitled to be treated by any physician,chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5. If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6. If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7. You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8. Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

---

WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711

---

Policy #: WDL10269714-013            Effective From: 10/1/2016        To: 12/31/2020

☑ Statutory        ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

**NYS Workers' Compensation Board**
**Customer Service: (877) 632-4996**
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
Employers must post DB-120 so that all classes of their employees know who will pay their benefits.

**DB-120 (11-17)**                    THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION

WESCO INSURANCE COMPANY

Absolut Center for Nursing & Rehabilitation at Aurora Park LLC

STATE OF NEW YORK

WORKERS' COMPENSATION BOARD

# NOTICE OF COMPLIANCE

New York State Disability Benefits

## Disability Benefits For Employees

1. If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2. To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3. Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
**IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

   - If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
   - If you have been unemployed more than four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4. You are entitled to be treated by any physician,chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5. If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6. If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7. You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8. Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711

Policy #: WDL10269714-015 Effective From: 10/1/2016 To: 12/31/2020

☑ Statutory ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

**NYS Workers' Compensation Board**
**Customer Service: (877) 632-4996**
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
**Employers must post DB-120 so that all classes of their employees know who will pay their benefits.**

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION

WESCO INSURANCE COMPANY

Absolut Center For Nursing and Rehabilitation at Gasport LLC

**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**
# NOTICE OF COMPLIANCE
New York State Disability Benefits

## Disability Benefits For Employees

1. If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2. To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3. Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
   You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
   **IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

   - If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
   - If you have been unemployed more than four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4. You are entitled to be treated by any physician,chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5. If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6. If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7. You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8. Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

---

WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711

---

Policy #: WDL10269714-002                    Effective From: 10/1/2016          To: 12/31/2020

☑ Statutory          ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

**NYS Workers' Compensation Board**
**Customer Service: (877) 632-4996**
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
Employers must post DB-120 so that all classes of their employees know who will pay their benefits.

DB-120 (11-17)                              THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION

WESCO INSURANCE COMPANY

Absolut at Orchard Brooke LLC

**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**
# NOTICE OF COMPLIANCE
New York State Disability Benefits

## Disability Benefits For Employees

1. If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2. To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3. Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
   You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
   **IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

   - If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
   - If you have been unemployed <u>more than</u> four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4. You are entitled to be treated by any physician, chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5. If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6. If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7. You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8. Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

```
WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711
```

Policy #: WDL10269714-003        Effective From: 10/1/2016        To: 12/31/2020

☑ Statutory        ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

**NYS Workers' Compensation Board**
**Customer Service: (877) 632-4996**
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
Employers must post DB-120 so that all classes of their employees know who will pay their benefits.

DB-120 (11-17)        THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION

WESCO INSURANCE COMPANY

Absolut Center For Nursing and Rehabilitation at Orchard Park LLC

### STATE OF NEW YORK
### WORKERS' COMPENSATION BOARD
# NOTICE OF COMPLIANCE
New York State Disability Benefits

---

## Disability Benefits For Employees

1. If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2. To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3. Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
   You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
   **IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

   - If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
   - If you have been unemployed <u>more than</u> four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4. You are entitled to be treated by any physician, chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5. If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6. If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7. You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8. Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

---

WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711

---

Policy #: WDL10269714-007           Effective From: 10/1/2016          To: 12/31/2020

☑ Statutory          ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

---

**NYS Workers' Compensation Board**
**Customer Service: (877) 632-4996**
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
Employers must post DB-120 so that all classes of their employees know who will pay their benefits.

WESCO INSURANCE COMPANY

Absolut Center For Nursing and Rehabilitation at Three Rivers LLC

**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**
# NOTICE OF COMPLIANCE
New York State Disability Benefits

---

## Disability Benefits For Employees

1. If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2. To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3. Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
   You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
   **IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

   - If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
   - If you have been unemployed more than four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4. You are entitled to be treated by any physician, chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5. If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6. If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7. You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8. Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

---

WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711

---

Policy #: WDL10269714-008          Effective From: 10/1/2016          To: 12/31/2020

☑ Statutory          ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

**NYS Workers' Compensation Board**
**Customer Service: (877) 632-4996**
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
Employers must post DB-120 so that all classes of their employees know who will pay their benefits.

DB-120 (11-17)                    THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION

WESCO INSURANCE COMPANY

Absolut Center for Nursing and Rehabilitation at Westfield LLC

STATE OF NEW YORK
**WORKERS' COMPENSATION BOARD**
# NOTICE OF COMPLIANCE
New York State Disability Benefits

## Disability Benefits For Employees

1. If you are unable to work because of an illness or injury, not work-related, you may be entitled to receive weekly benefits from your employer, his or her insurance carrier, or from the Special Fund for Disability Benefits.

2. To claim benefits you must file a claim form within 30 days from the first date of your disability, but in no event more than 26 weeks from such date.

3. Complete claim form DB-450 (Notice and Proof of Claim for Disability Benefits)
   You may obtain the form from your employer, his or her insurance carrier, your health provider, any Unemployment Insurance Office, the Workers' Compensation Board's website (www.wcb.ny.gov) or any office of the Board.
   **IMPORTANT:** Before filing your claim, your health provider must complete the "Health Care Provider's Statement" on the form showing your period of disability.

   - If you are employed, or have been unemployed for four weeks or less when your disability begins, send the completed form to your employer or the insurance carrier named below.
   - If you have been unemployed more than four weeks when your disability begins, send the completed form to the Workers' Compensation Board, Disability Benefits Bureau, 328 State Street, Schenectady, New York 12305.

4. You are entitled to be treated by any physician,chiropractor, dentist, nurse-midwife, podiatrist or psychologist of your choice. However, unlike workers' compensation, your medical bills will not be paid unless your employer and/or union provide for the payment of such bills under a Disability Benefits Plan or Agreement.

5. If you are ill or injured during the time you are receiving Unemployment Insurance Benefits, file a claim for Disability Benefits as soon as you sustain the injury or illness, by following the instructions outlined above.

6. If you are out of work in excess of seven days, your employer is required to send you a Disability Benefits Statement of Rights (Form DB-271S).

7. You may not take disability benefits at the same time as paid family leave benefits. The total amount of disability and paid family leave in a 52 week period cannot exceed 26 weeks.

8. Other information about disability benefits may be obtained by writing or calling the Workers' Compensation Board.

---

WESCO INSURANCE COMPANY
800 Plaza Two, 8th Floor
Jersey City, New Jersey 07311-1104
PHONE: (800) 535-2711

---

Policy #: WDL10269714-009                    Effective From: 10/1/2016          To: 12/31/2020

☑ Statutory          ☐ Under a Plan or Agreement

Class(es) of Employees Covered:

All Employees

**NYS Workers' Compensation Board**
Customer Service: (877) 632-4996
www.wcb.ny.gov

**PRESCRIBED BY THE CHAIR, WORKERS' COMPENSATION BOARD**
**THIS NOTICE MUST BE POSTED CONSPICUOUSLY IN AND ABOUT THE EMPLOYER'S PLACE OR PLACES OF BUSINESS.**
Employers must post DB-120 so that all classes of their employees know who will pay their benefits.

DB-120 (11-17)                              THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION

 **ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 09/20/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Debbie Kinkead | | |
|---|---|---|---|---|
| TIS Insurance Services, Inc. | PHONE (A/C, No, Ext): | (865) 691-4847 | FAX (A/C, No): | (865) 694-4847 |
| 1900 Winston Road, Suite 100 | E-MAIL ADDRESS: | dkinkead@tisins.com | | |
| P.O. Box 10328 | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Knoxville                         TN  37939-0328 | INSURER A : | Federal Insurance Co/Chubb | | 20281 |
| INSURED | INSURER B : | | | |
| Absolut Facilities Management, LLC | INSURER C : | | | |
| 300 Gleed Avenue | INSURER D : | | | |
| | INSURER E : | | | |
| East Aurora                       NY  14052 | INSURER F : | | | |

## COVERAGES         CERTIFICATE NUMBER:   19-20 Crime                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N | | | | | | ☐ PER STATUTE  ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Crime Coverage Employee Dishonesty | | | 82234980 | 03/15/2019 | 03/15/2020 | Limit Includes ERISA-401k | $500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Certificate Holder is listed as Additional Notified Party

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee United States Federal Building  201 Varick Street, Suite 1006  New York                          NY  10014-4811 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE  *Edward B. Sin* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)            The ACORD name and logo are registered marks of ACORD

## Additional Named Insureds

Other Named Insureds

| | |
|---|---|
| 02 Absolut Ctr for Nurs & Rehab at Aurora Park LLC | FEIN: 20-8468266 |
| 03 Absolut Ctr for Nurs & Rehab at Orchard Park LLC | FEIN: 20-8468300 |
| 04 Absolut Ctr for Nurs & Rehab at Three Rivers LLC | FEIN: 20-8468133 |
| 05 Absolut Ctr for Nurs & Rehab at Westfield LLC | FEIN: 20-8467924 |
| 06 Absolut Ctr for Nurs & Rehab at Allegany LLC | FEIN: 20-8467875 |
| 07 Absolut Ctr for Nurs & Rehab at Gasport LLC | FEIN: 20-8468080 |
| 08 Absolut at Orchard Brooke, LLC | FEIN: 20-8471641 |

OFAPPINF (02/2007)

COPYRIGHT 2007, AMS SERVICES INC

**Mattucci, Lisa**

| | |
|---|---|
| **From:** | Hayli Dunn <hdunn@tisins.com> |
| **Sent:** | Friday, September 20, 2019 11:39 AM |
| **To:** | Mattucci, Lisa |
| **Cc:** | Hoffman, Phil |
| **Subject:** | RE: Absolut Crime and Surety Bonds |
| **Attachments:** | Absolut Facilities COI.PDF |

Please see attached Crime certificate. I have submitted the request to be processed on the bonds, and documentation will be forwarded when possible.

Thank you,

**Hayli Dunn**

*Account Manager*
*HealthCare Services Division*
**TIS Insurance Services, Inc.**
1900 N. Winston Road, Suite 100
Knoxville, TN 37919
Learn more at TISins.com

o: 865.470.3712    m: 423.465.1824
f:  865.824.3912

NOTICE: You cannot bind, alter or cancel coverage without speaking to an authorized representative of TIS Insurance Services, Inc. Coverage cannot be bound without written confirmation from an authorized representative of TIS. This email and any files transmitted with it are not encrypted and may contain privileged or other confidential information and is intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or entity, or believe that you may have received this email in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use this information. Thank you.

**From:** Mattucci, Lisa <LISAM@billitco.com>
**Sent:** Friday, September 20, 2019 8:11 AM
**To:** Hayli Dunn <hdunn@tisins.com>
**Cc:** Hoffman, Phil <phoffman@billitco.com>
**Subject:** RE: Absolut Crime and Surety Bonds

United States Trustee
United States Federal Building
201 Varick Street, Suite 1006
New York, NY 10014-4811

**From:** Hayli Dunn [mailto:hdunn@tisins.com]
**Sent:** Friday, September 20, 2019 7:57 AM
**To:** Mattucci, Lisa
**Cc:** Hoffman, Phil
**Subject:** RE: Absolut Crime and Surety Bonds

Do have an address for United States Trustee?

Thank you!

# CONTINUATION CERTIFICATE

In consideration of the premium charged, The Ohio Casualty Insurance Company, as Surety,

hereby continues in force BOND NO.  4036475

in the amount of Twenty Five Thousand                                    Dollars ( $25,000.00        ),

on behalf of Absolut Center for Nursing & Rehabilitation at Allegany, LLC              as Principal,

in favor of New York State Department of Health

as obligee, for the period BEGINNING  02/01/2019    and ENDING  02/01/2020      ,

subject to all terms and conditions of said bond; PROVIDED that the liability of The Ohio Casualty Insurance Company (Surety) shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof, or partly during the said term and partly during any continuation or continuations thereof.

Signed and Sealed this  9th      day of  January        ,  2019      .

The Ohio Casualty Insurance Company (Surety)

BY:  _Pam Coleman_

Attorney-In-Fact, Pam Coleman

SURETY CORPORATE SEAL

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 8144662

**Principal:** Absolut Center for Nursing & Rehabilitation at Allegany, LLC

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company    West American Insurance Company

Bond Number 4036475

**Obligee:** New York State Department of Health

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, **Pam Coleman; Amanda Loveday; Charles C. Martin; Tara W. Mealer; Nikki Norman; James F. Oakes; Lavonne Sherrod**

all of the city of __Knoxville__, state of __TN__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __3rd__ day of __July__, __2018__.



The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
    David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA        ss
COUNTY OF MONTGOMERY

On this __3rd__ day of __July__, __2018__, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021

Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
    Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts** – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __9th__ day of __January__, __20 19__.

 

By: _Renee C. Llewellyn_
    Renee C. Llewellyn, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS_12873_022017

48 of 100

# CONTINUATION CERTIFICATE

In consideration of the premium charged, The Ohio Casualty Insurance Company, as Surety,

hereby continues in force BOND NO.  4036469

in the amount of One Hundred Forty Thousand                          Dollars ( $140,000.00    ),

on behalf of Absolut Center for Nursing & Rehabilitation at Aurora Park, LLC              as Principal,

in favor of New York State Department of Health

as obligee, for the period BEGINNING  02/01/2019    and ENDING  02/01/2020    ,

subject to all terms and conditions of said bond; PROVIDED that the liability of The Ohio Casualty Insurance Company (Surety) shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof, or partly during the said term and partly during any continuation or continuations thereof.

Signed and Sealed this  9th      day of  January         ,  2019     .

The Ohio Casualty Insurance Company (Surety)

BY:      _Pam Coleman_

**Attorney-In-Fact, Pam Coleman**

SURETY CORPORATE SEAL

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 8144682

**Principal:** Absolut Center for Nursing
& Rehabilitation at Aurora
Park, LLC

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company    West American Insurance Company

Bond Number 4036469

**Obligee:** New York State Department of Health

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Pam Coleman; Amanda Loveday; Charles C. Martin; Tara W. Mealer; Nikki Norman; James F. Oakes; Lavonne Sherrod

all of the city of Knoxville , state of TN each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations. In pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 3rd day of July , 2018 .



The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _____
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA      ss
COUNTY OF MONTGOMERY

On this 3rd day of July , 2018 , before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power of authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 9th day of January , 20 19 .




By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

48 of 100

LMS_12873_022017

# CONTINUATION CERTIFICATE

In consideration of the premium charged, The Ohio Casualty Insurance Company, as Surety,

hereby continues in force BOND NO.  4036476

in the amount of Thirty Thousand _____ Dollars ( $30,000.00 ),

on behalf of Absolut Center for Nursing & Rehabilitation at Gasport, LLC _____ as Principal,

in favor of New York State Department of Health

as obligee, for the period BEGINNING 02/01/2019 and ENDING 02/01/2020 ,

subject to all terms and conditions of said bond; PROVIDED that the liability of The Ohio Casualty Insurance Company (Surety) shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof, or partly during the said term and partly during any continuation or continuations thereof.

Signed and Sealed this 9th day of January , 2019 .

The Ohio Casualty Insurance Company (Surety)

BY: _____ *Pam Coleman* _____

**Attorney-In-Fact, Pam Coleman**

SURETY CORPORATE SEAL

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Principal:** Absolut Center for Nursing
& Rehabilitation at Gasport,
LLC

**Obligee:** New York State Department of Health

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company    West American Insurance Company

Certificate No. 8144682

Bond Number 4036476

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, **Pam Coleman; Amanda Loveday; Charles C. Martin; Tara W. Mealer; Nikki Norman; James F. Oakes; Lavonne Sherrod**

all of the city of _Knoxville_, state of _TN_ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this _3rd_ day of _July_, _2018_.

 

The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA
COUNTY OF MONTGOMERY    ss

On this _3rd_ day of _July_, _2018_, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS – Section 12. Power of Attorney.** Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings.** Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _9th_ day of _January_, 20_19_.

 

By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

LMS_12873_022017

48 of 100

# CONTINUATION CERTIFICATE

In consideration of the premium charged, The Ohio Casualty Insurance Company, as Surety,

hereby continues in force BOND NO.  4036479

in the amount of Forty Five Thousand                                    Dollars (  $45,000.00      ),

on behalf of Absolut Center for Nursing & Rehabilitation at Orchard Brooke, LLC            as Principal,

in favor of New York State Department of Health

as obligee, for the period BEGINNING  02/01/2019    and ENDING  02/01/2020      ,

subject to all terms and conditions of said bond; PROVIDED that the liability of The Ohio Casualty Insurance Company (Surety) shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof, or partly during the said term and partly during any continuation or continuations thereof.

Signed and Sealed this  9th        day of  January          ,  2019      .

The Ohio Casualty Insurance Company (Surety)

BY: _____ *Pam Coleman* _____

Attorney-In-Fact, Pam Coleman

SURETY CORPORATE SEAL

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Principal:** **Absolut at Orchard Brooke, LLC**                                                                    Certificate No. 8144682

Liberty Mutual Insurance Company                                              Bond Number 4036479
The Ohio Casualty Insurance Company        West American Insurance Company

**Obligee:**

**New York State Department of Health**          # POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, **Pam Coleman; Amanda Loveday; Charles C. Martin; Tara W. Mealer; Nikki Norman; James F. Oakes; Lavonne Sherrod**

all of the city of __Knoxville__, state of __TN__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __3rd__ day of __July__, __2018__.



The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA                ss
COUNTY OF MONTGOMERY

On this __3rd__ day of __July__, __2018__, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows.

**ARTICLE IV – OFFICERS – Section 12.** Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts – SECTION 5** Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __9th__ day of __January__, 20__19__.



By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*(left margin, vertical text)* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*(right margin, vertical text)* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS_12873_022017

# CONTINUATION CERTIFICATE

In consideration of the premium charged, The The Ohio Casualty Insurance Company, as Surety,

hereby continues in force BOND NO.  4036468

in the amount of One Hundred Thousand                                    Dollars ( $100,000.00      ),

on behalf of Absolut Center for Nursing & Rehabilitation at Orchard Park, LLC              as Principal,

in favor of New York State Department of Health

as obligee, for the period BEGINNING 02/01/2019    and ENDING 02/01/2020    ,

subject to all terms and conditions of said bond; PROVIDED that the liability of The Ohio Casualty Insurance Company (Surety) shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof, or partly during the said term and partly during any continuation or continuations thereof.

Signed and Sealed this  9th       day of  January         ,  2019     .

The Ohio Casualty Insurance Company (Surety)

BY:  _Pam Coleman_____

Attorney-in-Fact, Pam Coleman

SURETY CORPORATE SEAL

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Principal:** **Absolut Center for Nursing**      Certificate No. 8144682
**& Rehabilitation at Orchard**    Liberty Mutual Insurance Company      Bond Number 4036468
**Park, LLC**    The Ohio Casualty Insurance Company    West American Insurance Company

**Obligee:**

**New York State Department of Health**      **POWER OF ATTORNEY**

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, **Pam Coleman; Amanda Lovedav; Charles C. Martin; Tara W. Mealer; Nikki Norman; James F. Oakes; Lavonne Sherrod**

all of the city of <u>Knoxville</u>, state of <u>TN</u>   each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations. In pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this <u>3rd</u> day of <u>July</u>, <u>2018</u>.

 

     The Ohio Casualty Insurance Company
     Liberty Mutual Insurance Company
     West American Insurance Company

     By: _David M. Carey_
     David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA
               ss
COUNTY OF MONTGOMERY

On this <u>3rd</u> day of <u>July</u>, <u>2018</u>, before me personally appeared David M Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Marion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

     By: _Teresa Pastella_
     Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this <u>9th</u> day of <u>January</u>, 20 <u>19</u>.

 

     By: _Renee C. Llewellyn_
     Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

48 of 100

LMS_12873_022017

# CONTINUATION CERTIFICATE

In consideration of the premium charged, The Ohio Casualty Insurance Company, as Surety,

hereby continues in force BOND NO.  4036470

in the amount of Thirty Thousand                                    Dollars ( $30,000.00      ),

on behalf of Absolut Center for Nursing & Rehabilitation at Three Rivers, LLC                as Principal,

in favor of New York State Department of Health

as obligee, for the period BEGINNING  02/01/2019    and ENDING  02/01/2020      ,

subject to all terms and conditions of said bond; PROVIDED that the liability of The Ohio Casualty Insurance Company (Surety) shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof, or partly during the said term and partly during any continuation or continuations thereof.

Signed and Sealed this  9th       day of  January         ,  2019      .

The Ohio Casualty Insurance Company (Surety)

BY:  _Pam Coleman_____

Attorney-In-Fact, Pam Coleman

SURETY CORPORATE SEAL

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Principal:** Absolut Center for Nursing & Rehabilitation at Three Rivers, LLC

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company          West American Insurance Company

Certificate No. 8144682

Bond Number 4036470

**Obligee:** New York State Department of Health

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, **Pam Coleman; Amanda Loveday; Charles C. Martin; Tara W. Mealor; Nikki Norman; James F. Oakes; Lavonne Sherrod**

all of the city of _Knoxville_, state of _TN_ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this _3rd_ day of _July_, _2018_.



The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA           ss
COUNTY OF MONTGOMERY

On this _3rd_ day of _July_, _2018_, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS – Section 12. Power of Attorney.** Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts – SECTION 5 Surety Bonds and Undertakings.** Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _9th_ day of _January_, 20 _19_.

 

By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*Sidebar left (vertical text):* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*Sidebar right (vertical text):* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS_12873_022017

48 of 100

# CONTINUATION CERTIFICATE

In consideration of the premium charged, The Ohio Casualty Insurance Company, as Surety,

hereby continues in force BOND NO.  4036471

in the amount of Thirty Thousand _____ Dollars ( $30,000.00 ),

on behalf of _Absolut Center for Nursing & Rehabilitation at Westfield, LLC_ as Principal,

in favor of New York State Department of Health

as obligee, for the period BEGINNING 02/01/2019  and ENDING 02/01/2020 ,

subject to all terms and conditions of said bond; PROVIDED that the liability of The Ohio Casualty Insurance Company (Surety) shall not exceed in the aggregate the amount above written, whether the loss shall have occurred during the term of said bond or during any continuation or continuations thereof, or partly during the said term and partly during any continuation or continuations thereof.

Signed and Sealed this  9th  day of  January , 2019 .

The Ohio Casualty Insurance Company (Surety)

BY:  _Pam Coleman_

Attorney-In-Fact, Pam Coleman

SURETY CORPORATE SEAL

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Principal:** Absolut Center for Nursing
& Rehabilitation at
Westfield, LLC

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company    West American Insurance Company

Certificate No. 8144682

Bond Number 4036471

**Obligee:** New York State Department of Health

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint,

Pam Coleman; Amanda Loveday; Charles C. Martin; Tara W. Mealer; Nikki Norman; James F. Oakes; Lavonne Sherrod

all of the city of Knoxville , state of TN each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 3rd day of July , 2018 .



The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _____
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA    ss
COUNTY OF MONTGOMERY

On this 3rd day of July , 2018 , before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS – Section 12. Power of Attorney.** Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings.** Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 9th day of January , 20 19 .

 

By: _____
Renee C. Llewellyn, Assistant Secretary

*(left margin, vertical text)* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*(right margin, vertical text)* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS_12873_022017

48 of 100

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**154  GREAT AMERICAN INS CO**

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

Name & Address of Issuer
718-333-1155

**Grandview Brokerage Inc.**
1815 65th Street
Brooklyn, NY 11204

Policy Number
**CAP1554288**

Effective Date        Expiration Date
**08/01/2019**        **03/01/2020**
12:01 a.m.            12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

Applicable with respect to the following Motor Vehicle

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVENUE
EAST AURORA  NY 14052

**2016**        **FORD**
Year            Make

**1FDEE3FL2GDC19048**        **12**
Vehicle Identification Number        Seats

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FH-1

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**154  GREAT AMERICAN INS CO**

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

Name & Address of Issuer
718-333-1155

**Grandview Brokerage Inc.**
1815 65th Street
Brooklyn, NY 11204

Policy Number
**CAP1554288**

Effective Date        Expiration Date
**08/01/2019**        **03/01/2020**
12:01 a.m.            12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

Applicable with respect to the following Motor Vehicle

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVENUE
EAST AURORA  NY 14052

**2016**        **FORD**
Year            Make

**1FDEE3FL2GDC19048**        **12**
Vehicle Identification Number        Seats

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FH-1

## FAX: Scanable Bar Code



### FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

C *11*03/11/19 CAP1554288-01

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer Great American Insurance,
301 E. 4th Street,
Cincinnati, OH 45202

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

```
ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052
```

Policy Number
CAP1554288

| Effective Date | Expiration Date |
|---|---|
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2017 FORD 15
Year  Make  Seats
1FDVU4XG9HKA03107
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer Great American Insurance,
301 E. 4th Street,
Cincinnati, OH 45202

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

```
ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052
```

Policy Number
CAP1554288

| Effective Date | Expiration Date |
|---|---|
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2017 FORD 15
Year  Make  Seats
1FDVU4XG9HKA03107
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1





FAX:  Scanable Bar Code

FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained.

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable bar code.

C *11*03/11/19 CAP1554288-01

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer Great American Insurance,
301 E. 4th Street,
Cincinnati, OH 45202

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, KY 14052

Policy Number
CAP1554288

| Effective Date | Expiration Date |
| --- | --- |
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2017    FORD    15
Year    Make    Seats
1FDVU4XG3HKA03104
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1



## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer Great American Insurance,
301 E. 4th Street,
Cincinnati, OH 45202

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, KY 14052

Policy Number
CAP1554288

| Effective Date | Expiration Date |
| --- | --- |
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2017    FORD    15
Year    Make    Seats
1FDVU4XG3HKA03104
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1



FAX:  Scanable Bar Code

FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained.

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable bar code.



C *11*03/11/19 CAP1554288-01

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154   GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer **Great American Insurance,**
**301 E. 4th Street,**
**Cincinnati, OH 45202**

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052

Policy Number
CAP1554288

| Effective Date | Expiration Date |
| --- | --- |
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

2017   FORD   15
Year   Make   Seats

1FDVU4XG1HKA03103
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154   GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer **Great American Insurance,**
**301 E. 4th Street,**
**Cincinnati, OH 45202**

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052

Policy Number
CAP1554288

| Effective Date | Expiration Date |
| --- | --- |
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

2017   FORD   15
Year   Make   Seats

1FDVU4XG1HKA03103
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1



FAX:  Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained.

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable bar code.

C *11*03/11/19 CAP1554288-01

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer **Great American Insurance,**
**301 E. 4th Street,**
**Cincinnati, OH 45202**

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2016   FORD     12
Year    Make    Seats

**1FDEE3FL2GDC16277**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1



## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer **Great American Insurance,**
**301 E. 4th Street,**
**Cincinnati, OH 45202**

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| 03/01/2019 | 03/01/2020 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2016   FORD     12
Year    Make    Seats

**1FDEE3FL2GDC16277**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1



FAX:  Scanable Bar Code



FAX  INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained.

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable bar code.

C *11*03/11/19 CAP1554288-01

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer **Great American Insurance,**
**301 E. 4th Street,**
**Cincinnati, OH 45202**

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052

Policy Number
**CAP1554288**

Effective Date          Expiration Date
**03/01/2019**          **03/01/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

2016   FORD   12
Year   Make   Seats

**1FDEE3FL0GDC19047**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:  DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1



## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE - FOR HIRE PASSENGER VEHICLE

154    GREAT AMERICAN INSURANCE COMPANY

Name & Address of Issuer **Great American Insurance,**
**301 E. 4th Street,**
**Cincinnati, OH 45202**

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT;LLC
300 GLEED AVE
EAST AURORA, NY 14052

Policy Number
**CAP1554288**

Effective Date          Expiration Date
**03/01/2019**          **03/01/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

2016   FORD   12
Year   Make   Seats

**1FDEE3FL0GDC19047**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:  DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

FAX:  Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained.

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable bar code.

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-66TH STREET**

**BROOKLYN, NY 11204**

An authorized NEW YORK Insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

Policy Number
**CAP1554288**

Effective Date — Expiration Date
**03/01/2019** — **03/01/2020**
12:01 a.m. — 12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

**2016** — **FORD**
Year — Make

**1FDEE3FLXGDC19041** — **12**
Vehicle Identification Number — Seats

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVENUE
EAST AURORA  NY 14052

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if Insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the Insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-66TH STREET**

**BROOKLYN, NY 11204**

An authorized NEW YORK Insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

Policy Number
**CAP1554288**

Effective Date — Expiration Date
**03/01/2019** — **03/01/2020**
12:01 a.m. — 12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

**2016** — **FORD**
Year — Make

**1FDEE3FLXGDC19041** — **12**
Vehicle Identification Number — Seats

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVENUE
EAST AURORA  NY 14052

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if Insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the Insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-66TH STREET**

**BROOKLYN, NY 11204**
An authorized NEW YORK Insurer certifies that it has issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVENUE
EAST AURORA  NY 14052**

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| **03/01/2019** | **03/01/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| **2016** | **FORD** |
|---|---|
| Year | Make |

| **1FDEE3FL1GDC19039** | **12** |
|---|---|
| Vehicle Identification Number | Seats |

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of Insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the Insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FH-1

---

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-66TH STREET**

**BROOKLYN, NY 11204**
An authorized NEW YORK Insurer certifies that it has issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVENUE
EAST AURORA  NY 14052**

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| **03/01/2019** | **03/01/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| **2016** | **FORD** |
|---|---|
| Year | Make |

| **1FDEE3FL1GDC19039** | **12** |
|---|---|
| Vehicle Identification Number | Seats |

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of Insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the Insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FH-1

---

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-65TH STREET**

**BROOKLYN, NY 11204**

An authorized NEW YORK Insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES MANAGEMENT**
**300 GLEED AVENUE**
**EAST AURORA  NY 14052**

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| **03/01/2019** | **03/01/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| Year | Make |
|---|---|
| **2008** | **CHEVY** |

| Vehicle Identification Number | Seats |
|---|---|
| 1GBDV13W08D131124 | **6** |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-65TH STREET**

**BROOKLYN, NY 11204**

An authorized NEW YORK Insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES MANAGEMENT**
**300 GLEED AVENUE**
**EAST AURORA  NY 14052**

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| **03/01/2019** | **03/01/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| Year | Make |
|---|---|
| **2008** | **CHEVY** |

| Vehicle Identification Number | Seats |
|---|---|
| 1GBDV13W08D131124 | **6** |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-65TH STREET**

**BROOKLYN, NY 11204**

An authorized NEW YORK Insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES MANAGEMENT**
**300 GLEED AVENUE**
**EAST AURORA  NY 14052**

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| **03/01/2019** | **03/01/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| 2008 | FORD |
|---|---|
| Year | Make |

1FD3E35L38DA04997    12
Vehicle Identification Number    Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

**GREAT AMERICAN INSURANCE COMP**

Name & Address of Issuer    **GRANDVIEW BROKERAGE CORP**
**1815-65TH STREET**

**BROOKLYN, NY 11204**

An authorized NEW YORK Insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES MANAGEMENT**
**300 GLEED AVENUE**
**EAST AURORA  NY 14052**

Policy Number
**CAP1554288**

| Effective Date | Expiration Date |
|---|---|
| **03/01/2019** | **03/01/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| 2008 | FORD |
|---|---|
| Year | Make |

1FD3E35L38DA04997    12
Vehicle Identification Number    Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date       Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2015**               **TOYOT**
Year                   Make

**JTDKN3DUXF0454600**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date       Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2015**               **TOYOT**
Year                   Make

**JTDKN3DUXF0454600**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date          Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2016**          **TOYOT**
Year             Make

**JTDKBRFU1G3510285**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



---

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date          Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2016**          **TOYOT**
Year             Make

**JTDKBRFU1G3510285**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date          Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2017**          **NISSA**
Year              Make
**5N1DR2MM2HC612156**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20



---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date          Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2017**          **NISSA**
Year              Make
**5N1DR2MM2HC612156**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20



## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

**Policy Number**
CAP 3878262-12

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer  Grandview Brokerage Corp
1815 65th Street
Brooklyn, NY 11204

**Effective Date**
08/09/2019
12:01 a.m.

**Expiration Date**
08/09/2020
12:01 a.m.

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

**2017          NISSA**
Year            Make
KNMAT2MV9HP572975
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

**Policy Number**
CAP 3878262-12

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer  Grandview Brokerage Corp
1815 65th Street
Brooklyn, NY 11204

**Effective Date**
08/09/2019
12:01 a.m.

**Expiration Date**
08/09/2020
12:01 a.m.

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

**2017          NISSA**
Year            Make
KNMAT2MV9HP572975
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

---

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

**154  GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

Name & Address of Issuer **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

Effective Date        Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

Applicable with respect to the following
Motor Vehicle:
**2017**          **TOYOT**
Year              Make
**JTDKBRFU4H3576007**
Vehicle Identification Number

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

**154  GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

Name & Address of Issuer **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

Effective Date        Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

Applicable with respect to the following
Motor Vehicle:
**2017**          **TOYOT**
Year              Make
**JTDKBRFU4H3576007**
Vehicle Identification Number

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

| Effective Date | Expiration Date |
|---|---|
| **08/09/2019** | **08/09/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

| 2017 | TOYOT |
|---|---|
| Year | Make |

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

**JTDKBRFU4H3576007**
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



FS-20

---

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

| Effective Date | Expiration Date |
|---|---|
| **08/09/2019** | **08/09/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

| 2017 | TOYOT |
|---|---|
| Year | Make |

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

**JTDKBRFU4H3576007**
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



FS-20

---

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date        Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.             12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2017**          **TOYOT**
Year              Make
**JTDKBRFU3H3026166**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date        Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.             12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2017**          **TOYOT**
Year              Make
**JTDKBRFU3H3026166**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



FAX: Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

| Effective Date | Expiration Date |
|---|---|
| **08/09/2019** | **08/09/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

| **2015** | **TOYOT** |
|---|---|
| Year | Make |

**JTDKN3DU4F0456620**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20



## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

| Effective Date | Expiration Date |
|---|---|
| **08/09/2019** | **08/09/2020** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

| **2015** | **TOYOT** |
|---|---|
| Year | Make |

**JTDKN3DU4F0456620**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20



## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

Policy Number
**CAP 3878262-12**

Effective Date          Expiration Date
**08/09/2019**              **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2017**          **TOYOT**
Year          Make

**JTDKBRFU5H3039114**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154  GREAT AMERICAN INS CO**

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

ABSOLUT;FACILITIES
MANAGEMENT
300 GLEED AVE
AURORA  NY 14052

Policy Number
**CAP 3878262-12**

Effective Date          Expiration Date
**08/09/2019**              **08/09/2020**
12:01 a.m.              12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

**2017**          **TOYOT**
Year          Make

**JTDKBRFU5H3039114**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

**FS-20**



## FAX: Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

Effective Date        Expiration Date
**08/09/2019**        **08/09/2020**
12:01 a.m.        12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

**2018**        **TOYOT**
Year        Make

**JTDKDTB36J1620126**
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

Effective Date        Expiration Date
**08/09/2019**        **08/09/2020**
12:01 a.m.        12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

**2018**        **TOYOT**
Year        Make

**JTDKDTB36J1620126**
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

Effective Date        Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.            12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

**2019**          **CHEVR**
Year              Make

**1GNERFKW9KJ218832**
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Policy Number
**CAP 3878262-12**

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

Name & Address of Issuer  **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

Effective Date        Expiration Date
**08/09/2019**          **08/09/2020**
12:01 a.m.            12:01 a.m.
(Not acceptable to obtain registration
after 45 days from effective date.)
Applicable with respect to the following
Motor Vehicle:

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

An authorized NEW YORK insurer has issued an Owner's Policy of
Liability Insurance complying with Article 6 (Motor Vehicle Financial
Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

**2019**          **CHEVR**
Year              Make

**1GNERFKW9KJ218832**
Vehicle Identification Number

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



**FS-20**

---

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date
**08/09/2019**
12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

Expiration Date
**08/09/2020**
12:01 a.m.

**2016**
Year

**TOYOT**
Make

**JTDKBRFU5G3511214**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



**FS-20**

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**154   GREAT AMERICAN INS CO**

Name & Address of Issuer   **Grandview Brokerage Corp**
**1815 65th Street**
**Brooklyn, NY 11204**

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**ABSOLUT;FACILITIES**
**MANAGEMENT**
**300 GLEED AVE**
**AURORA  NY 14052**

Policy Number
**CAP 3878262-12**

Effective Date
**08/09/2019**
12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

Expiration Date
**08/09/2020**
12:01 a.m.

**2016**
Year

**TOYOT**
Make

**JTDKBRFU5G3511214**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



**FS-20**

## FAX: Scanable Bar Code



**FAX INSTRUCTIONS:**

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode



**CERTIFICATE OF LIABILITY INSURANCE**

ABSOFAC-01

BKOHN

DATE (MM/DD/YYYY)
9/10/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp 1815-65th Street Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Executive Risk Indemnity INC | | 35181 |
| INSURED | INSURER B : | | |
| Absolut Facilities Management 300 Gleed Avenue East Aurora, NY 14052-2983 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**          **CERTIFICATE NUMBER:**          **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | ☐ | N/A | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Directors & Officers | | | 8243-6187 | 8/24/2019 | 8/24/2020 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Facilities Management, LLC 300 Gleed Avenue East Aurora, NY 14052 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |
| | *Michael Schwartz* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01                    BKOHN

DATE (MM/DD/YYYY)
9/10/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Executive Risk Indemnity INC | | 35181 |
| INSURED | INSURER B : | | |
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC<br>2178 North Fifth Street<br>Allegany, NY 14706 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | | REVISION NUMBER: |
|---|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Directors & Officers | | | 8243-6125 | 8/24/2019 | 8/24/2020 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Allegany, LLC<br>2178 North Fifth Street<br>Allegany, NY 14706 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br><br>_Michael Schwarzel_ |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01                          BKOHN

| DATE (MM/DD/YYYY) |
|---|
| 9/10/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Executive Risk Indemnity INC | | 35181 |
| INSURED | INSURER B : | | |
| Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC<br>292 Main Street<br>East Aurora, NY 14052 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Directors & Officers | | | 8243-6134 | 8/24/2019 | 8/24/2020 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

## CERTIFICATE HOLDER

Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC
292 Main Street
East Aurora, NY 14052

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

*Michael Schwartz*

ACORD 25 (2016/03)                          © 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

ACORD®

ABSOFAC-01                          BKOHN

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
9/10/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | CONTACT<br>NAME: | | |
|---|---|---|---|
| | PHONE<br>(A/C, No, Ext): (718) 333-1155 | | FAX<br>(A/C, No): |
| | E-MAIL<br>ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Executive Risk Indemnity INC | | 35181 |
| INSURED<br>Absolut Center for Nursing and Rehabilitation at Gasport, LLC<br>4540 Lincoln Drive<br>Gasport, NY 14067 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR<br>LTR | TYPE OF INSURANCE | ADDL<br>INSD | SUBR<br>WVD | POLICY NUMBER | POLICY EFF<br>(MM/DD/YYYY) | POLICY EXP<br>(MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED<br>PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-<br>JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT<br>(Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED ☐ SCHEDULED<br>AUTOS ONLY AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED ☐ NON-OWNED<br>AUTOS ONLY AUTOS ONLY | | | | | | PROPERTY DAMAGE<br>(Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION<br>AND EMPLOYERS' LIABILITY Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE ☐<br>OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | N/A | | | | | | ☐ PER<br>STATUTE ☐ OTH-<br>ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Directors & Officers | | | 8243-6170 | 8/24/2019 | 8/24/2020 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Gasport, LLC<br>4540 Lincoln Drive<br>Gasport, NY 14067 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael Schummer* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01

**BKOHN**

DATE (MM/DD/YYYY)
9/10/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp 1815-65th Street Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Executive Risk Indemnity INC | | 35181 |
| INSURED | INSURER B : | | |
| Absolut at Orchard Brooke LLC 6060 Armor Road Orchard Park, NY 14127 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES                CERTIFICATE NUMBER:                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y / N | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Directors & Officers | | | 8243-6118 | 8/24/2019 | 8/24/2020 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut at Orchard Brooke LLC 6060 Armor Road Orchard Park, NY 14127 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Michael Schwartz* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF LIABILITY INSURANCE

ABSOFAC-01          BKOHN

DATE (MM/DD/YYYY)
9/10/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A: Executive Risk Indemnity INC | 35181 |
| INSURED<br>Absolut Center for Nursing and Rehabilitation at Orchard Park LLC<br>6060 Armor Road Drive<br>Orchard Park, NY 14127 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY       Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Directors & Officers | | | 8243-6172 | 8/24/2019 | 8/24/2020 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Orchard Park LLC<br>6060 Armor Road<br>Orchard Park, NY 14127 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael Schwimer* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD



ABSOFAC-01                    BKOHN

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
9/10/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Grandview Brokerage Corp 1815-65th Street Brooklyn, NY 11204 | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Executive Risk Indemnity INC | | 35181 |
| INSURED Absolut Facilities Management 300 Gleed Avenue East Aurora, NY 14052-2983 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** ☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR ☐ EXCESS LIAB ☐ CLAIMS-MADE ☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N | N/A | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| A | Directors & Officers | | | 8243-6180 | 8/24/2019 | 8/24/2020 | E.L. DISEASE - POLICY LIMIT Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Absolut Center for Nursing and Rehabilitation at Three Rivers LLC 101 Creekside Drive Painted Post, NY 14870 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Michael Schwarzel* |

ACORD 25 (2016/03)                    © 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD®**

**CERTIFICATE OF LIABILITY INSURANCE**

ABSOFAC-01                    BKOHN

| DATE (MM/DD/YYYY) |
|---|
| 9/10/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Grandview Brokerage Corp<br>1815-65th Street<br>Brooklyn, NY 11204 | PHONE (A/C, No, Ext): (718) 333-1155 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Executive Risk Indemnity INC | | 35181 |
| INSURED | INSURER B : | | |
| Absolut Center for Nursing and Rehabilitation at Westfield, LLC<br>26 Cass Street<br>Westfield, NY 14787 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**          **CERTIFICATE NUMBER:**                    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Directors & Officers | | | 8243-6185 | 8/24/2019 | 8/24/2020 | Limit | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**                    **CANCELLATION**

| Absolut Center for Nursing and Rehabilitation at Westfield, LLC<br>26 Cass Street<br>Westfield, NY 14787 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
|---|---|
| | AUTHORIZED REPRESENTATIVE<br>*Michael Schummel* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.

**The ACORD name and logo are registered marks of ACORD**

**From:** Ed Sims [ESIMS@tisins.com]
**Sent:** Friday, October 11, 2019 11:40 AM
**To:** Hoffman, Phil
**Cc:** Hayli Dunn; Ed Sims
**Subject:** Absolut Facilities Management, LLC

Phil,

We have received your request to provide a certificate of insurance for Crime Policy # 82234980, along with the completed Attachment B, indicating United States Trustee as Additional Notified Party. We have submitted this request to our Crime insurance carrier and have received the following response.

Additional Notified Party is not a pre-existing form that can be endorsed to the Crime policy. This request will need to be submitted to Federal Insurance Company / Chubb's in house legal department for review, which could take approximately two weeks. We have requested our carrier to begin this process and will advise of their decision as soon as possible.

Regarding the Patient Trust Bonds, Liberty Mutual has advised that they do not believe this request is applicable to surety bonds. However, the request is currently being reviewed to see if this is something they can provide. We will advise of their decision upon receipt.

We are working to do all that we can to comply with this request, and will hopefully have an answer to you soon.

Thank you,


**Edward B. Sims, CIC**
*Chief Executive Officer*


**TIS Insurance Services, Inc.**
1900 N. Winston Road, Suite 100
Knoxville, TN 37919
Learn more at TISins.com

o: 865.470.3710    m: 865.567.3288
f:  865.824.3910

NOTICE: You cannot bind, alter or cancel coverage without speaking to an authorized representative of TIS Insurance Services, Inc. Coverage cannot be bound without written confirmation from an authorized representative of TIS. This email and any files transmitted with it are not encrypted and may contain privileged or other confidential information and is intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or entity, or believe that you may have received this email in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use this information. Thank you.



**M&T** Bank

Understanding what's important®

October 21, 2019

To whom it may concern:

We are in the process of converting accounts enumerated in the September 11, 2019 notice for Absolute Facilities Management LLC, et al #19-76260 to "Debtor in Posession".

| TITLE | NUMBER | TIN |
|-------|--------|-----|
| ABSOLUT AT ALLEGANY LLC | | 208467875 |
| ABSOLUT AT AURORA PARK LL | | 208468266 |
| ABSOLUT AT GASPORT LLC | | 208468080 |
| ABSOLUT AT GASPORT, LLC | | 208468080 |
| ABSOLUT AT GASPORT, LLC | | 208468080 |
| ABSOLUT AT ORCHARD PARK L | | 208468300 |
| ABSOLUT AT THREE RIVERS L | | 208468133 |
| ABSOLUT AT THREE RIVERS L | | 208468133 |
| ABSOLUT AT THREE RIVERS L | | 208468133 |
| ABSOLUT AT WESTFIELD LLC | | 208467924 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |
| ABSOLUT FACILITIES MANAGE | | 208471412 |

Our Account Services area has an anticipated completion date of end of business October 25, 2019.

Sincerely,

Michael J. Wald
Banking Officer | Senior Relationship Liaison
One Fountain Plaza 12th Floor
Buffalo, NY 14203
716-848-7354|mwald@mtb.com

In re  Absolut Facilities Management, LLC, *et al.*
_____
  Debtor

Case No.  19-76260 (AST) (Jointly Administered)
_____

## CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD:  _____ through _____

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 20 days after the order for relief.  Amended cash flow projections should be submitted as necessary.

| | Month | Month | Month | Month | Month | Month | Month | Month | Month | Month | Month | Month | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | | | | | | |
| SALE OF ASSETS | | | | | | | | | | | | | |
| OTHER *(ATTACH LIST)* | | | | | | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | | | | | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | | | | | |
| SALES, USE, AND OTHER TAXES | | | | | | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | | | | | | |
| INSURANCE | | | | | | | | | | | | | |
| ADMINISTRATIVE & SELLING | | | | | | | | | | | | | |
| OTHER *(ATTACH LIST)* | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | |
| **Cash End of Month** | | | | | | | | | | | | | |

See attached forms.

*Subject to On-going Change*

Absolut Facilities Management
Cash Projection - Consolidated

| Week Ended: | 1 10/18/19 | 2 10/25/19 | 3 11/01/19 | 4 11/08/19 | 5 11/15/19 | 6 11/22/19 | 7 11/29/19 | 8 12/06/19 | 9 12/13/19 | 10 12/20/19 | 11 12/27/19 | 12 01/03/20 | 13 01/10/20 | 10/18/19 - 01/10/20 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | $ 1,870,730 | $ 1,432,724 | $ 1,867,779 | $ 1,662,381 | $ 899,251 | $ 57,744 | $ 334,223 | $ 837,553 | $ 52,201 | $ 57,589 | $ 58,069 | $ 265,812 | $ 59,100 | $ 1,870,730 |
| Anticipated D P Funding | - | - | - | - | (720,000) | (99,000) | - | 520,000 | - | (510,000) | (280,000) | 1,140,000 | 290,000 | 611,000 |
| **Receipts** | | | | | | | | | | | | | | |
| Medicare | $ 54,424 | $ 509,324 | $ - | $ - | $ 54,424 | $ - | $ 454,900 | $ - | $ 54,424 | $ - | $ 454,900 | $ - | $ 54,424 | 1,636,820 |
| Medicaid | 518,819 | 395,273 | 183,502 | 341,288 | 378,788 | 378,788 | 283,688 | 358,616 | 378,788 | 378,788 | 317,488 | 358,616 | 378,788 | 4,651,230 |
| Insurance, Self Pay | 764,854 | 1,058,628 | 1,036,278 | 718,860 | 946,841 | 1,058,644 | 1,009,578 | 739,032 | 894,680 | 1,058,644 | 925,778 | 689,032 | 860,680 | 11,761,527 |
| Miscellaneous | (119 548) | (147 238) | (25,000) | - | - | - | - | - | - | - | - | - | - | (291 786) |
| **Total Receipts** | 1,218,549 | 1,815,987 | 1,194,780 | 1,060,148 | 1,380,053 | 1,437,432 | 1,748,166 | 1,097,648 | 1,327,892 | 1,437,432 | 1,698,166 | 1,047,648 | 1,293,892 | 17,757,791 |
| **Disbursements** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 809,262 | 691,535 | 697,759 | 703,982 | 710,205 | 716,429 | 716,429 | 716,429 | 716,429 | 716,429 | 716,429 | 716,429 | 716,429 | 9,344,178 |
| Insurance | 95,221 | - | 93,005 | 108,020 | - | - | 93,005 | 108,020 | - | - | 93,005 | 108,020 | - | 698,296 |
| Pharmacy | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 28,301 | 367,913 |
| Utilities | 72,968 | - | - | - | 72,968 | - | - | - | 55,468 | - | - | - | 72,331 | 273,735 |
| Food | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 31,520 | 409,760 |
| Supplies | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 36,358 | 472,654 |
| Vendors | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 111,413 | 1,448,369 |
| Assessment (paid monthly - 15th) | 202,904 | - | - | - | 246,643 | - | - | - | 238,863 | - | - | - | 238,863 | 927,273 |
| Back Office Support - Payroll | 123,968 | - | 123,968 | - | 98,636 | - | 98,636 | - | 98,636 | - | 98,636 | - | 98,636 | 741,118 |
| Back Office Support-Rent/Phone/Con Svc/Other | 19,639 | 300,000 | 19,639 | 3,710 | 15,515 | 2,931 | 15,515 | 2,931 | 15,515 | 2,931 | 15,515 | 2,931 | 15,515 | 135,999 |
| Rent | - | - | - | 799,974 | - | - | - | 799,974 | - | - | - | 799,974 | - | 2,699,922 |
| Medical Claims Funding | 125,000 | - | - | - | 125,000 | - | - | - | 125,000 | - | - | - | 125,000 | 500,000 |
| Capital Lease on AP Renovation | - | - | 79,245 | - | - | - | 79,245 | - | - | - | 79,245 | - | - | 237,736 |
| **Total Operating Disbursements** | 1,656,555 | 1,202,837 | 1,221,209 | 1,823,278 | 1,476,560 | 926,952 | 1,210,423 | 1,834,946 | 1,457,504 | 926,952 | 1,210,423 | 1,834,946 | 1,474,367 | 18,256,954 |
| **Operating Cash Flow** | (438,006) | 613,150 | (26,429) | (763,130) | (96,507) | 510,480 | 537,743 | (737,298) | (129,612) | 510,480 | 487,743 | (787,298) | (180,475) | (499,163) |
| Utility Deposit - All Buildings | - | 61,000 | - | - | - | - | - | - | - | - | - | - | - | 61,000 |
| First day Relief | - | 81,095 | - | - | - | - | - | - | - | - | - | - | - | 81,095 |
| Debtor | - | - | - | - | - | - | - | 439,000 | - | - | - | 400,000 | - | 839,000 |
| Ombudsman | - | - | - | - | - | - | - | 50,000 | - | - | - | 50,000 | - | 100,000 |
| Lender | - | - | 135,000 | - | - | 135,000 | - | - | 110,000 | - | - | - | 110,000 | 490,000 |
| UCC | - | - | - | - | - | - | - | 75,000 | - | - | - | 75,000 | - | 150,000 |
| Chapter 11 Fees | - | 36,000 | - | - | - | - | - | - | - | - | - | - | - | 36,000 |
| Adequate Protection | - | - | 34,413 | - | - | - | 34,413 | - | - | - | - | 34,413 | - | 103,240 |
| DIP Interest & Fees | - | - | 9,555 | - | 25,000 | - | - | 4,053 | 25,000 | - | - | - | - | 63,608 |
| **Total Restructuring Disbursements** | - | 178,095 | 178,968 | - | 25,000 | 135,000 | 34,413 | 568,053 | 135,000 | - | - | 559,413 | 110,000 | 1,923,943 |
| **Cash Flow** | (438,006) | 435,055 | (205,397) | (763,130) | (121,507) | 375,480 | 503,330 | (1,305,351) | (264,612) | 510,480 | 487,743 | (1,346,712) | (290,475) | (2,423,106) |
| Beginning Cash Balance | $ 1,870,730 | $ 1,432,724 | $ 1,867,779 | $ 1,662,381 | $ 899,251 | $ 57,744 | $ 334,223 | $ 837,553 | $ 52,201 | $ 57,589 | $ 58,069 | $ 265,812 | $ 59,100 | $ 1,870,730 |
| Cash Flow | (438,006) | 435,055 | (205,397) | (763,130) | (121,507) | 375,480 | 503,330 | (1,305,351) | (264,612) | 510,480 | 487,743 | (1,346,712) | (290,475) | (2,423,106) |
| Borrowing / (Repayment) | - | - | - | - | (720,000) | (99,000) | - | 520,000 | 270,000 | (510,000) | (280,000) | 1,140,000 | 290,000 | 611,000 |
| Ending Cash Balance | $ 1,432,724 | $ 1,867,779 | $ 1,662,381 | $ 899,251 | $ 57,744 | $ 334,223 | $ 837,553 | $ 52,201 | $ 57,589 | $ 58,069 | $ 265,812 | $ 59,100 | $ 58,625 | $ 58,625 |

| $ 1,140,000 |
|---|

*Subject to On-going Change*

Cash Projection - Aurora Park

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/11/19 | 10/18/19 | 10/25/19 | 11/1/19 | 11/8/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/6/19 | 12/13/19 | 12/20/19 | 12/27/19 | 1/3/20 | |
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ 28,000 | $ 160,000 | $ - | $ - | $ 28,000 | $ - | $ 132,000 | $ - | $ 28,000 | $ - | $ 132,000 | $ - | $ 508,000 |
| Medicaid | 192,290 | 195,629 | 151,484 | 106,902 | 203,788 | 241,288 | 241,288 | 156,488 | 241,383 | 241,288 | 241,288 | 190,288 | 241,383 | 2,644,787 |
| Insurance, Self Pay | 115,308 | 487,370 | 478,916 | 360,126 | 211,598 | 537,215 | 496,557 | 373,926 | 211,503 | 537,215 | 496,557 | 340,126 | 211,503 | 4,857,916 |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 307,598 | 710,999 | 790,400 | 467,028 | 415,386 | 806,503 | 737,845 | 662,414 | 452,886 | 806,503 | 737,845 | 662,414 | 452,886 | 8,010,703 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 336,211 | 330,037 | 336,260 | 342,484 | 348,707 | 354,930 | 361,154 | 361,154 | 361,154 | 361,154 | 361,154 | 361,154 | 361,154 | 4,576,707 |
| Insurances | 71,512 | - | - | - | 71,512 | - | - | - | 71,512 | - | - | - | 71,512 | 286,048 |
| pharmacy | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 14,015 | 182,195 |
| utilities | - | 27,368 | - | - | - | 27,368 | - | - | - | 27,368 | - | - | - | 82,104 |
| food | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 14,085 | 183,105 |
| supplies | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 15,561 | 202,293 |
| Vendors | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 48,976 | 636,688 |
| Assessment (paid monthly - 15th) | - | 70,667 | - | - | - | 113,863 | - | - | - | 113,863 | - | - | - | 298,393 |
| Back Office Support - Payroll | - | 40,130 | - | 40,130 | - | 40,130 | - | 40,130 | - | 40,130 | - | 40,130 | - | 240,781 |
| Back Office Support-Rent/Phone/Con Svc/O | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 6,533 | 1,234 | 47,836 |
| Rent | - | - | - | - | 382,744 | - | - | - | 382,744 | - | - | - | 382,744 | 1,148,232 |
| Capital Lease on AP Renovation | - | - | - | 79,245 | - | - | - | 79,245 | - | - | - | 79,245 | - | 237,736 |
| | 501,594 | 567,372 | 430,131 | 561,029 | 896,834 | 635,461 | 455,025 | 579,699 | 909,281 | 641,685 | 455,025 | 579,699 | 909,281 | 8,122,118 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | (193,996) | 143,627 | 360,269 | (94,002) | (481,448) | 171,042 | 282,820 | 82,714 | (456,395) | 164,818 | 282,820 | 82,714 | (456,395) | (111,414) |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | (193,996) | (50,369) | 309,899 | 215,898 | (265,551) | (94,509) | 188,311 | 271,025 | (185,371) | (20,553) | 262,267 | 344,981 | (111,414) | |

*Subject to On-going Change*

Cash Projection - Orchard Park

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week of: | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 12/13/19 | 12/20/19 | 12/27/19 | 01/03/20 | |
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Medicaid | 75,533 | 43,548 | 90,238 | 25,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 378,319 |
| Insurance, Self Pay | 31,281 | 76,000 | 57,000 | - | - | - | - | - | - | - | - | - | - | 164,281 |
| Miscellaneous | (96,133) | (119,548) | (147,238) | (25,000) | - | - | - | - | - | - | - | - | - | (387,919) |
| | 10,681 | - | - | - | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 154,681 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 107,894 | 123,950 | - | - | - | - | - | - | - | - | - | - | - | 231,844 |
| Insurances | 44,244 | - | - | - | 44,244 | - | - | - | 44,244 | - | - | - | 44,244 | 176,976 |
| pharmacy | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| utilities | - | 17,500 | - | - | - | 17,500 | - | - | - | - | - | - | - | 35,000 |
| food | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Vendors | 18,675 | - | - | - | - | - | - | - | - | - | - | - | - | 18,675 |
| Assessment (paid monthly - 15th) | - | 48,904 | - | - | - | 7,780 | - | - | - | - | - | - | - | 56,684 |
| Back Office Support - Payroll | - | 25,332 | - | 25,332 | - | - | - | - | - | - | - | - | - | 50,664 |
| Back Office Support-Rent/Phone/Con Svc/O | 779 | 4,124 | 779 | 4,124 | 779 | - | - | - | - | - | - | - | - | 10,585 |
| Rent | | | | | | | - | - | - | - | - | - | - | - |
| | 171,592 | 219,810 | 779 | 29,456 | 45,023 | 25,280 | - | - | 44,244 | - | - | - | 44,244 | 580,428 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | (160,911) | (219,810) | (779) | (29,456) | (29,023) | (9,280) | 16,000 | 16,000 | (28,244) | 16,000 | 16,000 | 16,000 | (28,244) | (425,746) |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | (160,911) | (380,721) | (381,500) | (410,956) | (439,978) | (449,258) | (433,258) | (417,258) | (445,502) | (429,502) | (413,502) | (397,502) | (425,746) | |

*Subject to On-going Change*

Cash Projection - Three Rivers

| | 1<br>10/11/19 | 2<br>10/18/19 | 3<br>10/25/19 | 4<br>11/01/19 | 5<br>11/08/19 | 6<br>11/15/19 | 7<br>11/22/19 | 8<br>11/29/19 | 9<br>12/06/19 | 10<br>12/13/19 | 11<br>12/20/19 | 12<br>12/27/19 | 13<br>01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ 12,100 | $ 168,000 | $ - | $ - | $ 12,100 | $ - | $ 155,900 | $ - | $ 12,100 | $ - | $ 155,900 | $ - | $ 516,100 |
| Medicaid | 52,270 | 102,897 | 51,293 | 15,000 | 42,000 | 42,000 | 42,000 | 27,000 | 33,139 | 42,000 | 42,000 | 27,000 | 33,139 | 551,738 |
| Insurance, Self Pay | 203,099 | 39,598 | 4,621 | 240,599 | 213,369 | 100,495 | 106,914 | 147,699 | 222,230 | 100,495 | 106,914 | 147,699 | 222,230 | 1,855,963 |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 255,369 | 154,595 | 223,914 | 255,599 | 255,369 | 154,595 | 148,914 | 330,599 | 255,369 | 154,595 | 148,914 | 330,599 | 255,369 | 2,923,801 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 111,381 | 1,447,953 |
| Insurances | 25,838 | | | | 25,838 | | | | 25,838 | | | | 25,838 | 103,352 |
| pharmacy | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 61,906 |
| utilities | | 8,108 | | | | 8,108 | | | | 8,108 | | | | 24,324 |
| food | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 4,854 | 63,102 |
| supplies | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 7,004 | 91,052 |
| Vendors | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 14,644 | 190,372 |
| Assessment (paid monthly - 15th) | | 28,667 | | | | 43,000 | | | | 43,000 | | | | 114,667 |
| Back Office Support - Payroll | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 90,292 |
| Back Office Support-Rent/Phone/Con Svc/Otl | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 17,939 |
| Rent | | | | - | 161,513 | | | | - | 161,513 | | | 161,513 | 484,539 |
| | 168,946 | 196,918 | 143,108 | 160,144 | 330,459 | 211,252 | 143,108 | 160,144 | 330,459 | 211,252 | 143,108 | 160,144 | 330,459 | 2,689,498 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | 86,423 | (42,323) | 80,806 | 95,456 | (75,090) | (56,656) | 5,806 | 170,456 | (75,090) | (56,656) | 5,806 | 170,456 | (75,090) | 234,303 |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | 86,423 | 44,101 | 124,906 | 220,362 | 145,272 | 88,616 | 94,422 | 264,877 | 189,788 | 133,132 | 138,937 | 309,393 | 234,303 | |

*Subject to On-going Change*

Cash Projection - Westfield

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 12/13/19 | 12/20/19 | 12/27/19 | 01/03/20 | |
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | $ - | $ 10,100 | $ 103,600 | $ - | $ - | $ 10,100 | $ - | $ 93,500 | $ - | $ 10,100 | $ - | $ 93,500 | $ - | $ 320,900 |
| Medicaid | 34,103 | 32,893 | 52,425 | 20,000 | 43,000 | 43,000 | 43,000 | 45,000 | 39,769 | 43,000 | 43,000 | 45,000 | 39,769 | 523,959 |
| Insurance, Self Pay | 45,767 | 44,261 | 336,862 | 187,467 | 36,870 | 34,154 | 256,387 | 262,467 | 40,101 | 34,154 | 256,387 | 262,467 | 40,101 | 1,837,450 |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 79,870 | 87,254 | 492,887 | 207,467 | 79,870 | 87,254 | 299,387 | 400,967 | 79,870 | 87,254 | 299,387 | 400,967 | 79,870 | 2,682,309 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 99,809 | 1,297,517 |
| Insurances | 23,350 | | | | 23,350 | | | | 23,350 | | | | 23,350 | 93,400 |
| pharmacy | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 4,762 | 61,906 |
| utilities | | 5,956 | | | | 5,956 | | | | 5,956 | | | | 17,868 |
| food | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 4,777 | 62,101 |
| supplies | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 5,431 | 70,603 |
| Vendors | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 16,208 | 210,704 |
| Assessment (paid monthly - 15th) | - | 26,667 | | | | 40,000 | | | | 40,000 | | | | 106,667 |
| Back Office Support - Payroll | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 15,049 | - | 90,292 |
| Back Office Support-Rent/Phone/Con Svc/O | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 2,450 | 463 | 17,939 |
| Rent | | | | - | 88,483 | | | | - | 88,483 | | | 88,483 | 265,449 |
| | 154,800 | 181,108 | 131,450 | 148,486 | 243,283 | 194,442 | 131,450 | 148,486 | 243,283 | 194,442 | 131,450 | 148,486 | 243,283 | 2,294,446 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | (74,930) | (93,854) | 361,438 | 58,982 | (163,413) | (107,187) | 167,938 | 252,482 | (163,413) | (107,187) | 167,938 | 252,482 | (163,413) | 387,863 |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | (74,930) | (168,783) | 192,654 | 251,636 | 88,224 | (18,963) | 148,974 | 401,456 | 238,044 | 130,856 | 298,794 | 551,276 | 387,863 | |

*Subject to On-going Change*

Cash Projection - Allegany

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/11/19 | 10/18/19 | 10/25/19 | 11/01/19 | 11/08/19 | 11/15/19 | 11/22/19 | 11/29/19 | 12/06/19 | 12/13/19 | 12/20/19 | 12/27/19 | 01/03/20 | |
| **Incoming Cash:** | | | | | | | | | | | | | | |
| Medicare | | $ 700 | $ 49,200 | | | $ 700 | | $ 48,500 | | $ 700 | | $ 48,500 | | $ 148,300 |
| Medicaid | 8,047 | 58,188 | 10,990 | 1,600 | 8,500 | 8,500 | 8,500 | 7,200 | 6,422 | 8,500 | 8,500 | 7,200 | 6,422 | 148,569 |
| Insurance, Self Pay | 10,487 | 20,563 | 56,653 | 55,857 | 10,034 | 70,251 | 59,843 | 50,257 | 12,112 | 70,251 | 59,843 | 50,257 | 12,112 | 538,523 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18,534 | 79,451 | 116,843 | 57,457 | 18,534 | 79,451 | 68,343 | 105,957 | 18,534 | 79,451 | 68,343 | 105,957 | 18,534 | 835,392 |
| | | | | | | | | | | | | | | |
| **Outgoing Cash:** | | | | | | | | | | | | | | |
| Payroll/ Taxes | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 37,830 | 491,790 |
| Insurances | 7,964 | | | | 7,964 | | | | 7,964 | | | | 7,964 | 31,856 |
| pharmacy | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 1,468 | 19,084 |
| utilities | | 2,892 | | | | 2,892 | | | | 2,892 | | | | 8,676 |
| food | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 1,613 | 20,969 |
| supplies | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 1,853 | 24,089 |
| Vendors | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 5,920 | 76,960 |
| Assessment (paid monthly - 15th) | | 9,333 | | | | 14,000 | | | | 14,000 | | | | 37,333 |
| Back Office Support - Payroll | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 4,640 | 0 | 27,841 |
| Back Office Support-Rent/Phone/Con Svc/O | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 755 | 143 | 5,531 |
| Rent | | | | | 47,196 | | | | 47,196 | | | | 47,196 | 141,588 |
| | 56,791 | 66,305 | 48,827 | 54,080 | 103,987 | 70,972 | 48,827 | 54,080 | 103,987 | 70,972 | 48,827 | 54,080 | 103,987 | 885,717 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | (38,256) | 13,147 | 68,016 | 3,377 | (85,452) | 8,480 | 19,516 | 51,877 | (85,452) | 8,480 | 19,516 | 51,877 | (85,452) | (50,325) |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | (38,256) | (25,110) | 42,907 | 46,284 | (39,168) | (30,688) | (11,172) | 40,706 | (44,747) | (36,267) | (16,750) | 35,127 | (50,325) | |

*Subject to On-going Change*

Cash Projection - Gasport

| | 1 10/11/19 | 2 10/18/19 | 3 10/25/19 | 4 11/01/19 | 5 11/08/19 | 6 11/15/19 | 7 11/22/19 | 8 11/29/19 | 9 12/06/19 | 10 12/13/19 | 11 12/20/19 | 12 12/27/19 | 13 01/03/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming Cash: | | | | | | | | | | | | | | |
| Medicare | | $ 3,524 | $ 28,524 | | | $ 3,524 | | $ 25,000 | | $ 3,524 | | $ 25,000 | | $ 89,096 |
| Medicaid | 66,966 | 85,664 | 38,843 | 15,000 | 28,000 | 28,000 | 28,000 | 32,000 | 21,903 | 28,000 | 28,000 | 32,000 | 21,903 | 454,279 |
| Insurance, Self Pay | 70,466 | 82,864 | 95,427 | 121,757 | 109,432 | 140,528 | 109,794 | 104,757 | 115,529 | 140,528 | 109,794 | 104,757 | 115,529 | 1,421,160 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| | 137,432 | 172,052 | 162,794 | 136,757 | 137,432 | 172,052 | 137,794 | 161,757 | 137,432 | 172,052 | 137,794 | 161,757 | 137,432 | 1,964,535 |
| | | | | | | | | | | | | | | |
| Outgoing Cash: | | | | | | | | | | | | | | |
| Payroll/ Taxes | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 82,132 | 1,067,716 |
| Insurances | 17,489 | | | | 17,489 | | | | 17,489 | | | | 17,489 | 69,956 |
| pharmacy | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 3,294 | 42,822 |
| utilities | | 5,616 | | | | 5,616 | | | | 5,616 | | | | 16,848 |
| food | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 3,172 | 41,236 |
| supplies | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 3,528 | 45,864 |
| Vendors | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 15,227 | 197,951 |
| Assessment (paid monthly - 15th) | 0 | 18,667 | | | | 28,000 | | | | 28,000 | | | | 74,667 |
| Back Office Support - Payroll | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 12,103 | 0 | 72,618 |
| Back Office Support-Rent/Phone/Con Svc/O | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 1,694 | 320 | 12,407 |
| Rent | | | | 0 | 46,208 | | | | 46,208 | | | | 46,208 | 138,624 |
| | 125,162 | 145,433 | 107,673 | 121,150 | 171,370 | 154,766 | 107,673 | 121,150 | 171,370 | 154,766 | 107,673 | 121,150 | 171,370 | 1,780,708 |
| | | | | | | | | | | | | | | |
| Weekly Excess/(Shortfall) Cash | 12,270 | 26,619 | 55,121 | 15,606 | (33,938) | 17,286 | 30,121 | 40,606 | (33,938) | 17,286 | 30,121 | 40,606 | (33,938) | 183,827 |
| | | | | | | | | | | | | | | |
| Cumulative Excess/(Shortfall) Cash | 12,270 | 38,889 | 94,010 | 109,616 | 75,678 | 92,963 | 123,084 | 163,691 | 129,752 | 147,038 | 177,159 | 217,765 | 183,827 | |