# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |

## ORDER FOR SUBSTANTIVE CONSOLIDATION AS PROVIDED IN THE PLAN

IT IS HEREBY ORDERED, that in order to effectuate and implement the substantive consolidation of the Debtors' estates provided under Section 4.1 of the confirmed, chapter 11 plan concerning the Debtors [Dkt. No. 560] ("Plan"), the Debtors' chapter 11 cases shall be and hereby are substantively consolidated as provided in the Plan, and administratively consolidated under Case No. 19-76260-ast.



Dated: July 14, 2020
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**